UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON,<br><br>                    Plaintiff,<br><br>v.<br><br>MOSHE HANANEL,<br><br>                    Defendant. | Docket No. 04cv10357RCL |

## MOTION FOR SERVICE PURSUANT TO THE HAGUE CONVENTION

The plaintiff says that on February 23, 2004 he commenced this action against defendant, a resident of Israel. Plaintiff has commenced the procedure to serve defendant in Israel pursuant to Hague Convention and Israel law and practice.

Plaintiff's counsel has been informed by Israel counsel that the Judicial Department in Israel responsible for issuing the appropriate process requires an Order from this Court authorizing plaintiff to make service pursuant to the Hague Convention and Israel law.

BOS\99768.1

WHEREFORE, plaintiff requests that an appropriate order, in the form attached hereto be issued.

          SHELDON G. ADELSON

          By his attorneys

          _____
          Franklin H. Levy
          BBO#297720
          DUANE MORRIS LLP
          470 Atlantic Avenue, Suite 500
          Boston, MA 02210
          617.289.9200

Dated: March 22, 2004

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
DETROIT
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

FRANKLIN H. LEVY
DIRECT DIAL: 617.289.9277
E-MAIL: *fhlevy@duanemorris.com*

*www.duanemorris.com*

March 22, 2004

VIA HAND DELIVERY

Clerk's Office
United States District Court
1 Courthouse Way
Boston, MA 02210

    Re:    **Sheldon G. Adelson v. Moshe Hananel**
            **Docket No. 04cv10357RCL**

Dear Sir/Madam:

Enclosed please find for filing and docketing regarding the above captioned matter, Motion for Service Pursuant to the Hague Convention and Order.

Thank you.

Very truly yours,

Franklin H. Levy

FHL/mmm
Enc.