UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MOSHE HANANEL,<br><br>　　　　　Defendant. | Docket No. 04cv10357RCL |

### ORDER

Upon application, service may be made upon defendant pursuant to the applicable provisions of the Hague Convention and the applicable laws and procedures of Israel:

March 30, 2004

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Lindsay, J.

BOS\99771.1