UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 APR 29  A 10: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

SHELDON G. ADELSON,

        Plaintiff,

v.                                                                          Docket No. 04CV10357RCL

MOSHE HANANEL,

        Defendant.

## AFFIDAVIT OF SERVICE

Franklin Levy says:

1. I represent plaintiff in the law action.

2. On March 20, 2004 the Complaint and Summons were served upon defendant at his usual place of abode in Israel.

3. A true copy of the Agency for Services Report and Return of Service is attached hereto.

SIGNED THIS 28TH DAY OF APRIL, 2004.

                                              Franklin H. Levy, Esq. (BBO#297720)
                                              Duane Morris LLP
                                              470 ATLANTIC AVENUE, SUITE 500
                                              BOSTON, MA 02210
                                              PHONE: 617.289.9200
                                              FAX: 617.289.9201

DATED: April 28, 2004

BOS\102216.1

ASHER WIZMAN - DORON YAAR - INVESTIGATIONS
YOSSEF KARO 18  TEL-AVIV 67014
TEL. 03-5627777
FAX. 03-5626080

אשר ויצמן - דורון יער - חקירות
יוסף קארו 18 תל-אביב 67014

# INVESTIGATION REPORT

**SUBJECT:** Mr. Moshe Hannanel

**DATE:** March 31, 2004        **FILE NO:** 83685

**CLIENT:** Mr. Franklin H. Levy, Adv.

---

1. **Case**

We were asked by Adv. Frank Levy to undertake the submission of documents to Mr. Moshe Hannanel (to be referred to as Hannanel).

We proceeded accordingly.

2. **Investigation**

**a. general**

We opened the investigation by gathering general and personal information concerning Mr. Hannanel.

We subsequently undertook complex operations in an attempt to locate the latter.

Concurrently, we observed his place of residence on a number of occasions.

Lastly, we submitted the documents.

Our findings follow.

Every information supplied by us is destined, in the most confidential manner, to the subeciber and for him alone and he will be responsible for any result and/or damage which may be caused to us owing to...

ASHER WIZMAN - DORON YAAR - INVESTIGATIONS
YOSSEF KARO 18 TEL-AVIV 67014
TEL. 03-5627777
FAX. 03-5626080

אשר ויצמן - דורון יער - חקירות
יוסף קארו 18 תל-אביב 67014

### b. Hannanel – Personal Information

Mr. Moshe Hannanel, Israel identity number 052750726, was born 1954 (father's name David).

Married to Tirtsa Hannanel, Israel identity number 051452506, born 1954.

### c. Hannanel – Address of Residence

Our investigation showed that Mr. Hannanel currently resides at 21 Ha'Elah Street in Mevasseret Zion.

### d. Hannanel – Submission of documents

1) During the period in question we approached Mr. Hannanel's address of residence in an attempt to present the documents. During the several occasions we visited at the address, we were not able to speak with any of the building's residents, seeing as they refused to respond to our knocks on the door.

   Please note that on all the dates we visited the property we could see that lights were on in the house and that the property appeared inhabited.

   Through conversations we held with neighbors we came to understand that the place is indeed inhabited and that Mr. Hannanel spends most of his time at home.

2) On March 17/04 and Mach 19/04 we undertook observation at the house from 6:30 to 10:30 in order to locate Mr,. Hannanel and serve him the documents but we did not, however, catch a glimpse of him.

3) Through the telephone calls we made with the house we succeeded in reaching his wife, who claimed that Mr. Hannanel does not currently live in the house but that he had moved to a new address.

4) Through additional activities we undertook we succeeded in speaking with Mr. Hannanel, who submitted that he resides in France and does not live in Israel at all, information that proved to be false.

5) Through conversations we held with relatives of the Hannanel couple it was clarified that they both live together at the above address.

Every information supplied by us is destined, in the most confidential manner, only for the subciber and for him alone and he will be responsible for any result...