IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON, | ) )  2004 JUN 14  P 4: 49 |
| Plaintiff, | ) ) Civil Action No. |
| v. | ) ) 04-cv-10356-RCL |
| MOSHE HANANEL, | ) ) |
| Defendant. | ) ) |

**MOTION OF HANANEL TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Defendant Moshe Hananel ("Hananel") moves pursuant to Fed. R. Civ. P. 12(b)(2) to dismiss the Complaint in this action. As grounds, Hananel relies on the Memorandum In Support and the Affidavit of Moshe Hananel In Support Of Motions filed herewith. Hananel has also filed, simultaneously herewith, a motion to dismiss for forum non conveniens and a motion to stay proceedings (in the alternative to dismissal) with supporting memoranda.

WHEREFORE, The Court should dismiss this action on the grounds of lack of personal jurisdiction.

Dated: June 14, 2004

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 6/14/04

MOSHE HANANEL
By His Attorneys,

James A. G. Hamilton (MA Bar # 218760)
PERKINS, SMITH & COHEN, LLP
One Beacon Street
Boston, MA 02108
617.854.4000

MotPersJurisd-31216-1