IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON, | ) |
| Plaintiff, | ) Civil Action No. |
| v. | ) 04-cv-10357-RCL |
| MOSHE HANANEL, | ) |
| Defendant. | ) |

## LOCAL RULE 7.1 CERTIFICATION OF HANANEL MOTIONS

Counsel for Moshe Hananel hereby certifies that he has conferred in good faith in an attempt to resolve the issues in his motions to dismiss for lack of personal jurisdiction or forum non conveniens or in the alternative for a stay, in a telephone conference with counsel for Sheldon Adelson begun by placing a call on June 14, 2004, and conferring on June 15, 2004. No resolution could be reached.

MOSHE HANANEL
By His Attorneys,

_____
James A. G. Hamilton (MA Bar # 218760)
PERKINS, SMITH & COHEN, LLP
One Beacon Street
Boston, MA  02108
617.854.4000

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 6/16/04