IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON, | )<br>)<br>) |
| Plaintiff, | )<br>)  Civil Action No. |
| v. | )  04-cv-10356-RCL |
| MOSHE HANANEL, | )<br>)<br>) |
| Defendant. | )<br>) |

**MOTION OF HANANEL TO DISMISS FOR FORUM NON CONVENIENS**

Defendant Moshe Hananel ("Hananel") moves to dismiss this action pursuant to the federal doctrine of forum non conveniens. As grounds, Hananel relies on the Memorandum In Support and the Affidavit of Moshe Hananel In Support Of Motions filed herewith. Hananel has also filed, simultaneously herewith, a motion to dismiss for lack of personal jurisdiction and a motion to stay proceedings (in the alternative to dismissal) with supporting memoranda.

WHEREFORE, the Court should dismiss this action on the grounds of forum non conveniens.

Dated: June 14, 2004

MOSHE HANANEL
By His Attorneys,

_____
James A. G. Hamilton (MA Bar # 218760)
PERKINS, SMITH & COHEN, LLP
One Beacon Street
Boston, MA 02108
617.854.4000

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on _____

MotFNC-31216-1