IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON, | )<br>) |
| Plaintiff, | )<br>)<br>) Civil Action No. |
| v. | )<br>) 04-cv-10356-RCL |
| MOSHE HANANEL, | )<br>) |
| Defendant. | )<br>) |

FILED
CLERKS OFFICE
2004 JUN 14  P 4:49
U.S. DISTRICT COURT
DISTRICT OF MASS.

## MOTION OF HANANEL TO STAY PROCEEDUNGS

Defendant Moshe Hananel ("Hananel") moves for a stay of proceedings in this action pursuant to the federal doctrine of international abstention pending the outcome of substantively identical litigation between the same parties commenced before this action and still pending in Israel. Hananel seeks a stay only as an <u>alternative</u> to dismissal for lack of personal jurisdiction or on forum non conveniens grounds, the subject of separate motions filed simultaneously herewith. As grounds, Hananel relies on the Memorandum In Support and the Affidavit of Moshe Hananel In Support Of Motions filed herewith.

WHEREFORE, as an alternative to dismissal, the subject of separate motions filed simultaneously herewith, the Court should dismiss or stay the action pending the outcome of the Israeli proceedings or until further order of the Court.

MOSHE HANANEL
By His Attorneys,

_____
James A. G. Hamilton (MA Bar # 218760)
PERKINS, SMITH & COHEN, LLP
One Beacon Street
Boston, MA 02108
617.854.4000

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on _____