UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 JUN 24 A 10: 37

U.S. DISTRICT COURT
DISTRICT OF MASS.

SHELDON G. ADELSON,

        Plaintiff,

v.

MOSHE HANANEL,

        Defendant.

Docket No. 04CV10357RCL

## ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTIONS TO DISMISS

Plaintiff moves that the time for responding to the Defendant's Motions to Dismiss filed with the Court on or about June 14, 2004 be extended to July 15, 2004. In support of this Motion Plaintiff's Counsel says that he has a long planned family vacation which will not permit him to respond prior to that date.

PLAINTIFF,

By his attorney,

_____
Franklin H. Levy, Esq. (BBO#297720)
Duane Morris LLP
470 ATLANTIC AVENUE, SUITE 500
BOSTON, MA 02210
PHONE: 617.289.9200
FAX: 617.289.9201

DATED: June 24, 2004

ASSENTED TO:
DEFENDANT,

By his attorney,

_____
James A. G. Hamilton
Perkins, Smith & Cohen, LLP
One Beacon Street
Boston, Massachusetts 02108-3106
PHONE: (617) 854-4000
FAX: 617.854.4040

BOS\105541.1