UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON, | |
| Plaintiff, | |
| v. | Docket No. 04CV10357RCL |
| MOSHE HANANEL, | |
| Defendant. | |

## AFFIDAVIT OF SHELDON G. ADELSON

Sheldon G. Adelson, upon his oath deposes and says:

1.    I am Sheldon G. Adelson, plaintiff in the above captioned matter.

2.    My domicile is Las Vegas, Nevada. I own a home on Dudley Road in Newton, Massachusetts which my family and I occupy when I am in Massachusetts. I am also the majority shareholder and Chairman of the Board of The Interface Group. I maintain an office at The Interface Group's offices at 300 First Avenue, Needham, Massachusetts.

3.    I am the sole shareholder of Interface Partners International, Ltd. This is a Delaware Corporation with offices in Nevada, Massachusetts and Israel.

4.    I do not own a residence in Israel. During the last 12 months I have been in Israel on two occasions: the last week in August 2003 and over the Chanukah/Christmas New Year holiday. Both trips were to visit family and friends.

5.    I have read the Affidavit of Paul G. Roberts and affirm that it is true and correct. I was present at 300 First Avenue on December 5, 1995 when the terms of Hananel's employment by IPI, Ltd. were discussed and acknowledged between Hananel and me. There

were no other agreements with Hananel other than the one employment agreement between him and IPI made on that date in Needham.

6.    I also affirm that Hananel had absolutely nothing to do with any project in which I was involved in Macau; all as set forth in full detail in the Affidavit of Paul G. Roberts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS $\underline{5}^{th}$ DAY OF JULY, 2004.

_____

Sheldon G. Adelson