UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON,<br><br>              Plaintiff,<br><br>v.<br><br>MOSHE HANANEL,<br><br>              Defendant. | Docket No. 04CV10357RCL |

## CERTIFICATE OF SERVICE

      I, Franklin H. Levy, hereby certify that on the 15th day of July, 2004 I caused true and correct copies of the following to be served by first class mail upon James A.G. Hamilton, Esq., Perkins, Smith & Cohen, LLP,. One Beacon Street, Boston, MA 02108:

1. Opposition of the Plaintiffs to the Motions of the Defendant to Dismiss for Lack of Personal Jurisdiction and on the Grounds of *Forum Non Conveniens*, or for a Stay;

2. Motion to Strike Affidavit of Moshe Hananel;

3. Affidavit of Paul G. Roberts;

4. Affidavit of Sheldon G. Adelson.

5. Certificate of Service.

                                              DUANE MORRIS, LLP

                                              By: _____
                                              Franklin H. Levy
                                              470 Atlantic Avenue
                                              Boston, MA 02110
                                              (617) 289-9200

DATE:      July 15, 2004