IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. |
| v. | ) |
| | ) 04-cv-10357-RCL |
| MOSHE HANANEL, | ) |
| Defendant. | ) |

## ASSENTED-TO MOTION OF HANANEL TO EXTEND TIME FOR RESPONSE

Defendant Moshe Hananel ("Hananel") moves to extend for seven days the time for his Opposition to Plaintiff's Motion to Strike Hananel Affidavit and Reply (if leave is granted) concerning dismissal motions pending in this case on the grounds that the additional time is necessary to properly address the multiple issues raised by these motions and opposition. This is the first extension request. Counsel for Plaintiff has assented to this motion.

WHEREFORE, the Court is requested to extend the time for filing and service of Hananel's opposition and reply (if leave is granted) from July 29, 2004 to August 5, 2004.

Assented to:
_____
Franklin H. Levy (MA Bar # 297720)
DUANE MORRIS, LLP
470 Atlantic Ave., Suite 500
Boston, MA 02210
617.289.9200

Respectfully submitted,
MOSHE HANANEL
By His Attorneys,
_____
James A. G. Hamilton (MA Bar # 218760)
PERKINS, SMITH & COHEN, LLP
One Beacon Street
Boston, MA 02108
617.854.4000

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on _____