UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Docket No. 04CV-1035RCL

| |
|---|
| SHELDON G. ADELSON, |
|           Plaintiff, |
| v. |
| MOSHE HANANEL, |
|           Defendant. |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A RESPONSE TO DEFENDANT, MOSHE HANANEL'S, REPLY MEMORANDUM

The Plaintiff, Sheldon G. Adelson, respectfully moves that this Honorable Court permit him to file the accompanying Response to the Defendant, Moshe Hananel's, Reply Memorandum with its attached documents and a conditional motion for leave to engage in limited discovery for purposes of a motion to dismiss.

Plaintiff's counsel believes that the Response will better inform the court as to the facts and legal issues created by the motion to dismiss.

The Plaintiff also requests that the court schedule oral argument.

BOS\108525.1

The Plaintiff,
SHELDON G. ADELSON,
By his attorneys,


_____
Albert P. Zabin, B.B.O. No.: 538380
Franklin H. Levy, B.B.O. No.: 297720
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
(617) 289-9200

Dated: August 19, 2004

## CERTIFICATE OF SERVICE

I, Albert P. Zabin, do hereby certify that I served a copy of the foregoing on all counsel of record listed below via first class mail, postage prepaid this 19th day of August 2004.

James A.G. Hamilton, Esquire
Perkins, Smith & Cohen, LLP
One Beacon Street
Boston, MA 02108

_____
Albert P. Zabin

BOS\108525.1

- 2 -