UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MOSHE HANANEL,<br><br>　　　　　Defendant. | Docket No. 04CV10357RCL |

### PLAINTIFF'S AMENDMENT TO HIS MOTION TO STRIKE THE FIRST AFFIDAVIT, OR BY STRIKING PARAGRAPHS 20 THROUGH 24 OF THE FIRST AFFIDAVIT OF THE DEFENDANT, MOSHE HANANEL

In addition to the grounds previously asserted in the Plaintiff's First Motion to Strike, the Plaintiff asserts additional grounds that the allegations and assertions in the above-numbered paragraphs are hearsay and not based on personal knowledge or documents attributable to the Plaintiff.

　　　　　　　　　　　　　　　　　　　　　SHELDON G. ADELSON

　　　　　　　　　　　　　　　　　　　　　By his attorneys

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Albert P. Zabin, B.B.O. No.: 538380
　　　　　　　　　　　　　　　　　　　　　Franklin H. Levy, B.B.O. No.: 297720
　　　　　　　　　　　　　　　　　　　　　DUANE MORRIS LLP
　　　　　　　　　　　　　　　　　　　　　470 Atlantic Avenue, Suite 500
　　　　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　　　　(617) 289-9200

Dated: August 19, 2004

BOS\108263.1

## CERTIFICATE OF SERVICE

I, Albert P. Zabin, do hereby certify that I served a copy of the foregoing on all counsel of record listed below via first class mail, postage prepaid this 19th day of August 2004.

James A.G. Hamilton, Esquire
Perkins, Smith & Cohen, LLP
One Beacon Street
Boston, MA 02108

_____
Albert P. Zabin