UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

SHELDON G. ADELSON,

    Plaintiff,

v.

    Docket No. 04CV10357RCL

MOSHE HANANEL,

    Defendant.

## MOTION TO ENJOIN THE DEFENDANT FROM PURSUING A PARALLEL CAUSE OF ACTION IN ISRAEL

The plaintiff requests that this Honorable Court restrain and enjoin defendant from prosecuting cases currently pending in Israel in which defendant seeks compensation from plaintiff on account of a casino venture in Macau.

This motion is based upon the matters set forth in the accompanying memorandum.

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true and correct copy of the above document was served upon the attorney of record for each party by mail/by hand.

Dated: 11/1/04

Dated: November 1, 2004

SHELDON G. ADELSON

By his attorneys

Franklin H. Levy, B.B.O. No.: 297720
Albert P. Zabin, B.B.O. No.: 538380
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
(617) 289-9200

BOS\111871.1