UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

SHELDON G. ADELSON,

    Plaintiff,

v.

MOSHE HANANEL,

    Defendant.

Docket No. 04CV10357RCL

## MOTION TO ENJOIN THE DEFENDANT FROM PURSUING A PARALLEL CAUSE OF ACTION IN ISRAEL

The plaintiff requests that this Honorable Court restrain and enjoin defendant from prosecuting cases currently pending in Israel in which defendant seeks compensation from plaintiff on account of a casino venture in Macau.

This motion is based upon the matters set forth in the accompanying memorandum.

           SHELDON G. ADELSON

           By his attorneys

           Franklin H. Levy, B.B.O. No.: 297720
           Albert P. Zabin, B.B.O. No.: 538380
           DUANE MORRIS LLP
           470 Atlantic Avenue, Suite 500
           Boston, MA 02210
           (617) 289-9200

Dated: November 16, 2004

BOS\111871.1