UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON,<br><br>  Plaintiff,<br><br>v.<br><br>MOSHE HANANEL,<br><br>  Defendant. | Docket No. 04CV10357RCL |

## LOCAL RULE 7.1 CERTIFICATION OF SHELDON G. ADELSON'S MOTION TO ENJOIN THE DEFENDANT FROM PURSUING A PARALLEL CAUSE OF ACTION IN ISRAEL

Counsel for Sheldon G. Adelson hereby certifies that he has conferred in good faith in an attempt to resolve the issues in his Motion to Enjoin The Defendant From Pursuing A Parallel Cause Of Action In Israel and memorandum in support, in a telephone conference with counsel for Moshe Hananel begun by placing a call on November 10, 2004 and conferring on November 10, 2004. No resolution could be reached, however Plaintiff's counsel agreed that defendant could file its opposition on or before November 23, 2004.

SHELDON G. ADELSON

By his attorneys

_____
Franklin H. Levy, B.B.O. No.: 297720
Albert P. Zabin, B.B.O. No.: 538380
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210

November 16, 2004

BOS\113061.1