

EXHIBIT "B"

October 12, 2004

Mr. Yaakov Neeman, Adv.
Herzog, Fox & Neeman, Law Office
4 Weizmann St.
Tel Aviv 64239

By facsimile and messenger
**Without Prejudice**

Dear Sir,

Re:   **Labor Case 7704/03 Moshe Hananel v. Interface Partners International
      Limited and Sheldon Adelson**

Please be respectfully advised as follows:

1.   To the best of my knowledge, your firm represents the interests of Goldman,
     Sachs & Co. in Israel, and against this background I have deemed it fit to turn
     to you.

2.   A draft prospectus that was filed by Las Vegas Sands Corp. and posted on the
     official web site of the United States Securities and Exchange Commission has
     come to my attention.

3.   It appears from the said draft prospectus that Goldman, Sachs & Co. are the
     underwriters for the offering.

4.   It further appears from the said draft prospectus that there is no mention and/or
     description of the above-referenced Complaint that was filed by me, *inter alia*
     against Mr. Sheldon Adelson, regarding my rights to various ventures in
     Macau that are described in the draft prospectus.

     For your convenience, a copy of the said Complaint is attached hereto as
     **Annex A.**

4.   I believe that the fact of the filing of the said Complaint, including my claim to
     rights in the Macau ventures, are material and essential information to any
     investor or buyer of securities. The said Complaint should therefore have been
     described and mentioned in the prospectus.

5.   I have deemed it fit to turn to you on this matter, so that you may draw the
     attention of your client, Goldman, Sachs & Co., to this matter.

Sincerely,
*and happy new year*
(-)
Moshe Hananel

cc: Adv. A. Klagsbald

f:\100xx\10070-004\mjk-hananel-goldman-sachs-trans

לכבוד
מר יעקב נאמן, עו"ד
ורצוג, פוקס נאמן, משרד עו"כי דין
רחוב ויצמן 4
תל אביב 64239

12 באוקטובר, 2004

בפקסימיליה ובאמצעות שליח
מבלי לפגוע בזכויות

א.נ.,

הנדון: ע"ב/ 7704/03 משה חנג'אל נ' אינטרפייס פרטנרשיפ אינטרנשיונל לימיטד' ושלדון אדלסון

הריני מתכבד לפנות אליך, כדלקמן:

1. למיטב ידיעתי, מייצג משרדך את עניינה של .Goldman, Sachs & Co בישראל ועל רקע זאת, מצאתי לנכון לפנות אליך.

2. הגיעה לידי טיוטה של תשקיף שהוגשה על ידי .LAS VEGAS SANDS CORP ופורסמה באתר האינטרנט הרשמי של United States securities and exchange commission.

2. מעיון בטיוטות התשקיף חנ"ל עולה כי .Goldman, Sachs & Co הינם חתמי ההנפקה.

3. כמו כן, מעיון בטיוטות התשקיף הנ"ל עולה כי אין כל אזכור ו/או תיאור של התביעה שבנדון שהוגשה על ידי, בין היתר, נגד מר שלדון אדלסון בנוגע לזכויותי במיזמים שונים במקאו המתוארים בטיוטות התשקיף.

לנוחיותך, עותק של כתב התביעה חנ"ל מצורף כנספח א' למכתבי זה.

4. אני סבור כי דבר הגשת התביעה חנ"ל לרבות טיענותיי לזכויות במיזמי מקאו, חינם בגדר מיד"ע מהותי וחיוני לכל משקיע או רוכש ניירות ערך. על כן, נדרש היה כי דבר התביעה חנ"ל יתואר וייזכר בתשקיף.

5. מצאתי לנכון לפנות אליך בעניין זה, על מנת שתתסב את תשומת ליבה של מרשתך Goldman, Sachs & Co. לעניין זה.

בכבוד רב ובברכה,
וְשָׁלוֹם לָךְ

עותק: עו"ד א.קלגסבלד