# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action<br>No: <u>04-10357-RCL</u>

SHELDON ADELSON
Plaintiff

v.

MOSHE HANANEL
Defendant

## **NOTICE OF HEARING**

LINDSAY, D.J.

     TAKE NOTICE that the above-entitled case has been set for argument on all pending motions at **3:00PM**, on **January 18, 2005,** in Courtroom No. 11, 5th floor, United States Courthouse. Be advised, however, that this hearing date is subject to cancellation on forty-eight hours' notice if the court determines for any reason that the hearing will be unnecessary.

By the Court,<br><br>/s/ Lisa M. Hourihan<br>_____<br>Deputy Clerk

December 1, 2004

To: All Counsel