Labor Courts

Tel Aviv-Jaffa District Labor Court                006245/01

Before: Honorable Judge Samuel Tanenboim         December 2, 2004

<u>In re</u>: Moshe Hananel
Represented by lawyers Holdstein and Fridman      the Plaintiff

Vs.

1. Interface Partners International LTD
2. Sheldon G. Adelson

Represented by lawyers Klagsbald and Sheraga      the Defendants

Present: the Plaintiff and his representatives
        The representatives of the Defendants

## Decision

1. As agreed by the parties, the discovery of documents in case 6245/01 (the combined) will be completed by March 15, 2005. The review of the documents will be completed by March 31, 2005. The motion in case 8145/04 is deleted.

2. The decision on the additional motions that are pending will be given after the ruling of the National Court in the appeal pending before it. The Clerk's Office will be responsible for bringing the case to me after receipt of the decision of the National Court.

3. Continued to another preliminary hearing for April 11, 2005 at 11:30am.

4. The combined cases will be proceeding under Case No. 6245/01. The Clerk Office will make a reference to this note.

Decided this [Hebrew date] (December 2, 2004) before the parties.

S. Tanenboim, Judge

31216-MemTrDec12/2/04.doc



בתי הדין לעבודה

בית הדין האזורי לעבודה תל אביב – יפו          עב 006245/01

בפני:   כב' השופט שמואל טננבוים          02/12/2004

בעניין:   משה חנגאל
ע"י ב"כ עוה"ד   הולשטיין   התובע
ופרידמן

נ ג ד

1. אינטרפייס פרטנרס אינטרנשיונל לימיטד
2. שלדון ג' אדלסון
ע"י ב"כ עוה"ד   קלגסבלד ושרגא   הנתבעים

נוכחים:   התובע וב"כ
ב"כ הנתבעים

פרוטוקול

ב"כ התובע:

הוגשה התביעה של התובע נגד הנתבעים בתיק זה עב' 6245/01 שעניינה מערכת יחסי העבודה בין התובע לבין הנתבעים שחובקת זכויות שונות וגם זכות לאופציות ומיזמים שונים. מסי חודשים לאחר מכן הוגשה תביעה של הנתבעת 1 בתיק נגד התובע בתיק שמסי 9015/02 הוא לא נמצא בפני בית הדין שעניינה טענות כלפי התובע שיסודה בטענות של הנתבעת כלפי התובע באותו תיק תביעות כספיות להשבת כספים שבסיסן הייתי אומר תיפקוד לקוי. בסוף שנה שעברה דהיינו 2003 הוגשה תביעה נוספת של התובע כלפי שני הנתבעים שהתמקדה היא במערכת יחסי התובע בין התובע לנתבעים והתמקדה באופציות ביחס למיזם מסויים. מדובר בעב' 7704/03. בתיק של נמצא בפני בית הדין 9015/02 הסתיים למעשה שלב הגשת התצהירים בתיק וקבוע קדם משפט במרץ בפני כב' השופטת לקסר וכך זה עומד שם. בשני התיקים שעומדים בפני אדוני האחרונה בהם שהתיקים למעשה אוחדו על פי החלטת בית הדין והיום זה תיק אחד. כאשר כל אחד מהתיקים האלה עבר טלטלות שונות ובקשות שונות על כל שלב. בתיק התביעה המקורית 6245/01

2



בתי הדין לעבודה

בית הדין האזורי לעבודה תל אביב – יפו          עב 006245/01

בפני:   כב' השופט שמואל טננבוים          02/12/2004

למעשה הסתיימו ההליכים המקדמיים והוגשו תצהירים משלימים. בתיק 6245/01 הוגשו תצהירי עדות ראשית והסתיימו כל ההליכים המקדמיים ולכאורה התיק בשל להוכחות במקטע הזה משום שיש הסתייגות מסויימת משום שבמסגרת המסמכים שהצורפו בתיק, היתה לנתבעים הסתייגות ביחס לסוג המסמכים שיש לפסול אותם בשל כך שהם מסמכים שיצאו במסגרת משא ומתן לפני הגשת התביעות. היתה החלטה של בית הדין שמכשיר את המסמכים והוגש על כך רשות ערעור לבית הדין הארצי ונכון להיום אנחנו ממתינים קרוב לשנה להחלטה של בית הדין הארצי בנושא הזה. מדובר בערעור 381/03 בבית הדין הארצי.

בנסיבות האלה, כל התיק נדד לבית הדין הארצי ולדעתי לא חזר משם.

