Translation of Facsimile Cover Sheet from David Farbstein ("Dadi"),
Company: TIG/Israel
to Moshe Hananel ("Moshe")

THE
INTERFACE
GROUP

## FACSIMILE COVER SHEET

To: Moshe Hananel
Company: Galilee Tours
Fax#:

From: David Farbstein
Company: TIG/Israel
Phone: 972-3-613-1994
Fax#: 972-3-613-1990

Date 8.11.95 [November 8, 1995]
No. of pages 1 Including cover sheet

Re: Auto Depo
Ref:

In Uzi's conversation with me I understood that it was agreed that IPI is providing a loan to Auto Depo for the purpose of resolving its cash flow.
Please instruct as to the execution of the above.
The amount needs to be written, as I am acting as a rubber stamp until you set up your signature rights in Auto Depo.

[Response by Moshe on the same page]

I would appreciate if you could arrange to transfer the amount of 305,000 Shekel.
Short term loan to Auto Depo.
[Signature Moshe Hananel].

972 3 6131990
08 NOV '95 16:20   THE INTERFACE GROUP 9723 6131990

P.1

# THE INTERFACE GROUP

## FACSIMILE COVER SHEET

To: _____          From: _____
Company: _____     Company: TIG/Israel
Fax #: _____       Phone: 972-3-613-1994
                             Fax #: 972-3-613-1990
                    Date: _____
         No. of pages ___ Including cover sheet

Re.: _____
Ref _____

[handwritten note in Hebrew]

☒ THE INTERFACE GROUP

Conference and Exposition Producers



# Sands.

EXPO AND CONVENTION CENTER

201 E. SANDS AVENUE, LAS VEGAS, NV 89109 • 702-733-5556 • FAX 702-733-5353

October 6, 1995

Mr. Moshe Hananel
Galilee Tours
42 Ben-Yehuda St.
Tel Aviv, Israel 63807

Dear Mr. Hananel,

At Mr. Adelson's direction, I attempted to reach you late afternoon and early evening on Friday, both at your home and office, but was unable to do so.

I work with Mr. Adelson in Las Vegas and he has asked that his team in Las Vegas assist in the planning of the new facility in Eilat. In discussing this with Mr. Adelson, he suggested that I contact you, as you would be a tremendous source for assisting us in gathering information to put together our specific plans.

Attached, you will find several questions. Your assistance in answering these questions would be greatly appreciated, as we feel this information is important for us to get the proper picture and put together the most comprehensive set of plans. As I am sure you are aware, time is of the essence on this project. We are looking to have our plans completed on or about October 17, 1995.

Should you have any questions regarding the attached, as I will be out of town for the next several days, please feel free to contact Jeff Beckelman, Vice President of Sales and Marketing for the Sands Expo and Convention Center in Las Vegas, at 702/733-5556.

Many thanks in advance for your assistance.

Sincerely,

SANDS EXPO AND CONVENTION CENTER

Richard Heller
Vice President and General Manager

RH/sg
attachment

Current Facilities:

1. Need information from the Jerusalem Convention Center, the Tel Aviv Convention Center and the Tel Aviv Fairgrounds, to include:

   a. Do these facilities sell any services? What are they? What rates do they charge?

   b. Are these facilities public buildings? If so, are their financial statements available?

2. Are there any other public assembly buildings in Eilat?

Hotels in Eilat:

1. Provide average rate for major hotels in Tel Aviv and Jerusalem.

2. Provide catering menus from several large Eilat hotels.

Market:

1. Provide List of associations in the State of Israel, numbers of employees and numbers of memberships. Provide the five largest annual meetings to include numbers in attendance and capacity of largest food functions.

2. Are there any associations for Catering Managers, Food & Beverage Managers, Meeting Managers, etc. from whom we can get information.

3. Provide list of major corporations in Israel and the total number of employees for each.

4. Provide public events calendar for Eilat, basketball games, concerts, etc., anything where tickets are sold.

5. Provide a Holiday schedule. What Holidays are unacceptable. Which would be good for Holiday business, i.e. "break the fast".

