IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| ) | |
| v. ) | 04-cv-10357-RCL |
| ) | |
| MOSHE HANANEL, ) | |
| ) | |
| Defendant. ) | |

### RENEWED MOTION OF HANANEL TO DISMISS
### FOR LACK OF PERSONAL JURISDICTION

Defendant Moshe Hananel ("Hananel") renews his motion pursuant to Fed. R. Civ. P. 12(b)(2) to dismiss the Complaint in this action for lack of personal jurisdiction over him. This renewal is pursuant to the Court's denial without prejudice of his original motion, and follows limited discovery ordered by the Court. As grounds, Hananel relies on the Memorandum of Hananel In Support filed herewith.

WHEREFORE, The Court should dismiss this action on the grounds of lack of personal jurisdiction.

Dated: May 17, 2005

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail - hand on 5/17/05.

MOSHE HANANEL
By His Attorneys,

_____
James A. G. Hamilton (MA Bar # 218760)
PERKINS, SMITH & COHEN, LLP
One Beacon Street
Boston, MA 02108
617.854.4000

RenMotPersJurisd-31216-1