IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON,<br><br>Plaintiff,<br><br>v.<br><br>MOSHE HANANEL,<br><br>Defendant. | Civil Action No.<br><br>04-cv-10357-RCL |

**MOTION OF HANANEL TO COMPEL FURTHER ANSWERS TO INTERROGATORIES, PRODUCTION OF DOCUMENTS, AND DEPOSITION TESTIMONY AND CERTIFICATION OF L.R. 37.1 CONFERENCE**

Defendant Moshe Hananel ("Hananel") moves the Court pursuant to Fed. R. Civ. P. 37 for an Order to Compel Plaintiff Sheldon G. Adelson ("Adelson") to make further responses to Hananel's discovery requests.

As grounds for his motion, Hananel states that, following a L.R. 37.1 discovery conference, disputes remain concerning Adelson's interrogatory answers, document production, and deposition testimony. Hananel relies on its Memorandum in Support filed herewith.

WHEREFORE, the Court should:

(1) order Adelson to produce all documents described in Document Requests Nos. 1-4, 7-11, 13-15, and 21-28, or otherwise respond to those Requests pursuant to F.R. Civ. P. 34;

(2) order Adelson to provide full and complete answers to Interrogatories Nos. 2, 5, and 9;

(3) order Adelson to appear for continued deposition in Boston, for an amount of time proportional to the further discovery ordered by the Court, but not less than one hour;

(4) award Hananel his reasonable costs and expenses, including attorneys' fees, of bringing the instant motion.

Hananel offers a Proposed Order, filed herewith.

WHEREFORE, The Court should enter the Proposed Order.

Dated: May 18, 2005

>MOSHE HANANEL
>By His Attorneys,
>
>_____
>James A. G. Hamilton (MA Bar # 218760)
>PERKINS, SMITH & COHEN, LLP
>One Beacon Street
>Boston, MA  02108
>617.854.4000

**LOCAL RULE 37.1 CERTIFICATION**

Counsel for Hananel hereby certifies that he has conferred in good faith in an attempt to narrow the areas of disagreement to the greatest possible extent. This conference occurred in (a) a detailed demand letter dated May 6, 2005 from the undersigned setting forth the further responses sought in this motion, and a subsequent telephone call between counsel on May 9, 2005, lasting about three minutes. No agreement was reached, and the issues remaining to be decided by the Court are set forth in the Memorandum in Support.

_____
James A. G. Hamilton

MotHanCompel-31216-1

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail - hand on May 19, 2005.

_____

- 2 -