UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

SHELDON G. ADELSON,
        Plaintiff,

v.

MOSHE HANANEL,
        Defendant.

Docket No. 04CV10357RCL

## PLAINTIFF'S OPPOSITION TO THE DEFENDANT'S MOTION TO COMPEL FURTHER ANSWERS TO INTERROGATORIES, PRODUCTION OF DOCUMENTS AND DEPOSITION TESTIMONY

The Plaintiff Opposes the Defendant's Motion to Compel Further Answers to Interrogatories, Production of Documents and Deposition Testimony.

Plaintiff's position and reasoning is set out in the Plaintiff's Memorandum in Support of His Opposition to the Defendant's Motion to Compel Further Answers to Interrogatories, Production of Documents and Deposition Testimony submitted herewith.

        Respectfully submitted,
        The Plaintiff,
        SHELDON G. ADELSON,
        By his Attorneys,

        Franklin H. Levy, B.B.O. No. 297720
        Albert P. Zabin, B.B.O. No.: 538380
        DUANE MORRIS LLP
        470 Atlantic Avenue, Suite 500
        Boston, MA 02210
        (617) 289-9200

Dated: June 1, 2005