אינטרפייס פרטנרס אינטרנשיונל בע"מ
ח.פ. 56-001401-1
רח' ז'בוטינסקי 3 א', רמת-גן
טל' 03-6131994

INTERFACE
PARTNERS
INTERNATIONAL LTD.

תאריך 5/7/98

לכבוד אלים ח ווגל

בכל פניה לקשורה בשיק חמצ"ב
נא להזכיר את מספרו.

נא לאשר / לשלוח קבלה.

גבית השיק או הסבתו תחשב כאישור
לקבלת תמורתו כרשום לפרטים הנ"ל.

0000844

מצורף בזה שיק משוך על
הבנק הבינלאומי הראשון לישראל בע"מ

| תאריך | מס' חשבון | פרטים | אג' | סכום שקל חדש |
|---|---|---|---|---|
| | | ע"ח | | 20,000 00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | סה"כ | | 20,000 00 |

הנני מאשר קבלת השיק

שם המקבל
וחתימתו

ותאריך

בכבוד רב,
אינטרפייס פרטנרס
אינטרנשיונל בע"מ

להנהלת חשבונות

| חובת חשבון | |
| זכות חשבון | |
| ערך | אישר |

הבינלאומי הראשון
063301 תל-אביב, רח' אלנבי 22, סניף האופרה – 044

ח"ן 409-308560

INTERFACE
PARTNERS
INTERNATIONAL LTD.
אינטרפייס פרטנרס אינטרנשיונל בע"מ
ח.פ. 56-001401-1
רח' ז'בוטינסקי 3 א', רמת-גן
טל' 03-6131994

date 5/7/98   תאריך

PAY TO OR ORDER    שלמו לפקודת  אלים ח ווגל

new sheqel    ש"ח    עשרים אלף ש"ח    20,000

signature    חתימה

⑈0000844⑈ ⑆31⑆044000⑆ ⑄093085600⑈