## Hananel's Office Diary Entries In Oct.-Nov. 1995

| [Item no.] | Day | Date (1995) | Hour | As written in the Diary | Remarks |
|---|---|---|---|---|---|
| 1 | Sun | Oct 8 | 11.00 | Amnon Metalon, 13 Yona Hanavi 5162020 | Adelson's friend - discussing cinema, casino investments |
| 2 | Sun | Oct 8 | 15.00 | Dan Raviv | Interface employee |
| 3 | Wed | Oct 11 | 13.30 | Orly Katav & Lea Shachar | Interface public relations consultants |
| 4 | Thu | Oct 12 | 12.00 | Boris Kersni+ Dan Raviv | Professional lobbyist hired by Adelson, and Interface employee Raviv |
| 5 | Tue | Oct 17 | 19.30 | Hefez A.-10 Balfor str. | Avi Heifetz, economist and consultant to Interface on business plan, Eilat project |
| 6 | Thu | Oct 19 | 9.30-12.30 | Information meeting to participant in Dan Panorama hotel "Israel Hall"-participation approved | On behalf of Interface concerning the Amman summit |
| 7 | Thu | Oct 19 | 15.30 | Interface= Udi Harel, Dan Raviv +Sheilo Petelson, Eilat project | Politician [Harel], Interface employee [Raviv] and architect [Petelson] concerning Eilat casino project |
| 8 | Sun | Oct 22 | 18.30 | Dan Raviv | Interface employee |
| 9 | Mon | Oct 23 | 12.30 | Ben Shimon Doron-09-559850 | On behalf of Adelson/Interface concerning Beit-Shean (Israel) casino project |
| 10 | Mon | Oct | 15.00 | Rami Eden-public | On behalf of |

1

|    |     | 23        |             | accountant                                                                                                       | Interface                                                                                       |
|----|-----|-----------|-------------|------------------------------------------------------------------------------------------------------------------|-------------------------------------------------------------------------------------------------|
| 11 | Mon | Oct 23    | 17.00-19.00 | Dadi-Interface                                                                                                   | Adelson's brother-in-law David Farbstein, the ex-manager of Interface, transition discussion    |
| 12 | Tue | Oct 24    | 11.00       | Boris Kersni                                                                                                     | Interface lobbyist (see Oct. 12)                                                                |
| 13 |     |           | 15.00       | Shaul Shimron 052-691483                                                                                         | Kibbutz representative, concerning Beit-Shean casino project                                    |
| 14 | Wed | Oct 25    |             | Cancel all meetings                                                                                             | Adelson in Israel for meetings                                                                  |
| 15 | Thu | Oct 26    | 12.00       | Avi Degani+Dan Raviv (cancel Dan Raviv)- 57 Hovevey Zion str. 5283773                                           | Professor of statistics and geo- cartography concerning Interface and Auto Depot                |
| 16 | Thu | Oct 26    | 14.00       | <>                                                                                                              | Adelson-lunch                                                                                    |
| 17 | Thu | Oct 26    | 17.30       | Uzi Katz- Interface                                                                                             | Auto Depot's General Manager meeting on behalf of Interface                                      |
| 18 | Thu | Oct 26    |             | Nurit Arad wedding-Mazel Tov                                                                                    | Adelson's friend(Yael)                                                                           |
| 19 | Fri | Oct 27    | 20.00       | Party of Miry Adelson, Rutty Azury, 38 Burla str, lamed ,Tel Aviv, apartment 27 , 7th floor                | Adelson's wife, friends and employee                                                            |
| 20 | Sat | Oct 28    |             | Registration to Amman Summit                                                                                    | Interface-flight in Adelson's private plane from Israel to Amman                                 |
| 21 | Sun | Oct 29    |             | Amman Summit                                                                                                    | Interface, meetings, lectures                                                                    |

