

Joslin Diabetes Center
One Joslin Place
Boston, MA 02215
617-732-2400

| JC# | 19 41 46 | | |
|---|---|---|---|
| MOSHE | | HANANEL | |
| First Name | Initial | Last Name | |
| DOB 8/25/54 | | Visit Date | 12/05/95 |

Referring M.D. _____

**INITIAL ASSESSMENT**
M.D.  G WEIR
Other _____

```
                        JOSLIN DIABETES CENTER, INC.
                              ONE JOSLIN PLACE
                              BOSTON, MA. 02215

PHYSICIAN.......:WEIR, GORDON            MED.REC.#.:194146
PRACTITIONER:...:                        NAME....:HANANEL, MOSHE
LOCATION........:UNIT 2                  TITLE...:MR
DATE OF BIRTH..:08/25/54                 PHONE...:972-234-4164
DIAGNOSIS......:                         ADDRESS.:22 HAELA STREET
YR OF ONSET....:                         PO BOX 219  ISRAEL
YR OF INSULIN..:                         MEVASERET
VISIT DATE.....:12/05/95                 00000 0000

ADD'L DIAGNOSIS:

KEY TO SYMBOLS:   * =NEW RESULTS, L =LOW, H =HIGH, C =CRITICAL


            ********   GLYCOHEMOGLOBIN   ************************

                                      12/05/95
                       Normals Units     14:43*

GLYCOHGB A1C      4.0-6.0  %             5.9

            ********   THYROID STUDIES   ************************

        ( REFERENCE RANGE NOT ADJUSTED FOR PREGNANCY )

                                      12/05/95
                       Normals Units     14:43*

TSH               0.30-5.00 uIU/mL       0.90

            ********   MICROALBUMIN   ***************************

                                      12/05/95
                       Normals Units     14:43*

MALB/CREAT RATIO   0-20.0 mcg/mg         26.8 H
                                         NOTE1
URINE ALBUMIN              mcg/ml        44.3
URINE CREATININE           mg/dL         165

   NOTE1: 12/05/95 14:43 MALB/CREAT RATIO
          CLINICAL SERVICE


              ******    END  OF  REPORT    ******
```