

• FINANCIAL AND ECONOMIC CONSULTING • BUSINESS PLANS • VALUATOINS
• PROJECT FINANCING • PUBLIC ISSUES • VENTURE CAPITAL
• DEBT RESTRUCTURING AND RECOVERY PROGRAMS • PRIVATE PLACEMENTS
• MERGERS AND ACQUISITIONS • FOREIGN INVESTOR REPRESENTATION

א. חפץ ושות'

יעוץ כלכלי, השקעות וגיוס הון בע"מ

A. HEIFETZ & CO.

INVESTMENT BANKING

• יעוץ כלכלי ופיננסי • הכנת תוכניות עסקיות
• בדיקות כדאיות והערכת שווי חברות ופרוייקטים
• ניהול פיננסי של פרוייקטים מורכבים • רכישת חברות ומיזוגים
• גיוס הון וליווי הנפקות פרטיות וציבוריות
• שרותי מימון עסקיים • ייצוג משקיעים
• ליווי חברות בתהליכי צמיחה ושיקום

# Affidavit of Avi Heifetz

I, Avi Heifetz, bearer of Israeli ID No. 00139816 state the following facts of my own personal knowledge , except where stated to be on information and belief, and, as to such facts, I believed them to be true.

I own and manage a consulting firm named A. Heifetz & Co. Economic Consulting and Capital Raising Ltd.

In 1995 my firm was commissioned by Mr. Moshe Hananel, who was one of the executives of Interface Ltd. in Israel,  to prepare a feasibility study of developing a Convention and Tourisms Center in Eilat, Israel.

My assignment was to check the viability of the project and the necessary size of land. My responsibilities were also to assess the total costs and the contribution to the Tourism Industry, to analyze the economic viability of the project, including explanation regarding the convention center operational lost as justification for hotel permit etc.

During 1995 I had several meetings  with Mr. Hananel and other consultants of Interface Ltd. in regard to the mentioned project.

On **November 1, 1995**, we had a meeting with Mr. Sheldon Edelson , Mr. Hananel and other consultants to Interface Ltd. in the Israel Land Authority.

I also had a meeting with Mr. Edelson and Mr. Hananel in Interface's offices in **Ramat Gan** where we presented our study.

I continued to consult on this project as it evolved in 1996, as well. Mr. Max Blankstein was working for me in this project and I was working together with the architect office of Pitelson, Shilo, Yacobson, according to Hananel's instruction..

Invoices that were issued for the project to Interface in the end of 1995 and early 1996 were approved by Moshe Hananel and paid by Interface.

Later on, we continued the collaboration in another issue where I suggested to Hananel that Interface would invest in a high tech company in the dental field called "Denx", in which Interface eventually invested.

This  8 day of February,2005.

Avi Heifetz

*[Translation of David Itach Affidavit In Israel Proceeding Dated February 13, 2005]*

Affidavit

I the undersigned, Itach David, bearer of the ID number 5457300/1, from street Meshek Ezer Hagefen 193/2,Beith Semesh , after I have been warned that I have to declare the truth and that I will be subjected to the penalties as they are provided by the law if I fail to do so, do declare this, in writing,

1.      I worked at Galilee Tours for more then 4 years until March 1996 as Moshe Hananel's personal driver.  In the summer of 1995, in August, I remember well that Sheldon Adelson stayed long period of time in Israel.

2.      Moshe Hananel met with him for long times on a daily basis and in most of the cases a couple of times a day.

3.      I drove Moshe to those meetings.  At that time, I heard that a dispute arose between Sheldon and Dadi his brother-in-law and his employee by the name of Melnik who was a high-ranking officer.

4.      I saw that Moshe was meeting with Dadi, and he talked to him in my presence, in an attempt to be a bridge between Sheldon and them and he met also with Melnik.  Later on, after Hananel's attempt to bridge between the two sides of the dispute didn't succeed, Moshe told me that Sheldon asked him to start working with him as a manager in Interface.  I drove Moshe to his new office in Interface several times in September October, and a large number of times during November and December 1995 and to places related to his position, like Auto Depot.

5.      I remember that together with the manager of Auto Depot we looked for locations to open new shops of Auto Depot and we drove to places like Jerusalem and Rishon Le Zion.

