UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SHELDON G. ADELSON** | **CIVIL CASE NO.   04-10357** |
| Plaintiff | |
| V. | |
| **MOSHE HANANEL** | |
| Defendant | |

## NOTICE OF HEARING

SOROKIN,  M.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for oral argument on the following motions:

#45   Defendants Motion to dismiss for lack of jurisdiction

#47   Defendants Motion to Compel

This hearing will be held on <u>July 12, 2005</u> at <u>3:00pm</u> before <u>Magistrate Judge Leo T. Sorokin</u> in <u>Courtroom # 14</u>  on the  <u>5th</u>  floor.

Sarah Ann Thornton,
CLERK OF COURT

By:   /s/ Maria Simeone
Courtroom Deputy

Date: June 24, 2005

Notice mailed to: e-filed/all counsel

**(notice of hearing.wpd - 7/99)** **[kntchrgcnf.]**
**[ntchrgcnf.]**