IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON, | ) |
| Plaintiff, | ) Civil Action No. |
| v. | ) 04-cv-10357-RCL |
| MOSHE HANANEL, | ) |
| Defendant. | ) |

**MOTION OF HANANEL FOR LEAVE TO FILE POST-HEARING MEMORANDUM
CONCERNING EVIDENTIARY HEARING**

Defendant Moshe Hananel ("Hananel") moves the Court for leave to file a Post-Hearing Memorandum Concerning Evidentiary Hearing, filed herewith. As grounds, Hananel states that this Memorandum is appropriate to inform the Court of the record, which shows that telephone communications and visits by Hananel to the United States other than the Dec. 5, 1995 visit have been foreclosed as jurisdictional grounds by Adelson's judicial admissions in interrogatories and document responses in the present case, and by affidavits in Israel, and that Hananel's health renders it impossible for him to appear at an evidentiary hearing.

WHEREFORE, the Court should allow Hananel to file the Post-Hearing Memorandum Concerning Evidentiary Hearing, filed herewith.

Respectfully submitted,

Dated: July 21, 2005

MOSHE HANANEL
By His Attorneys,

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail - hand on _____.

James A. G. Hamilton (MA Bar # 218760)
PERKINS, SMITH & COHEN, LLP
One Beacon Street
Boston, MA 02108
617.854.4000

MotLvPostHrg-31216-1