UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHELDON G. ADELSON,

        Plaintiff,

v.

                                        Civil Action No. 04-cv-10357-RCL

MOSHE HANANEL,

        Defendant.

## ORDER FOR FURTHER AFFIDAVITS ON MOTION TO DISMISS

SOROKIN, M.J.

After consideration and in light of counsel's comments at oral argument on the Renewed Motion to Dismiss, I do not intend to hold an evidentiary hearing. Instead, the parties are ORDERED to file supplemental affidavits addressing the following topics.

1. Describe the communication <u>regarding IPI</u>, if any, that occurred between plaintiff and defendant during the period beginning in the fall of 1995 and ending on or about the termination of defendant's employment with IPI. The affidavits should describe the plaintiff's location(s) at the time of the communication, the frequency of the communication and whether defendant knew plaintiff's location(s). The parties should not summarize the substance all of the IPI related communication between the plaintiff and the defendant during this period.

2. Describe all travel to Massachusetts by the defendant during the period from the fall of 1995 until on or about his termination from IPI and whether, during any of these trips, the defendant conducted any IPI related business activities, not including the events surrounding the December 5th meeting.

3. Describe IPI's office in Massachusetts as it existed on or about December 5, 1995.

Both parties are to file their affidavits by the close of business on August 5, 2005. The parties are not to file either subsequent reply affidavits or any further briefing except as noted below.

The Defendant's Motion for Leave to File Post-Hearing Memorandum is, reluctantly, allowed. Plaintiff may file a Post Hearing Memorandum not to exceed four pages in length (i.e. the length of defendant's submission) by July 29, 2005.

/s/ Leo T. Sorokin
LEO T. SOROKIN
UNITED STATES MAGISTRATE JUDGE

Date: July 22, 2005.