



STRUCTURE AS OF JANUARY 1, 1999
(See Note )

Sheldon G. Adelson

Interface Partners International
("IPI")
100% (S Corp)
*Org. 10-14-94*

Israel Office
(2)

Auto Depot, Ltd.
Israel Corp
40% (60%)

DENEX
Israel Corp
10%

iMD Soft, Ltd.
Israel Corp
40%
*Org. 3-19-97*

iMD Soft, Inc.
U.S. Subsidiary
100%

(1)  Ownership % is noted in each box

# B

 **GRAY LINE**

**Galilee Tours** **טיולי הגליל**



TRAVEL & TOURIST AGENCY (GOVERNMENT LICENCED)
GOVERNMENT RECOGNIZED PROMOTER OF TOURISM

HEAD OFFICE TEL AVIV: 12, SHALOM ALEICHEM ST, 63806 FAX: 03-5162288 :פקס .TEL: 03-5162255 ,טל ,63806 משרד ראשי תל-אביב: שלום עליכם 12,

DOB
Address
phone # 2

19/11/95

FAX: 732-2574
JANICE

Att : Bety
INTERFACE GROUP
Fax : 702-734-7324

Dear Bety,

My ID number is : 5275072.
I will try to be in Boston the first week of December.
Do you think a meeting in Jocelyn Clinique could be arranged ?

Thanks and regards

Moshe HANANEL.

# C

FEB - 4 2000

oded
From:         SLATON,STEVE (A-Andover,ex1) [steve_slaton@agilent.com]
Sent:         3:32 2000 04 יום שישי פברואר
To:           'oded'
Cc:           ECOCK,TONY (A-Andover,ex1); PAX,MAGGIE (HP-Andover,om3);
              GONZALEZ,JAMES (HP-PaloAlto,om15); 'pat@burtis.com';
              'comerchero@compuserve.com'; 'Dr Ido Schoenberg'; 'phyllis@imd-soft.com'
Subject:      Meeting on Tuesday, February 8

Importance:   High

Dear Moshe,

Thank you once again for your flexibility and willingness to join us for discussions next Tuesday. This is to confirm that we will be meeting on Tuesday, February 8 at 9:00 AM here in Andover. Attendees from Agilent will include:

- myself
- Tony Ecock
- Maggie Pax - Healthcare Solutions Group Business Development
- James Gonzalez - Agilent Corporate Development

At this point, we do not plan on having our attorneys attend the meeting. Please advise who will be in attendance from iMDsoft; we would be especially interested in knowing if you will be bringing your legal advisor(s).

I suggest that we set the specific objective of the meeting to be: to reach agreement on the broad outline of a working relationship that meets the mutual needs of each of our companies, in essence a go/no go decision, by the end of the day. To do this, we will have to define the deal structure in sufficient detail so that we are both comfortable and also agree that there are no major obstacles that cannot be overcome.

As we have discussed during our previous telecons and correspondence, there are two possible deal structures we would like to consider:

1) A joint venture between our two companies around MetaVision and CareVue and an exclusive patient monitoring distribution (branded) agreement. We would invest cash, several products, people and our installed base as outlined in Tony's email dated Jan. 31.
2) Acquisition of iMDsoft or a controlling interest in iMDsoft by Agilent.

As you know each of these structures has advantages and disadvantages in terms of complexity, time to complete, ongoing management, corporate approval process, etc. So in addition, we would like to also consider a third way. During recent conversations with our Agilent corporate development team, they have suggested an alternative which they have found to be successful in situations similar to ours:

3) Exclusive patient monitoring distribution agreement (Agilent branded) plus milestone driven development (Agilent co-funded) plus warrants to buy iMDsoft or right of first refusal to buy iMDsoft shares pre-IPO. The important features of this structure include specific development milestones with penalties for non-achievement and volume sales commitments based upon these milestones. Also, the distribution agreement would be renewable with an automatic renewal clause if minimums are met. Finally, Agilent would be granted rights to MetaVision source code.

