UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHELDON G. ADELSON,

        Plaintiff,

                                     Civil Action No. 04-cv-10357-RCL

v.

MOSHE HANANEL,

        Defendant.

## ORDER ON MOTION TO STRIKE

SOROKIN, M.J.

In light of Defendant's Motion to Strike (Docket #65) and Defendant's Motion for Leave to Supplement the Record (Docket #66), the terms of the Court's July 22nd Order, the responses to that Order and the Plaintiff's August 16, 2005 letter the Court enters the following Orders.

1. The defendant is granted leave to file further evidence responding to the O'Connor Affidavit by no later than August 26, 2005. This submission shall NOT include further briefing.

2. Plaintiff shall file his response to the Motion to Strike by August 29th. This response shall not exceed four pages. Plaintiff should limit this response to addressing defendant's argument that plaintiff confined himself to the December 5th meeting as the sole basis for jurisdiction by its response to Interrogatory #1 under Local Rule 26.5(c)(8) and therefore the Court may not rely upon other evidence such as the O'Connor affidavit. Defendant has leave to file a reply memo not to exceed three pages by September 2, 2005.

                                        _/s/_____
                                        LEO T. SOROKIN
                                        UNITED STATES MAGISTRATE JUDGE

Date: August 17, 2005