9A

# INTERFACE
# PARTNERS
# INTERNATIONAL LTD

## FACSIMILE COVER SHEET

TO:      מוטי בלוקה      FAX:    5107290
            הבנק הבינלאומי הראשון

FROM:    משה חננאל, מנכ״ל      PHONE:  972-3-6131994
                                         FAX:      972-3-6131990

RE:

DATE:    27 ביולי 1997        REF.: Di/35097

NUMBER OF PAGES INCLUDING COVER SHEET:   1

נא להעביר סך בדולרים השווה ל- 1,400,000.00 ש״ח מחשבונו של מר שלדון
אדלסון אצלכם, מס׳ חשבון 227242, לחשבון מס׳ 54470/51 על שם חברת
Interface Partners International Ltd. אשר מתנהל בבנק לאומי סניף חורב, חיפה.

נא לבצע העברה זו בדולרים כהעברה מתושב חוץ לתושב חוץ.

בברכה,

משה חננאל

mond Tower, 3A Jabotinsky Street, Ramat Gan, Israel 52520 • Telephone 972-3-613-1994 • Fax 972 -3-613-1990
3355 Los Vegas Bou e,c.o South, Los Vegas Nevad 2 6° 09 • Telephone 7.12 733-5000 • Fax 702-733-56.

# INTERFACE PARTNERS INTERNATIONAL LTD

## FACSIMILE COVER SHEET

To: Moti Blanka                                      FAX: 5107290
    The First International Bank

FROM: Moshe Hananel, General Manager    PHONE: 972-3-6131994
                                                    FAX:    972-3-6131990

RE:

DATE: July 27,1997                                  REF.: DI/35097

NUMBER OF PAGES INCLUDING COVER SHEET:   1

Please transfer amount in dollars equal to 1,400,000 Shekels from Mr.
Sheldon Adelson's account with you, account number 227242, to account
number 54470/51 in the name of Interface Partners International
Ltd which is managed in Leumi Bank Horev Branch, Haifa.

Please do this transfer in dollars as transfer from foreign resident to foreign
resident.

With Regards
Moshe Hananel



INTERFACE
PARTNERS
INTERNATIONAL LTD.

# FACSIMILE COVER SHEET

TO:       מוטי בלוקה               FAX:      5107290
          הבנק הבינלאומי הראשון

FROM:     משה חננאל, מנכ"ל          PHONE:    972-3-6131994
                                    FAX:      972-3-6131990

RE:

DATE:     4 באוגוסט 1997            REF.: D1/36797

NUMBER OF PAGES INCLUDING COVER SHEET:    1

נא להעביר סך בדולרים השווה ל- 312,000.00 ש"ח מחשבונו של מר שלדון אדלסון
אצלכם, מס' חשבון 227242, לחשבון מס' 54470/51 על שם חברת Interface
Partners International Ltd. אשר מתנהל בבנק לאומי סניף חורב, חיפה.

נא לבצע העברה זו בדולרים כהעברה מתושב חוץ לתושב חוץ.

בברכה,

משה חננאל

mond Tower, 3A Jabotinsky Street, Ramat Gan, Israel 52520 • Telephone 972-3-613-1994 • Fax 972  -3 613-1990
3355 Las Vegas Boulevard South, Las Vegas Nevada 89109 • Telephone 702-733-5000 • Fax 702 733-56.:.

# INTERFACE PARTNERS INTERNATIONAL LTD

## FACSIMILE COVER SHEET

To: Moti Blanka                                FAX: 5107290
    The First International Bank

FROM: Moshe Hananel, General Manager   PHONE: 972-3-6131994
                                                 FAX:    972-3-6131990

RE:

DATE: August 4,1997                         REF.: DI/36797

NUMBER OF PAGES INCLUDING COVER SHEET:   1

Please transfer amount in dollars equal to 312,000 Shekels from Mr. Sheldon
Adelson's account with you, account number 227242, to account number
54470/51 in the name of Interface Partners International
Ltd which is managed in Leumi Bank Horev Branch, Haifa..

Please do this transfer in dollars as transfer from foreign resident to foriegn
resident.

With Regards
Moshe Hananel