DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

ALBERT P. ZABIN
DIRECT DIAL: 617.289.9283
E-MAIL: apzabin@duanemorris.com

www.duanemorris.com

October 26, 2005

The Honorable Magistrate Judge Leo J. Sorokin
United States District Court for the District of
Massachusetts
One Courthouse Way
Suite 6400
Boston, MA 02210

Re: **Sheldon G. Adelson v. Moshe Hananel**
    **U.S.D.C Docket No.: 04CV10357RCL**

Dear Judge Sorokin:

I hate to impose on you, but our client, and I am sure Mr. Hamilton's client as well, would like to know when you think we can expect a decision from you on the motions that were argued quite some time ago.

Yours respectfully,

Albert P. Zabin

APZ/kr
cc: James A. G. Hamilton, Esquire

DUANE MORRIS LLP

470 ATLANTIC AVENUE, SUITE 500   BOSTON, MA 02210          PHONE: 617.289.9200  FAX: 617.289.9201
BOS\139522.1