

**PERKINS SMITH & COHEN**

Perkins Smith & Cohen LLP
Attorneys at Law

James A. G. Hamilton
(617) 854-4203 Direct Dial
jhamilton@pscboston.com

2005 OCT 28 P 4: 02

October 28, 2005

U.S. DISTRICT COURT
DISTRICT OF MASS.

**By Hand Delivery**

Maria Simeone, Clerk to
Magistrate Judge Leo J. Sorokin
United States District Court
 for the District of Massachusetts
One Courthouse Way, 5th Floor
Boston, MA 02210

      Re:    Sheldon G. Adelson v. Moshe Hananel
             U.S. District Court District of Massachusetts, Docket No. 04CV10357RCL

Dear Judge Sorokin:

     I have received a copy of Mr. Zabin's letter to you dated October 26, 2005. Mr. Zabin was not authorized to express any concern on behalf of me or Mr. Hananel, nor is he able to predict our concerns.

Very truly yours,

James A. G. Hamilton

JAGH/wbh
cc:   Albert P. Zabin, Esq.

31216-1-LtrUSDC