UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 DEC -8 P 2: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

SHELDON G. ADELSON,

    Plaintiff,

v.

MOSHE HANANEL,

    Defendant.

Docket No. 04CV10357RCL

## MOTION FOR LETTERS ROGATORY

The plaintiff requests that this Honorable Court issue the Letters Rogatory, a copy of which is attached hereto. The purpose of this request is to take the oral deposition of Mr. Louis Sou, a citizen and resident of the Macau Special Administrative Region of the People's Republic of China.

Mr. Sou has been identified by the defendant as a significant witness in this case.[1] According to defendant, plaintiff gave him Mr. Sou's business card after returning to Israel from Macau in April 2000. Plaintiff denies meeting Mr. Sou prior to April 2000 and denies giving

---

[1] In defendant's February 22, 2005 deposition, he claimed that business cards in his possession were given to him by plaintiff and were evidence of plaintiff's meetings with Macau officials in March 2000 (Hananel Deposition, pps. 210-221). Defendant refused to produce the business cards at his deposition but testified they would be produced in Israel. Subsequently plaintiff received a copy of the business card of Louis Sou which was produced by defendant.

BOS\141699.1

defendant Mr. Sou's business card. Mr. Sou cannot be compelled to testify at trial in the United States and only through a deposition in this case[2] can his testimony be obtained.

Respectfully submitted,
The Plaintiff,
SHELDON G. ADELSON,
By his Attorneys,

Franklin H. Levy, B.B.O. No. 297720
Albert P. Zabin, B.B.O. No.: 538380
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA  02210
(617) 289-9200

DATED: December 6, 2005

---

[2]  There are no depositions or procedures to compel such testimony outside of Israel in civil cases in the Israeli court system.

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 DEC -8 P 2: 02

U.S. DISTRICT COURT

Docket No. 04CV-1035RCL

SHELDON G. ADELSON,

       Plaintiff,

v.

MOSHE HANANEL,

       Defendant.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

On December 7, 2005, Attorney James Hamilton and I conferred by telephone concerning the Plaintiff's Motion for Letters Rogatory. Mr. Hamilton remains opposed to the allowance of the motion. A decision by the Court is required.

                          The Plaintiff,
                          SHELDON G. ADELSON,
                          By his attorneys,

                          Franklin H. Levy, B.B.O. No.: 297720
                          Albert P. Zabin, B.B.O. No.: 538380
                          DUANE MORRIS LLP
                          470 Atlantic Avenue, Suite 500
                          Boston, MA 02210
                          (617) 289-9200

Dated: December 8, 2005

BOS\141701.1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 DEC -8 P 2:02

U.S. DISTRICT COURT
DISTRICT OF MASS.

SHELDON G. ADELSON,
        Plaintiff,

v.

MOSHE HANANEL,
        Defendant.

Docket No. 04CV10357RCL

### CERTIFICATE OF SERVICE

I, Franklin H. Levy, do hereby certify that I served a copy of the foregoing on all counsel of record listed below via hand delivery this 8th day of December 2005.

James A.G. Hamilton, Esquire
Perkins, Smith & Cohen, LLP
One Beacon Street
Boston, MA  02108

*Franklin H. Levy*

2

BOS\141701.1