IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON, | ) |
| Plaintiff, | ) Civil Action No. |
| v. | ) 04-cv-10357-RCL |
| MOSHE HANANEL, | ) |
| Defendant. | ) |

**ASSENTED-TO MOTION OF HANANEL TO EXTEND TIME TO ANSWER**

Defendant Moshe Hananel ("Hananel") moves to extend for ten days the time to file and serve his Answer in the above action, on the grounds that the additional time is necessary to properly consider and address the issues raised by the Court's jurisdictional decision and the Court's January 19, 2005 electronic order concerning the possible renewal of Hananel's motion to dismiss for forum non conveniens. This is the first extension request. Counsel for Plaintiff has assented to this motion.

WHEREFORE, the Court is requested to extend the time for filing and service of Hananel's Answer from December 13, 2005 to December 23, 2005.

Assented to:
_____
Franklin H. Levy (MA Bar # 297720)
Albert P. Zabin (MA Bar #538380)
DUANE MORRIS, LLP
470 Atlantic Ave., Suite 500
Boston, MA 02210
617.289.9200

Respectfully submitted,
MOSHE HANANEL
By His Attorneys,
_____
James A. G. Hamilton (MA Bar # 218760)
PERKINS, SMITH & COHEN, LLP
One Beacon Street
Boston, MA 02108
617.854.4000