UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

SHELDON G. ADELSON,

        Plaintiff,

v.

MOSHE HANANEL,

        Defendant.

Docket No. 04CV10357RCL

## MOTION FOR LETTERS ROGATORY

The plaintiff requests that this Honorable Court issue the Letters Rogatory, a copy of which is attached hereto. The purpose of this request is to take the oral deposition of Mr. Eric H Y Ho a citizen and resident of the Macau Special Administrative Region of the People's Republic of China.

Mr. Ho is the former secretary of the organization within the Macau government that awarded the concessions to operate casinos in Macau. His testimony will concern the process by which licenses were granted and he will describe the process by which submissions were made. His testimony is expected to include a description of the submissions by Las Vegas Sands and how the commission dealt with the submission. It is expected that he will testify that the Defendant provided nothing of any value to the process. Mr. Ho cannot be compelled to testify at trial in the United States and only through a deposition in this case can his testimony be obtained.

The Plaintiff,
SHELDON G. ADELSON,
By his attorneys,

*Franklin Levy*

Franklin H. Levy, B.B.O. No.: 297720
Albert P. Zabin, B.B.O. No.: 538380
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
(617) 289-9200

Dated: December 13, 2005

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 DEC 13 P 3: 30

DISTRICT OF MASS.

Docket No.: 04CV-1035RCL

SHELDON G. ADELSON,

        Plaintiff,

v.

MOSHE HANANEL,

        Defendant.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

On December 7, 2005, Attorney James Hamilton and I conferred by telephone concerning the Plaintiff's Motion for Letters Rogatory. Mr. Hamilton remains opposed to the allowance of the motion. A decision by the Court is required.

        The Plaintiff,
        SHELDON G. ADELSON,
        By his attorneys,

        _/s/ Franklin Levy_
        Franklin H. Levy, B.B.O. No.: 297720
        Albert P. Zabin, B.B.O. No.: 538380
        DUANE MORRIS LLP
        470 Atlantic Avenue, Suite 500
        Boston, MA 02210
        (617) 289-9200

Dated: December 13, 2005

BOS\141701.2

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

SHELDON G. ADELSON,
        Plaintiff,

v.

MOSHE HANANEL,
        Defendant.

Docket No. 04CV10357RCL

FILED
IN CLERKS OFFICE

2005 DEC 13 P 3 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

### CERTIFICATE OF SERVICE

I, Franklin H. Levy, do hereby certify that I served a copy of the foregoing on all counsel of record listed below via hand delivery this 13th day of December 2005.

James A.G. Hamilton, Esquire
Perkins, Smith & Cohen, LLP
One Beacon Street
Boston, MA 02108

_____
Franklin H. Levy

2

BOS\141701.2