UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 DEC 13  P 3: 30

U.S. DISTRICT COURT
DISTRICT OF MASS

SHELDON G. ADELSON,

        Plaintiff,

v.

MOSHE HANANEL,

        Defendant.

Docket No. 04CV10357RCL

## REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

    The United States District Court for the District of Massachusetts presents its compliments to the Judicial Authority of the Macau Special Administrative Region of the People's Republic of China and requests international judicial assistance to obtain evidence to be used in a civil proceeding before this Court in the above captioned matter.

    This Court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the appearance of the below named individual be compelled for the giving of oral testimony in a deposition to be conducted before an authorized court reporter at a time and place within the Macau Special Administrative Region chosen at mutual convenience of parties and the witness.

    *Witness: Mr. Eric H Y Ho*

    It is intended that the plaintiff will provide a certified stenographer for purposes of making a record of the questions which may be asked by counsel and answers which are given by the witness. The witness may have an attorney present to represent him during the process.

BOS\141700.1

Because the plaintiff cannot compel the witness to appear at the trial of this matter in the United States, plaintiff intends to use this process to obtain testimony which may be entered as evidence in the trial.

This Court is willing to provide similar assistance to the courts of the Macau Special Administrative Region of the Peoples Republic of China should it be requested.

                                        Reginald C. Lindsay, Judge
                                        U.S. District Court
                                        John Joseph Moakley U.S. Courthouse
                                        Suite 5130
                                        1 Courthouse Way
                                        Boston, MA 02210

Dated: _____, 2005