IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| ) | |
| v. ) | 04-cv-10357-RCL |
| ) | |
| MOSHE HANANEL, ) | |
| ) | |
| Defendant. ) | |

**LOCAL RULE 7.1 CERTIFICATION OF HANANEL MOTION TO POSTPONE COMMENCEMENT OF DISCOVERY**

Counsel for Moshe Hananel hereby certifies that he has conferred in good faith in an attempt to resolve the issues in his motion to postpone commencement of discovery until a reasonable time after decision of his motion to dismiss for forum non conveniens, in a telephone conference with counsel for Sheldon Adelson on December 14, 2005. No resolution could be reached.

MOSHE HANANEL
By His Attorneys,

/s/ James A. G. Hamilton
James A. G. Hamilton (MA Bar # 218760)
PERKINS, SMITH & COHEN, LLP
One Beacon Street
Boston, MA 02108
617.854.4000