IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON, ) | |
| Plaintiff, ) | Civil Action No. |
| v. ) | 04-cv-10357-RCL |
| MOSHE HANANEL, ) | |
| Defendant. ) | |

**LOCAL RULE 7.1 CERTIFICATION OF HANANEL MOTION TO FURTHER EXTEND TIME TO ANSWER**

Counsel for Moshe Hananel hereby certifies that he has conferred in good faith in an attempt to resolve the issues in his motion to extend his time to answer until twenty days after decision of his motion to dismiss for forum non conveniens, in an exchange of telephone messages with counsel for Sheldon Adelson on December 20, 2005. No resolution could be reached.

MOSHE HANANEL
By His Attorneys,

/s/ James A. G. Hamilton
James A. G. Hamilton (MA Bar # 218760)
PERKINS, SMITH & COHEN, LLP
One Beacon Street
Boston, MA  02108
617.854.4000