UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 DEC 27  P 3: 53

DISTRICT COURT
DISTRICT OF MASS.

| |
|---|
| SHELDON G. ADELSON, <br><br> Plaintiff, <br><br> v. <br><br> MOSHE HANANEL, <br><br> Defendant. |

Docket No. 04CV10357RCL

## MOTION FOR LETTERS ROGATORY

The plaintiff requests that this Honorable Court issue the Letters Rogatory, a copy of which is attached hereto. The purpose of this request is to take the oral deposition of Mr. George Zhang, a citizen and resident of the Macau Special Administrative Region of the People's Republic of China.

Mr. Zhang has been identified by Mr. Suen as a witness to the discussion with plaintiff in Hong Kong in the summer of 2000, which Suen and Zhang allege to be the first time plaintiff learned that it would be possible for American companies to obtain Macau gaming licenses. Mr. Zhang cannot be compelled to testify at trial in the United States and only through a deposition in this case can his testimony be obtained.

BOS\142581.1

Respectfully submitted,
The Plaintiff,
SHELDON G. ADELSON,
By his Attorneys,

*/s/ Franklin H. Levy*

Franklin H. Levy, B.B.O. No. 297720
Albert P. Zabin, B.B.O. No.: 538380
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
(617) 289-9200

DATED: December 27, 2005