UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Docket No.: 04CV-1035RCL

SHELDON G. ADELSON,

        Plaintiff,

v.

MOSHE HANANEL,

        Defendant.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

On December 27, 2005, Attorney James Hamilton and I conferred by telephone concerning the Plaintiff's Motion for Letters Rogatory. Mr. Hamilton remains opposed to the allowance of the motion. A decision by the Court is required.

        The Plaintiff,
        SHELDON G. ADELSON,
        By his attorneys,

        Franklin H. Levy, B.B.O. No.: 297720
        Albert P. Zabin, B.B.O. No.: 538380
        DUANE MORRIS LLP
        470 Atlantic Avenue, Suite 500
        Boston, MA 02210
        (617) 289-9200

Dated: December 27, 2005

BOS\141701.2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHELDON G. ADELSON,
        Plaintiff,

v.

MOSHE HANANEL,
        Defendant.

Docket No. 04CV10357RCL

### CERTIFICATE OF SERVICE

I, Franklin H. Levy, do hereby certify that I served a copy of the foregoing on all counsel of record listed below via hand delivery this 27th day of December 2005.

James A.G. Hamilton, Esquire
Perkins, Smith & Cohen, LLP
One Beacon Street
Boston, MA 02108

_____
Franklin H. Levy

2

BOS\141701.2