UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

SHELDON G. ADELSON,

    Plaintiff,

v.

MOSHE HANANEL,

    Defendant.

Docket No. 04CV10357RCL

## MOTION FOR LETTERS ROGATORY

The plaintiff requests that this Honorable Court issue the Letters Rogatory, a copy of which is attached hereto. The purpose of this request is to take the oral deposition of Richard Suen, a citizen and resident of Hong Kong.

Mr. Suen has brought suit against the Venetian, claiming that he is entitled to a fee because he was the cause of the Venetian obtaining a license to operate gambling in Macao. He allegedly dealt with the Chinese and Macao authorities. Mr. Suen cannot be compelled to testify at trial in the United States and only through a deposition in this case[1] can his testimony be obtained.

---

[1] There are no oral depositions or procedures to compel such deposition testimony outside of Israel in civil cases in the Israeli court system.

BOS\142558.1

Respectfully submitted,
The Plaintiff,
SHELDON G. ADELSON,
By his Attorneys,

_____
Franklin H. Levy, B.B.O. No. 297720
Albert P. Zabin, B.B.O. No.: 538380
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
(617) 289-9200

DATED: December 27, 2005

## CERTIFICATE OF SERVICE

I, Franklin H. Levy, hereby certify that I served a copy of the foregoing on all Defendants this 27th day of December, 2005, via ____hand____ to the following:

James A. G. Hamilton, Esquire
Perkins Smith & Cohen
30th Floor
One Beacon Street
Boston, MA 02108-3106

_____
Franklin H. Levy

BOS\142558.1