UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 DEC 27  P 3: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

SHELDON G. ADELSON,

    Plaintiff,

v.

MOSHE HANANEL,

    Defendant.

Docket No. 04CV10357RCL

## REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

The United States District Court for the District of Massachusetts presents its complaints to the Judicial Authority of the Hong Kong Special Administrative Region of the People's Republic of China and requests international judicial assistance to obtain evidence to be used in a civil proceeding before this Court in the above captioned matter.

This Court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the appearance of the below named individual be compelled for the giving of oral testimony in a deposition to be conducted before an authorized court reporter at a time and place within the Hong Kong Special Administrative Region chosen at mutual convenience of parties and the witness.

*Witness: Mr. Richard Suen*

It is intended that the plaintiff will provide a certified stenographer for purposes of making a record of the questions which may be asked by counsel and answers which are given by the witness. The witness may have an attorney present to represent him during the process.

BOS\142559.1

Because the plaintiff cannot compel the witness to appear at the trial of this matter in the United States, plaintiff intends to use this process to obtain testimony which may be entered as evidence in the trial.

This Court is willing to provide similar assistance to the courts of the Hong Kong Special Administrative Region of the Peoples Republic of China should it be requested.

                                                           Reginald C. Lindsay, Judge
                                                         U.S. District Court
                                                         John Joseph Moakley U.S. Courthouse
                                                         Suite 5130
                                                         1 Courthouse Way
                                                         Boston, MA 02210

Dated: _____, 2005

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Docket No. 04CV-1035RCL

SHELDON G. ADELSON,

        Plaintiff,

v.

MOSHE HANANEL,

        Defendant.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

On December 27, 2005, Attorney James Hamilton and I conferred by telephone concerning the Plaintiff's Motion for Letters Rogatory. Mr. Hamilton remains opposed to the allowance of the motion. A decision by the Court is required.

        The Plaintiff,
        SHELDON G. ADELSON,
        By his attorneys,

        Franklin H. Levy, B.B.O. No.: 297720
        Albert P. Zabin, B.B.O. No.: 538380
        DUANE MORRIS LLP
        470 Atlantic Avenue, Suite 500
        Boston, MA 02210
        (617) 289-9200

Dated: December 27, 2005

2

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON,<br>            Plaintiff,<br><br>v.<br><br>MOSHE HANANEL,<br>            Defendant. | Docket No. 04CV10357RCL |

### CERTIFICATE OF SERVICE

I, Franklin H. Levy, do hereby certify that I served a copy of the foregoing on all counsel of record listed below via hand delivery this 27th day of December 2005.

James A.G. Hamilton, Esquire
Perkins, Smith & Cohen, LLP
One Beacon Street
Boston, MA  02108

Franklin H. Levy

2

BOS\141701.1