DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON

FRANKLIN H. LEVY
DIRECT DIAL: 617.289.9277
E-MAIL: fhlevy@duanemorris.com

www.duanemorris.com

December 28, 2005

**HAND DELIVERY**

James A. G. Hamilton, Esquire
Perkins Smith & Cohen
30th Floor
One Beacon Street
Boston, MA 02108-3106

    Re:    **Sheldon G. Adelson v. Moshe Hananel**
            **Docket No. 04cv10357RCL**

Dear Jim:

    This will confirm our conversation this morning in which we agreed that Plaintiff's response to Defendant's Renewed Motion to Dismiss for Forum Non Conveniens will be due and filed on Friday, December 30, 2005.

    Best wishes for a Happy New Year.

                            Very truly yours,

                            Franklin H. Levy

FHL/mmm
Cc: The Honorable Magistrate Judge Leo J. Sorokin (Hand Delivery)

DUANE MORRIS LLP
470 ATLANTIC AVENUE, SUITE 500   BOSTON, MA 02210          PHONE: 617.289.9200   FAX: 617.289.9201