UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON,<br><br>        Plaintiff,<br><br>v.<br><br>MOSHE HANANEL,<br><br>        Defendant. | Docket No. 04CV10357RCL |

## CROSS MOTION OF THE PLAINTIFF, SHELDON ADELSON

### FOR SUMMARY JUDGMENT

    The plaintiff, Sheldon Adelson, moves that this honorable court enter summary judgment by finding that the defendant may not recover any damages or compensation from the plaintiff based on any investment, business or interest in any venture that the plaintiff may have in the Special Administrative Region of Macau, Peoples Republic of China.

As grounds for this motion, the plaintiff refers this Honorable Court to the accompanying Statement of Undisputed Facts and Brief.

                                    The Plaintiff,
                                    SHELDON G. ADELSON,
                                    By his Attorneys,

                                    /s/ Albert P. Zabin
                                    Franklin H. Levy, B.B.O. No. 297720
                                    Albert P. Zabin, B.B.O. No.: 538380
                                    DUANE MORRIS LLP
                                    470 Atlantic Avenue, Suite 500
                                    Boston, MA  02210
                                    (617) 289-9200

Dated: December 30, 2005