UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Docket No.: 04CV-1035RCL

SHELDON G. ADELSON,

          Plaintiff,

v.

MOSHE HANANEL,

          Defendant.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

On January 4, 2006, Attorney James Hamilton and Attorney Albert P. Zabin conferred by telephone concerning the following:

1.    Cross Motion of the Plaintiff, Sheldon Adelson for Summary Judgment; and

2.    Motion of the Plaintiff, Sheldon Adelson, to Refer his Cross Motion for Summary Judgment of Magistrate Judge Sorokin.

Mr. Hamilton remains opposed to the allowance of the motion. A decision by the Court is required.

BOS\142864.1

        The Plaintiff,
SHELDON G. ADELSON,
By his attorneys,

/s/Albert P. Zabin
Franklin H. Levy, B.B.O. No.: 297720
Albert P. Zabin, B.B.O. No.: 538380
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
(617) 289-9200

Dated: January 4, 2006