UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

SHELDON G. ADELSON,

        Plaintiff,

v.

MOSHE HANANEL,

        Defendant.

Docket No. 04CV10357RCL

**MOTION OF THE PLAINTIFF, SHELDON ADELSON, TO REFER HIS CROSS MOTION FOR SUMMARY JUDGMENT TO MAGISTRATE JUDGE SOROKIN**

The plaintiff respectfully moves that this Honorable Court refer the plaintiff's Cross Motion for Summary Judgment, filed and served, this date for the following reasons:

The defendant has filed a Renewed Motions To Dismiss the complaint on the grounds of *forum non conveniens*.

The Court has referred the defendant's motion to Magistrate Judge Sorokin.

Many of the materials supporting the Plaintiff's opposition to the Defendant's motion to dismiss also support the plaintiff's cross motion for Summary Judgment, including the depositions of the parties and the affidavits of the defendant.

We reasonably anticipate that the defendant will use many of the same materials that he has used and previously filed to support his opposition to the cross motion for summary judgment.

If the Court grants the motion for summary Judgment, the motion to dismiss for *forum non conveniens* will be moot and the convenience of witnesses will not need to be considered.

BOS\142772.1

                                                  The Plaintiff,
SHELDON G. ADELSON,
By his Attorneys,

*/s/ Franklin H. Levy*
_____
Franklin H. Levy, B.B.O. No. 297720
Albert P. Zabin, B.B.O. No.: 538380
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
(617) 289-9200

Dated: December 30, 2005