

**Boston Translation Company**

31 Saint James Avenue, Suite 510, Boston, MA 02116

Tel (617) 778-0594
Fax (617) 778-0697
inlinguaboston@inlingua.com

**COMMONWEALTH OF MASSACHUSETTS**
**COUNTY OF SUFFOLK**
**CITY OF BOSTON**

C E R T I F I C A T I O N

This is to certify that the attached is, to the best of our knowledge and belief, a true and accurate translation from   PORTUGUESE   into ENGLISH

_Mary Samaras_, Assistant Director
**Boston Translation Company**

N O T A R I Z A T I O N

Sworn to before me on this _____ day of
_December_, 200_5_

_____
Notary Public

My commission expires __9.21.2012__.



DAILY REGISTER I SERIES
Act: Chief Executive Resolution number 26/2002
BO number 6/2002
Published on 2/11/2002
Page 202

Relative to the provisional granting of three gambling or game of chance concessions in casino

(Version in Chinese)

Related acts: Law number 16/2001 - defines the legal regime for exploration of gambling or games of chance in casinos.
Administrative regulation number 26/2001 - provides regulations for the public tender for game of chance or gambling concessions in casinos, the concession contract and moral and financial status requirements of competitors and concessionaires.
Executive Chief Resolution number 217/2001 - relative to the establishment of a public tender for 3 gambling or game of chance Casino concessions.
Executive Chief Resolution number 76/2002 - Accepts the proposal submitted by Sociedade de Jogos de Macao S.A. and grants it one of three concessions to explore games of chance or gambling submitted to tender.
Executive Chief resolution number 142/2002 - Accepts the proposal submitted by Wynn Resorts (Macao) S.A. and grants it one of three concessions to explore games of chance or gambling submitted to tender.
Executive Chief Resolution number 143/2002 - Accepts the proposal submitted by Galaxy Casino S.A. and grants it one of three concessions to explore games of chance or gambling submitted to tender.
Related categories: LEGAL REGIME FOR EXPLORATION OF GAMES OF CHANCE/GAMBLING IN CASINO
Game Inspection and Coordination Office
Related entities: Galaxy Casino S.A. - Wynn Resorts (Macau) S.A. - Sociedade de Jogos de Macau S.A.
Search for - all topics
Published between 2005/1976 OK

Chief Executive Resolution number 26/2002

Under authority granted by article 50, of the Basic Law and the provisions of item 1, article 11 of Law number 16/2001, and items 2 and 3 of article 82 of the Administrative Regulation number 26/2001, the Chief Executive orders:

Chief Executive Resolution number 217/2001 established a public tender whereby three concessions were to be granted, for exploration of gambling or games of chance in casinos, at the same time approving the respective Tender regulations.

Eighteen bidders submitted proposals.

After the consultation and negotiation phase, the "First Public Tender for Attribution of Game of Chance/Gambling Concessions in Casinos Commission" (hereafter designated Tender Commission) submitted to the Chief Executive, for the purposes of article 11, item 1 of Law number 16/2001 and article 82, item 7, of Administrative Regulation number 26/2001, a grounded report prepared under the provisions of article 44, item number 3, line 8, and article 82, item number 3, of Administrative regulation number 26/2001.

1. Complying with the grounded report submitted by the Tender Commission, which terms I agree to, and especially the conclusion and proposal contained thereon, the three concessions for exploration of games of chance or gambling in casino, submitted to tender, are provisionally granted to the following bidders, who we reckon have provided the most advantageous proposals for the Region:

- Galaxy Casino S.A.
- Wynn Resorts (Macao) S.A.
- Sociedade de Jogos de Macau, S.A.

2. For the purposes of an eventual reassignment of winning bidders, pursuant to the provisions of item 6, of article 77 of Administrative Regulation number 26/2001, and pursuant to the provisions of item 24.2 of the Tender Regulations, the following bidders are ranked 4th, 5th and 6th:
4th Sociedade de Diversoes MP, S.A.
5th Sociedade de Diversoes MGM - Grand (Macao), S.A.
6th Macau Star, S.A.

February 8, 2002
The Chief Executive, Ho Hau Wah