UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

SHELDON G. ADELSON,
          Plaintiff,

v.

MOSHE HANANEL,
          Defendant.

Docket No. 04CV10357RCL

**CERTIFICATE OF SERVICE**

    I, Franklin H. Levy, do hereby certify that I served a copy of the following documents:

    1.    Opposition of the Plaintiff, Sheldon Adelson, to the Motion of the Defendant to Dismiss for *Forun Non Conveniens* and Brief in Support of the Plaintiff's Motion for Sanctions for the Defendant's Fraud on the Court (previously filed);

    2.    Cross Motion of the Plaintiff, Sheldon Adelson for Summary Judgment;

    3.    Plaintiff's Brief in Support of His Motion for Summary Judgment;

    4.    Plaintiff's Statement of Uncontested Facts; and

    5.    Motion of the Plaintiff, Sheldon Adelson, to Refer his Cross Motion for Summary Judgment to Magistrate Judge Sorokin;

on all counsel of record listed below via hand delivery this 30th day of December 2005.

James A.G. Hamilton, Esquire
Perkins, Smith & Cohen, LLP
One Beacon Street
Boston, MA 02108

_____
Albert P. Zabin, BBO No. 538380

BOS\142768.1