IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON,  )<br>Plaintiff,                            )<br>                                         )<br>v.                                      )<br>                                         )<br>MOSHE HANANEL,             )<br>Defendant.                          ) | Civil Action No.<br><br>**04-cv-10357-RCL** |

## MOTION OF HANANEL FOR LEAVE TO REPLY

Defendant Moshe Hananel ("Hananel") requests leave to reply to the twenty four-page Opposition (Dkt. # 106) filed by Plaintiff Sheldon Adelson ("Adelson") in opposition to Hananel's renewed motion to dismiss for lack of for forum non conveniens. Adelson's Opposition was originally filed on Dec. 30, 2005 but was not complete until Jan. 3, 2006 (see Dkt. # 108). As grounds, Hananel says that his Reply Memorandum submitted herewith will serve to highlight the uncontested facts and legal issues, and assist in resolving the disputed issues, and that the Eighth Hananel Affidavit submitted herewith is necessary to rebut the personal attacks and improperly submitted affidavits of Adelson's Opposition.

WHEREFORE the Court should grant Hananel leave to file his Reply Memorandum and Eighth Affidavit submitted herewith.

Dated: January 11, 2006         MOSHE HANANEL
                                                By His Attorneys,
                                                    /s/ James A. G. Hamilton
                                                James A. G. Hamilton (MA Bar # 218760)
                                                PERKINS, SMITH & COHEN, LLP
                                                One Beacon Street
                                                Boston, MA  02108
                                                617.854.4000

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 11, 2006.

                                                                /s/ James A.G. Hamilton

MotLvRepFNC-31216-1