במסגרת אותו תיק המקורי, למעשה עומדות שתי בקשות בנוגע לתצהירים של שני עדים אחת מירי שחורי ואחד בשם מירו מטעם התובע כאשר ישנה בקשר לתצהירה של שחורי ישנה מחלוקת האם הוגש תצהיר משלים והתובע ביקש להסתייג מנושאים מסויימים והוגשה על זה בקשה ותגובה וזה עומד בפני בית הדין להחלטה.

תצהיר נוסף או בקשה עספת התצהיר של מר דוד מירו שהוא עד של התובע שגם לגביו   יש מחלוקת בין הצדדים, האם ניתן להגיש תצהיר וגם על כך הוגשו בקשות ותגובות. שני הנושאים האלה כפי שציין חברי, בשלים להכרעה של בית הדין. היינו בדיון ביום 24.5. אצל השופטת עציון ולא יכלה לקבל החלטה משום שהתיק חיה בבית הדין הארצי ובאותה החלטה היא קבעה שהיא תזמין את התיק מבית הדין הארצי ולדעתי עד היום התיק הזה לא הגיע ולכן לא ניתנה החלטה. מדובר בבש"א 4067/04, 2328/04. באותה תקופה עמדה בקשה נוספת בין הצדדים לקביעת הוכחות בתיק שטענת הנתבעים היתה שהתיק אינו יכול להקבע להוכחות בגלל המתנה להחלטה של בית הדין הארצי וכרגע הנושא הוא פחות קריטי.

3



בתי הדין לעבודה

בית הדין האזורי לעבודה תל אביב – יפו          עב 006245/01

בפני:    כב' השופט שמואל טננבוים          02/12/2004

בתיק שצורף 7704/03 אחרי שהצדדים עברו מסכנת שלמה ונתקבלה החלטה שלבית הדין יש סמכות לגבי הנתבע 2, אנחנו נמצאים בתחילתם של ההליכים המקדמיים כאשר לצורך השלמת התיקון בהליכים המקדמיים אנחנו נדרשים לתצהירי גילוי מסמכים ותצהירי עדות ראשית. בענין הזה הוגשה בקשה אתמול של הנתבעים בבש"א 8145/04 למען הזהירות ככל שנדרש נתייחס אליה היום ולכן אם יורשה לי אני הייתי מציע שנסכים על פרק זמן של 60 ימים להליך תצהירי גילוי המסמכים.

**ב"כ הנתבעים:**

היה לראשונה שהואיל והתיקים אוחדו, עדיף להמתין להחלטה של בית הדין הארצי ואז יראו. ההחלטה היתה בעיקרה בשאלה האם מסמכים מסויימים שהיו במסגרת משא ומתן, ניתן להציגם והעדות בתצהיר. אם בית הדין יענה לבקשה הם יצטרכו לערוך שינויים בבקשה ואז בית הדין יוכל להכריע בעניין מירו ומירי שחורי.

בקשר לנושא גילוי המסמכים בבש"א 8145/04, אני מסכים ולא רוצה לעשות שום קשיים ומסכים על גילוי מסמכים הדדי. העובדה היחידה היא הזמן הואיל והתביעה מתייחסת למיזם במקאו לצורך כך, חברי או אני יצטרך לנסוע לשם כדי להביא את החומר שנמצא שם. מה שאנחנו מבקשים לקבוע את מועד גילוי המסמכים למרץ. אף אחד לא ערב לנו שעד אז יושלמו ההליכים בבית הדין הארצי. אנו מבקשים שגילוי הדדי תעשה עד ליום 15.3.05 וכן לקבוע קדם משפט נוסף.

**החלטה**

1.   כמוסכם על הצדדים, הליך גילוי המסמכים בתיק 6245/01 (המאוחד) יסתיים עד ליום 15.3.05.
הליך העיון במסמכים יסתיים עד ליום 31.3.05. הבקשה בבש"א 8145/04 נמחקת.

4



בתי הדין לעבודה

בית הדין האזורי לעבודה תל אביב – יפו                    עב 006245/01

בפני: כב' השופט שמואל טננבוים                    02/12/2004

2. ההחלטה בבקשות הנוספות התלויות ועומדות תינתן לאחר פסק דינו של בית הדין הארצי בערעור בעומד בפניו.
המזכירות תדאג להעלות את התיק אליי לאחר קבלת פסק דינו של בית הדין הארצי.

3. נדחה לקדם משפט נוסף ליום 11.4.05 בשעה 11:30.

4. התיקים המאוחדים יתנהלו תחת המס' עב' 6245/01. המזכירות תרשום בפניה הערה זו.

ניתנה היום י"ט בכסלו, תשס"ה (2 בדצמבר 2004) במעמד הצדדים.

ש. טננבוים, שופט

אתי/