6. Provide an English language phone book (yellow pages).

7. Are there any other countries that this facility can service besides the State of Israel, such as Jordan or Egypt?

Transportation:

1. What public transportation is available?

2. What are the airport capabilities? What carriers fly in? What is the lift?

3. Is it reasonable to utilize the Acaba airport in Jordan to get people to Eilat?

4. What are the customs procedures for bringing goods and equipment in and out of the country for conventions?

5. What is the mode of transportation that produces the most visitors for Eilat?

Labor:

1. What is the main labor source?

2. What is the employment market like?

3. What is the average salary for professionals and laborers?

4. What percentage goes toward benefits?

5. What are the payroll taxes and related expenses in the State of Israel as well as in each Municipality?

Goods and Equipment:

1. Provide a list of purveyors for meat, bread, produce, canned goods and assorted food products.

2. Who is the contact with the local phone company?

3. What are the power (electricity) costs?

4. Provide a list of purveyors in the State of Israel for large suppliers of furniture and equipment, i.e. tables, chairs, vacuum cleaners, office furniture, kitchen equipment (ovens, dishwashers, etc.).

5. For budgeting purposes, if we are purchasing equipment for the project, what is the comparative cost of related goods (vacuum cleaners, equipment, etc.) between the U.S. and the State of Israel?

BEILINSON MEDICAL CENTER

Affiliated to the
Sackler School of Medicine
Tel Aviv University

49100 Petah-Tikva, ISRAEL



קופת חולים
KUPAT - HOLIM

המרכז הרפואי בילינסון

מסונף לבית ספר לרפואה
ע״ש סאקלר, אוניברסיטת ת״א

פתח-תקוה מיקוד 49100

To:
The Joselin Diabetic Center
Boston

November, 28, 1995

Dear Dr.

Re: **Mr. Moshe Hannanel**

The patient referred to above is 41 years old, suffers from obesity (his body weight in December 1995 reached 152Kg), and past medical records reveal he underwent a polypectomy.

A year ago NIDDM was found, followed by nocturnal leg pain. At that time, $HbA_{1c}$-18, glucose >300 mg/dl, with normal arterial pulses & flow. He was treated in Jerusalem with metformine 850mg t.i.d and glibenclamid 5mg, colchicin, and vit E.

In August 1995, he was admitted to our clinic. Physical examination revealed obesity 136Kg, normal eye fundus examination. On duplex normal arterial and venous flow was found. EMG findings of primary or secondary peripheral neuropathy, motor & sensory was recorded; normal ECG without L.V.H., with normal echocardiography, normal chest and lower extremities XR. $HbA_{1c}$-12.9, glucose 313, normal $SMA_{12}$ and urinary test. On that occasion, he was treated by strict diet, metformin 850mg b.i.d., glibenclamide 5mg t.i.d., acarbose 50mg b.i.d, amitryptiline 10mg b.i.d. His weight decreased to 132Kg, and leg pain was reduced. The patient's compliance is low in keeping blood sugar monitoring and diet. Following a painful recurrence of diabetic neuropathy, the treatment of amitryptiline was increased to 25mg b.i.d.

Blood tests from the 26 November 1995, are enclosed with the following results: $HbA_{1c}$ 6.4 (n 4.3-5.8), glucose 117, Bun-12, Creatinine 0.9, Na-137 meq/l, K-4 7, Cl-105, total protein 7.4, albumin -4.8, ca-96, P-4.5, uric acid-5.8, total bilirubin-0.9, alkaline phosphatase-76 (N), LDH-291(N), sGOT-16, GPT-23, CPK-65, cholesterol-201.

.../2

ט. 320/19, סיפרור 1337 - האוגדים 95׳

BEILINSON MEDICAL CENTER

Affiliated to the
Sackler School of Medicine
Tel Aviv University

49100 Petah-Tikva, ISRAEL



קופת חולים
KUPAT - HOLIM

המרכז הרפואי בילינסון

מסונף לבית ספר לרפואה
ע"ש סאקלר, אוניברסיטת ת"א

פתח-תקוה מיקוד 49100

- 2 -

In conclusion the patient suffers from obesity and NIDDM and peripheral neuropathy complications without no other risk factors or complications as (cataract, proteinuria, renal function impairment, or hyperlipidemia).

The patient prefer oral hypoglycemic treatment. In the past two months reduction of weight to 132Kg reduction of HbA1c and a better fasting glucose blood levels were achieved.

With a better diet and better compliance glucose control can be improved without hypoglycemic attacks. In case of continuation of pain, amitryptiline will be increased to - 25mg t.i.d, and fluphenazine 1mg can be added.

Sincerely yours,

Moshe Garty M.D
Chairman of Medicine Dept.
and Clinical Pharmacology unit.

ט. 320/19  סיפרור 1337 - האומדים 95'