2

| 22 | Mon | Oct 30 | | Amman Summit | Interface, meetings, lectures |
|---|---|---|---|---|---|
| 23 | Tue | Oct 31 | | Amman Summit | Interface, meetings, lectures |
| 24 | Thu | Nov 2 | 13.30 | Moshe Melnik | Last meeting with Melnik, ex-employee of Interface, discussing operations |
| 25 | Thu | Nov 2 | 16.30-19.00 | Interface | Meeting with Adelson |
| 26 | Thu | Nov 2 | 19.30 | International 33 meeting, Opening ceremony, Noga theater, Jaffa | Meeting with Adelson |
| 27 | Thu | Nov 2 | 20.30 | Reception , congress center, Dan Panorama, Tel Aviv | Meeting with Adelson |
| 28 | Fri | Nov 3 | 12.30 | Hilton hotel(lobby)- Jerusalem, Shaul Shimron, Yaacov Gadish 06-756462 052- 691483 | Kibbutz representative and consultant concerning Beit- Shean casino project |
| 29 | Mon | Nov 6 | 16.30 | Amitai Baram-Interface | Lawyer for Interface and Auto Depot, at Interface office |
| 30 | Tue | Nov 7 | 10.30 | Sheldon, Petelson, Sheilo, -Interface | Adelson and architects concerning Eilat Casino, at Interface office |
| 31 | Tue | Nov 7 | 14.30 | Auto- Depot Share holder -Interface | Auto Depot board meeting (see minutes), at Interface office, Adelson present |
| 32 | Tue | Nov 7 | 18.30 | Yahalom Tower, Bursa building: Shaul Shimron, | Kibbutz representative and |

3

| | | | | Gadish | consultant concerning Beit- Shean casino project (see Nov. 2) |
|---|---|---|---|---|---|
| 33 | Tue | Nov 14 | 9.00 | Darom Park | Interface real estate project, with Dan Raviv and Tel Aviv municipality representative |
| 34 | Tue | Nov 14 | 10.00 | Interface-Esti Sental(from Eilat), Dan Raviv,Boris,Zvika Kesler | Meeting at Interface with employee Raviv, lobbyist Boris Kersni, local PR person, concerning Eilat Casino project |
| 35 | Tue | Nov 14 | 18.00 | Board of Directors-Auto Depot | See minutes of Nov. 14 board meeting |
| 36 | Tue | Nov 14 | 19.00 | Shelomo Zeveda, Yehuda Federman, Uzi Katz- meeting at Interface | Auto Depot partners meeting |
| 37 | Thu | Nov 16 | 17.00 | Danni | Interface employee Dan Raviv |
| 38 | Sun | Nov 19 | 15.30 | Udi Harel | Politician concerning Eilat Casino |
| 39 | Mon | Nov 20 | 16.30 | Zion Bakerem (restaurant)-Rabbi Shemesh 050-313594 | Adelson's friend |
| 40 | Tue | Nov 21 | 14.00 | Orly Katav, Lea Shachar | Interface PR consultants |
| 41 | Tue | Nov 21 | 17.30 | Interface | Meeting at Interface |
| 42 | Wed | Nov 22 | 16.00 | Visit to Lod | On behalf of Interface and Auto Depot |
| 43 | Thu | Nov 23 | 11.00 | Mondi Swartz –Statistic 02-6553225 | Meeting at Interface |

4

| 44 | Fri | Nov 24 | | To remind Moshe that he has check in Beilinson (hospital) | Private-preparation for Joslin |
|----|-----|--------|--|----|----|
| 45 | Sun | Nov 26 | | Dr. Gerti, Beilinson Hospital | Private-preparation for Joslin |
| 46 | Sun | Dec 3 | | *Don't forget to call Yaacov Elinav-567491 | Interface Investment-Bank Poalim manager |
| 47 | Sun | Dec 3 | 18.00 | **TEL AVIV-LONDON** 18:00 DEP- TEL AVIV 21:40 ARR- LONDON | |
| 48 | Mon | Dec 4 | | **LONDON-BOSTON** 15:15 DEP-LONDON 17:55 ARR-BOSTON | |
| 49 | Tue | Dec 5 | | BOSTON | Joslin clinic |
| 50 | Wed | Dec 6 | | **BOSTON-NEW YORK** 9:00 DEP-BOSTON 10:04 ARR-NEW YORK | |
| 51 | Thu | Dec 7 | | **NEW YORK-LONDON** 18:35 DEP-NEW YORK KENNDY 06:20 ARR-LONDON GATWICK | |
| 52 | Fri | Dec 8 | | **LONDON- TEL-AVIV** 10:00-DEP-LONDON GETWICK 17:00 ARR-TEL AVIV | |