I have been shown the copy of the diary of Moshe Hananel from Galilee Tours from the year 1995,attached hereto as Exhibits___ and it refreshed my memory concerning the dates of these journeys to Jerusalem on the 24th of December 1995 and to Rishon Le Zion on 25th December 1995, as it is written in the diary.

I drove Moshe and Sheldon a large number of times to appointments in Jerusalem.  I remember well a restaurant where we ate in Abu Gosh, and a meeting with the Minister of Tourism, Uzi Baram.  I remember, as well, driving Sheldon and Moshe to the Auto Depot office.  I drove Sheldon himself quite a few times, including to the airport and back.  I also drove Sheldon's wife, and I was asked a few times to take care of their cars, Mercedes cars, and did so in a garage in Jaffa.  I remember that Sheldon made a number of visits to Israel at the end of 1995 in the months of October and December in which he felt free to assign me with different tasks.

I drove also other family members.

6.     I remember that when Hananel started going to Interface's office regularly in the month of October 1995 and I was with him, I waited for him in the office.

I remember as well Board of Directors meetings of Auto Depot (as I was shown in the diary on November 7, November 14 and December 14,1995) and long meetings with Sheldon in the Interface offices. As well, I remember a long meeting of Moshe with Dan Raviv who worked with him, and, for example, a visit regarding a project near Hiriya (South Park) that Dan Raviv attended as well that was on November 14,1995 according the diary I have been shown. I remember additional trips with Moshe in Interface subject, to Auto Depot in the "Keraiot", to Naharyim near Bet Shean and even to an amusement park near Rishon Le Zion.

7.     On Moshe's way from Mevasereth to Tel Aviv, in the morning ,or from Tel Aviv towards Jerusalem in the evening, Moshe spoke on the telephone, almost continuously, usually with Sheldon in English, with Dan Raviv and with Uzi Katz.

In the telephone (conversation) were the subjects of Casinos in the Bet Shean area (Naharym Island), to which we traveled specially and met with the brother of the chief of the Israeli army, Saul Shomron (brother of Dan Shomron). I remember as well, another subject, that was spoken about over the telephone: a hotel, congress center, and casino in Eilat. About this subject there were also conversations with other people. I remember that Moshe traveled with Sheldon several times abroad, to Jordan to a summit in November 1995. About this time, I don't remember exactly the date, I remember even a day trip, to Turkey to see casinos.

8.     I remember especially a trip with Moshe to Beilinson Hospital on November 26,1995, as written in the diary, due to his health condition. I remember this visit well, since following a misunderstanding Moshe couldn't find me for a long time after his check-in at the hospital. This visit was prior to Moshe's trip to the USA, in order to meet a specialist doctor there.

9.     This is my signature and this text is the truth.

_____                      13/2/05
David Itach                          Date


### Certification

I certify that on date 13.2.05 appeared before lawyer Mor Yousef Shimon Mr. Itach David that identified himself by identification document number 5457300 1. And after I cautioned him to declare the truth, and failing to do so he would be liable for the penalties prescribed by law, confirmed his above affidavit and signed it in my presence.


_____              _____
lawyer                           stamp

<u>תצהיר</u>

אני הח"מ, איטח דוד, נושא ת.ז. מס׳ /56473 מרחוב *עשק ידב (עמא)* 193/4 *רמת ניני*

לאחר שהוזהרתי כי עלי להצהיר אמת וכי אהיה צפוי לעונשים הקבועים בחוק אם לא אעשה כן, מצהיר בזאת, בכתב, כדלקמן:

1. עבדתי בטיולי הגליל למעלה מארבע שנים עד מרץ 1996 , כנהגו האישי של משה חנבאל. בקיץ של שנת 1995, באוגוסט, זכור לי היטב כי שלדון אדלסון, שהה תקופה ארוכה בישראל.

2. משה חנבאל נפגש איתו ארוכות על בסיס יומי וברוב המקרים , מספר פעמים ביום.

3. אני הסעתי את משה לפגישיות האלו. באותו זמן, שמעתי כי היה סכסוך בין שלדון לבין גיסו דדי ועובד שלו שהיה קצין גבוה בצבא בשם מלניק.