We believe that such a structure could possibly address both company's goals and issues: on our part control and certainty with regard to products and economics. On your part, broad penetration and market acceptance of MetaVision a cash infusion plus the flexibility and

degrees of freedom to develop new products and new channels for those products, and a strong visible relationship between our two companies.

Please let us know if this sounds feasible.

Best regards,

Steve Slaton

cc: Moshe Hananel

# D

2/8/00    Agilent - iMD Soft

Mtg. @ Andover w/ Moshe, Oded, Ido, Harry, Steve

Agilent

* Tony Ecock   Genl Mgr, Patient Monitoring Div. Healthcare System Group (Andover)

James Gonzalez Mgr., Corp. Development (Palo Alto)

— Steve Slaton  Mgr., Product Marketing (Andover)

Stu  Pearce  Mgr, Channel Strategy (Andover)

Pat Burtis - consultant (Cambridge) (formerly Bain)

Maggie Fox -          business development (HBS)

Steve Gerardos Janetos - Financial Analyst (4/Tony)


Clinical Information Systems (CIS)   Application Service Provider (ASP)

Pick a partner

Exit strategy

give the user what they want - developers must experience the uses

delivery of process workflow solutions

Partnership Goals

| iMD | A |
|---|---|
| worldwide sales channel | long-term relationship |
| world wide support organization | set direction for product platform and future enhancement stream |
| R&D resource partner | exclusive worldwide distribution rights |
| marketing & sales support | differentiated, Agilent-branded product |
| exit strategy | product attractive to existing and new customers |
| financing infusion | investment reasonable compared to internal development (make vs. buy) |
|  | rapid time to market |


Who is the client - patient? nurse? hospital administrator?

Who controls where effort is spent - existing vs new products

— 2 —

Partnership issues

    ownership

    capitalization or investment

    control

    exclusivity.

    ~~bottracte~~ milestones

---

If they don't meet minimums, they lose exclusivity. } (Tony)
If there is a better product, they can cancel. } (Tony)
We allocate a % of income to product R&D.  (Stu)
    and we have r&d ~~reple~~ based on 3 yr cashed w/ bonus at end (Stu)
license fee
Minimums  $9,000 (Moshe)          $5,000
    $12,000 unit — new    $6,000 existing beds (replacements)
    trade-in beds }       6,000 units over 4 years.
    new beds }

---

Core Product License          ⟨ Plan sheet ~~phase~~
ADT Lab interface               Notes
Patient monitor                 Pricing
Ventilator interface            A/R
Implementation                  Care Plans
Surgical Hardware
Client hardware
Query + report

TONY - RECAP

split on go/nogo

same objectives ?

equity — valuation.                    } problem → cardiac monitors

license price                          } got sold

interests diverging over time

lack of control

option to terminate or to keep products legitimate - ~~feel~~ comfortable.
Ido is key.                                               w/ this.

    Make sure - key man insurance; Ido has buy stake in co w/
associates = 20% ; agree to dedicate —2 of revenue to R+D.


Agilent has $50 billion else - no growth options for that active.
No diff. between 20% at 40% so only want $5# not $10#$ - equity
    to gain influence and if we're a minority, we're minority.
Tony's boss — Steve Ruskowski. — runs $1.5 B group.


right to distribute exclusively — product line ~~monitoring~~
    Make - I need to say to underwriters, we are not fully on the hands
of HP.                                        (health care)
    Agreement should cover all solutions for this "spec" — web based
etc, # to be our exclusive monitoring distributor.  Make - you are
not getting into a product, you are getting into iBid.
    Wherever there are monitors and there are clinical info systems sold,
they would be our exclusive distributor. If there are other applications, c
E.g. web product for software for Drs to use in their offices — what do we do
about that?  Make - we won't go to anyone else unless HP isn't interested.
or television and derivative products.  Right of 1st refusal is here (Tony) and
they can live with that.

SMS - managing transitions    (Tony - Harry)
Access of source code - they get it if we go out of business only

Transition upon termination — customers still need to be supported.
Minimus
Diff between guaranteed sales level - if no reached, they pay.
At another level, if not reached they lose exclusivity + we
can cancel.