4. ראיתי שמשה נפגש עם דדי רשיחח עם דדי בנוכחותי. בניסיון לגשר בין שלדון לביניהם ונפגש גם עם מלניק.מאוחר יותר, כשניסיונו של חנבאל לגשר בין שני הצדדים של הסכסוך לא עלה יפה. ספר לי משה כי שלדון בקש ממנו להתחיל לעבוד איתו כמנהל של אינטרפרייס. הסעתי את משה למשרדו החדש באינטרפרייס מספר פעמים בספטמבר אוקטובר ומספר רב מאד של פעמים בנובמבר בדצמבר 1995 ולמקומות הקשורים לתפקידו זה, כמו אוטו דיפו.

5. זכור לי, כי הפשנו יחד עם מנהל אוטו דיפו אתרים לפתיחת חנויות נוספות של אוטו דיפו ונסענו ראתרים כמו ירושלים. וראשון לציון.הראו לי העתק מיומן של משה חנבאל מטיולי הגליל משנת 1995, שמצורף לתצהיר כנספח ___ והוא הזכיר לי כי נסיעות אילו לירושלים היו ב-24 בדצמבר 1995 ולראשון לציון ב-25 בדצמבר 1995 , כפי שמופיע ביומן.

   הסעתי את משה ושלדון מספר רב של פעמים לפגישות בירושלים.זכורה לי היטב ארוחה באבו גוש ופגישה עם שר התיירות עוזי ברעם. זכור לי גם, נסיעה עם שלדון ומשה למשרד אוטודיפו. הסעתי את שלדון לבד מספר פעמים, מתוכם לשדה התעופה וממנו. הסעתי גם את אשתו של שלדון ואף נתבקשתי מספר פעמים לטפל ברכביהם. מסוג מרצדס כפי שעשיתי במוסך ביפו.זכור לי ששלדון בקר מספר בחורים בישראל בסוף שנת 1995 בחידשים אוקטובר ודצמבר שבהם הרגיש חופשי להטיל עלי משימות שונית.

   הסעתי גם בני משפחה אחרים.

6. זכור לי שכאשר חנבאל התחיל להגיע למשרדי אינטרפרייס באופן סדיר בחודש אוקטובר 1995 ואני יחד איתו, הייתי ממתין לו בתוך המשרד. אני זוכר גם, ישיבות מנהלים של אוטודיפו (כפי שהראו לי ביומן ב7 בנובמבר.14, בנובמבר ו־ 14 בדצמבר 1995 ) ופגישות ארוכות במשרדי אינטרפרייס. כמו כן, זכורות לי פגישות ארוכות של משה עם דן רביב שעבד איתו ולדוגמא, ביקור בקשר לפרוייקט ליד חיריה(פרק דרים)שבו השתתף גם דן רביב ,שהייתה ב14 בנובמבר 1995 ,לפי היומן שהראו לי.זכורות

לי נסיעות נוספות עם משה בנושאי אינטרפייס לאוטו דיפו בקריות, לנהרים שליד בית שאן ואף לפרק שעשועים ליד ראשון לציון.

1. בדרכו של משה ממבשרת לתל אביב, בבוקר, או מת"א לכיוון ירושלים בערב, משה דיבר בטלפון, כמעט באופן רציף, בדך כלל עם שלדון באנגלית, עם דן רביב ותם עוזי כך . עלו גם בטלפון נושאים של קזינו באזור בית שאן (אי נהריים) שאליו נסענו באופן מיוחד תפגשנו עם אחיו של הרמטכ"ל שאול שומרון (אחיו של דן שומרון). כמו כן זכור לי נושא אחר שדובר בטלפון: ש מלון ומרכז קונגרסים וקזינו באילת. לגבי נושא זה היו גם שיחות עם אנשים אחרים.אני זוכר שמשה נסע עם שלדון מספר פעמים לחו"ל, לירדן לוועידה בירדן בחודש נובמבר 1995 . בתקופה זו,איני זוכר בדיוק את התאריך, זכורה לי אף נסיעה של יום ,לתורכיה כדי לראות בתי קזינו.

2. זכור לי במיוחד ביקור עם משה בבית חולים בילינסון,ב26 בנובמבר 1995   כפי שרשום ביומן,עקב מצב בריאותו. ביקור זה זכור לי היטב, מכיון שעקב אי הבנה, משה לא מצא אותי במשך זמן רב לאחר הבדיקה שלו בבית החולים. בקור זה היה לפני נסיעה של משה לארה"ב, כדי לפגוש רופא מומחה שם.