# E

10.DEC.1997  15:21

# INTERFACE
# PARTNERS
# INTERNATIONAL LTD

## FACSIMILE COVER SHEET

TO:     STEVE O'CONNOR          FAX :    001-617-444-0234
        RALPH CADMAN

FROM:   MOSHE HANANEL           PHONE : 972-3-6131994
                                FAX :    972-3-6131990

RE:     IPI FUNDING

DATE:   DECEMBER 10 , 1997                  REF.: MO / 60197

NUMBER OF PAGES INCLUDING COVER SHEET:   1

Following are the funding requirements for IPI's various activities:

### IMD Soft

We have committed additional funding for the company of $ 450 K. $ 100 K should be funded directly to iMD's Fleet Bank account in Boston and $ 350 K should be transferred to IPI's Bank Leumi, Assakim Bursa Branch (# 743), account No. 070/3-18300/02.
This investment is made at company value of $ 7.5 M and will increase IPI's holding in the company from 46% to 49.24%.

### DenX

We intend to sign the Share Purchase Agreement this week. The closing is due 25 days after signing. The investment is $ 1 M, which may be increased by app. $ 120 K if we exercise pre-emption rights. We will advise you a week before we close, to allow you sufficient time for the transfer.

### IPI-BO

We need funding for the 3 months beginning December 1997. According to the 1997 budget, this funding should total $ 220 K. We will prepare soon a budget for 1998.
This funding should be made to IPI-BO's bank account at FIBI, Opera Branch (044), account # 308560.

Best Regards,

Moshe Hananel

amond Tower 3A Jabotinsky Street, Ramat Gan, Israel 52520 • Telephone 972-3-613-1994 • Fax 972    -3-613-1990
3355 Los Vegas Bou e-a-a South, Las Vegas Nevada E9 09 • Telephone 702-733 5000 • Fax 702-733-66...
300 Fifth Avenue Needham, Massachusetts 02 54 • Telecrone 617 449 6500 • Fax 617-449 6616

*By Fax 9/3/96   10:15 AM*

*Copy To RAC*
*9/3/96*

# FACSIMILE COVER SHEET

TO:     STEVE O'CONNOR / RALPH CADMAN

                                  FAX   : 001-617-4440234

FROM:   MOSHE HANANEL                    PHONE: 972-3-6131994
                                                FAX   : 972-3-6131990

C.C.:   SHELDON G. ADELSON

RE:     IPI FUNDING REQUIREMENTS

DATE:   AUGUST 27 , 1996

NUMBER OF PAGES INCLUDING COVER SHEET: 4

Dear Steve and Ralph,

### Auto Depot

We signed a lease for a new store in Ramat-Gan. The total investment for
the establishment of the store is estimated at NIS 3,223,182.00, to be
invested over the period ending on 10.1.96 (see attached chart). The share
of IPI in this investment is NIS 1,966,141.00 .

Please transfer the corresponding amount in USD  ($ 625,000.00) to the
account of IPI in Leumi, Horev Branch, Acct. No. 54470/51, *SФ 9/1/96*
*O K #625.000.*

### iMD Soft

The budget of iMD for the months of August, September and October is
USD 436,600.00 . Since some of the expenses for the initial 3 months
were delayed and some were lower than planned, we propose that we use
the USD 250,000.00 which should be transferred back from SGA's
account in First Intl. to IPI, and would ask that you transfer in addition
only USD 200,000.00 to IPI's acct. no. 54470/51 at Leumi, Horev Branch,
for iMD funding purpose.

Attached is the "totals" chart of the iMD budget. *For I MD investment –*
*Trans per # 450.000.*
*O K EФ 9/1/96*

**F**



Sunburst Accufacts

**Second** Floor

...rd **Floor**

The Interface Group

**International** Weekends

iMDsoft

Interface Partners International, Ltd.

Cellinite Technologies

Deluxe Hotel Supply, LLC

Leonard F. Adelson

The Leonard Florence Group