3. זוהי חתימתי ותוכן דברי הוא אמת.



דוד איטח                תאריך    13/2/05

אישור

# Max Blankstein Affidavit

I, the undersigned, Max blankstein, bearer of Israel ID No. 1213 4748, after having been cautioned to tell the truth, failing which I shall be liable for the penalties prescribed by law, do hereby declare as follows:

My name is Max Blankstein,
ID No. 12134748, Address: 1 pal Yam Alley, Jerusalem 97890, Israel.

During 1995 and 1996, I met with Moshe Hananel, in his position at Interface in Israel. We met both in his home and in the offices of Interface in Ramat Gan. I am a Tourism expert with extensive experience in Eilat and Hananel asked that I be added to the team working on the Eilat Interface Project. I submitted papers and participated in discussions. I was paid for this work by Avi Hefetz.

My name is Max Blankstein, the signature herein below is my own and the contents of this affidavit are the truth.

_____                    February 6, 2005

Max Blankstein

ATTACHMENTS: - DIARY PAGES
                - MEMO HEFETZ
                - RECEIPT
                - LETTER TO CONGLETON
                - MEETING MINUTES

MAX Z. BLANKSTEIN    מקס ז. בלנקשטיין
ECONOMIC AND PLANNING CONSULTANT    יועץ כלכלי ותכנוני
1 PAL-YAM ALLEY    מבוא פל-ים 1
JERUSALEM 97890 ISRAEL    ירושלים 97890
TEL. (972 2) 5322598    טל. (02) 5322598
FAX. (972 5 9) 8229600    פקס. (02) 8229600

MEETING →

1995 October 18

Maria - 7

Sunday 3 September 1995

↑ PHONE CALL

Friday 3 November 1995

MEETING.

Wednesday 6 1995 September

MEETING

Thursday 30 1995 November

REPORT PICK UP

Tuesday 19 September 1995

YARIM KIMAK

PHONE CALL

Tuesday 19 December 1995

03-699 0185

06 347 550

Tuesday 3 October 1995



A. HEIFETZ & Co.
ECONOMIC CONSULTING INVESTMENTS & CAPITAL RAISING LTD.
א. חפץ ושות' יעוץ כלכלי, השקעות וגיוס הון בע"מ
3, BALFOUR ST., JERUSALEM 92102 TEL 02-635086 · FAX 02-639502 .פקס · 02-635086 .טל , 92102 ירושלים , רח' בלפור 10

| To. | אל | All | לידי | Fax. No. | מס' פקס: |
|---|---|---|---|---|---|
| אחים אלעזרא "פלמית" | | | | 323132 | |
| From: | מאת: | Date: | תאריך: | No. of pages: | מס' דפים: |
| דניאל ציון שאול | | 30. 8.95 | | | כולל דף זה |

אחים אלעזרא

1. בזה אשר מאשר ששילמתי כספים לעיר' בניו ...
   ל/... כאמה שהארגל אבינעם יעקבסון.

2. אני ... העניין שילה לי ... הנהלה
   לפי ... אמיר' ולפי ... בבנקן.

3. הנכיה בבלי עתה היום ... 6.9.
   בליה 1400 באלשקל.

בברכה ויתר ... רעליין ... ...
אני קבל שלם שלינו.

מקס ג.לנקשטיין, מתכן ערים

מבוא פל־ים 1, ירושלים 880828

סלפון: 02−322588

עוסק מרשה מס' 012134748

## חשבונית מס/קבלה מס' 0502

נתקבל מאת _____

עמר _____

| הסכום בשקלים | | פרטים |
|---|---|---|
| 450 | | סכום החיוב |
| 70 | | מע"מ |
| 520 | | חיוב כall מע"מ |
| — | | מס במקור |
| 520 | | סה"כ לתשלום |

נפרע: _____

בשקיאפס 500.18 משוך על בנק ___ נפ ___

סה"כ ___

תאריך 14/9/93

תתימה _____

# MAX Z. BLANKSTEIN M.C.I.P. ECONOMIC AND PLANNING CONSULTANT
1 PAL - YAM ALLEY  JERUSALEM ISRAEL 97890    TEL. (972 2) 322598    FAX (972 2) 323132

January 6, 1996

Ms Linda S. Congleton
LINDA S. CONGLETON & ASSOCIATES
18011 Sky Park Circle
Irvine California 92714
U.S.A.
Fax: 001 714 4749047

Dear Ms Congleton,

Re: <u>INTERFACE EILAT PROJECT</u>

It has been a month since we spoke, and I want to bring you up to date on what s happening.

Last week the Israeli consultants were called to an urgent meeting in order to prepare a presentation which will be the basis for getting the land for the project, from the Government.

The presentation will include the program and a theoretical economical analysis as a basis for the evaluation of the land.

Attached is the program for the shopping and entertainment segment which I have submitted for discussion. I am emphasising that this is a preliminary program for the purpose of he analysis required for the negotiation and that the actual program and design must be prepared with expert consultants.

In any event, I thought it proper to keep you informed. I do not think there is any need for you to respond at this time.

Best regards.

Yours sincerely,

Max Z. Blankstein

Architects & Planners
12 Kehilat Venezia St., Tel Aviv 69400
CompuServe: 100264,43
Internet: fsjarch.trendline.co.il
Ph. + 972-3-6499515
Fax: + 972-3-6499619

Tel Aviv, February 1, 1996
Ref.: IN-96-304

*MEETING MINUTES*

Project:         International Conventions Center - Eilat
Notes by:        Shmuel Shilo

Meeting:         **Program to be delivered to the ILA**
Date:            January 31, 1996 - 15:00
Location:        Interface office, Ramat Gan

Present:         Dan Raviv, Max Blankstein, Avi Heifetz, Doron Shemer,
                 Shmuel Shilo.
Absent:          Moshe Hananel

Distribution:    Interface, Blankstein, Heifetz, FSJ file.

| Action Items: | Responsible: | Due: |
|---|---|---|
| Summary of the economic background | Heifetz | 6/2/96 |
| Summary of the Conventions Center program | FSJ | 6/2/96 |
| Summary of the Retail Center program (inc. "attractions") | Blankstein | 6/2/96 |
| Summary of the Hotel program | FSJ | 6/2/96 |
| Integration of all the information, delivery to Mr. Adelson | Raviv | 9/2/96 |
| Phone conference with Mr. Adelson | Raviv | ASAP |

Discussion Items:

1.  Raviv explained that the project was d_____ssed between Eli Gohen and Gabi Kadosh. As informed to Hananel by Gohen at a private meeting, they decided to approve the concept and the allocation of land. Nevertheless, for practical and procedural reasons, a program is to be delivered to the ILA and presented at a meeting of the Joint Committee. This meeting will be scheduled as soon as Interface completes the preparation of the Program. A sense of urgency was conveyed.

2.  Heifetz and Blankstein presented and elaborated on the main points of the economical analysis upon which the programmatic items of the project (Conventions center, Retail Center and Hotel) are based.
    The "attractions" issue is to be specifically addressed in the program. It is not enough to refer to the Conventions Center as the "attraction", but a detailed description of the proposed attractions should be included.



Architects & Planners
2 Kehilat Venezia St.   Tel Aviv 69400
CompuServe: 100261,43
internet: islam@trendline.co.il
Ph: +972-3-6498515
Fax: +972-3-6499619

3.   All participants concurred that a major problem is the lack of Mr. Adelson's approval of the economical analysis material and the lay-out ideas. His advice and approval are essential prior to the completion of the material to be delivered to the ILA.

4.   Shilo presented 1:1250 drawings of the proposed lay-out of the project. The plans were also presented at a planning meeting held at Eli Gonen's office last December 21. Copies were delivered to all present.

5.   Shilo presented 1:2500 drawings of the existing and proposed Zoning plans. Copies were delivered to all present.

6.   Shilo presented and elaborated on a proposed lay-out of the program. All participants adopted the approach. A copy of the general description of each of the chapters of the program was delivered to all participants.

7.   A basic description of the different aspects of the project will be prepared (see Action Items).
The information should be as graphical as possible.
The information will be faxed to Mr. Adelson as basis for a phone conference, after which the final program will be prepared.

8.   All participants agreed that after getting Mr. Adelson's comments and instructions, a two weeks period is required for the preparation of the Program.