IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
SHELDON G. ADELSON,                 )
                                    )
Plaintiff,                          )        Civil Action No.
                                    )
v.                                  )        **04-cv-10357-RCL**
                                    )
MOSHE HANANEL,                      )
                                    )
Defendant.                          )
_____)

**MOTION OF HANANEL TO STRIKE AFFIDAVITS OF HAGAY LEIBOVITZ AND AVIGDOR KLAGSBALD FILED DECEMBER 30, 2005**

The Defendant, Moshe Hananel ("Hananel"), moves to strike the Affidavits of Hagay Leibovitz and Avigdor Klagsbald filed on December 30, 2005 (exhibits C and D to Dkt. # 106) as they fail to comply with 28 U.S.C. § 1746 and on other grounds. As grounds, Hananel states:

1. 28 U.S.C. § 1746 requires that an unsworn affidavit "[i]f executed without the United States" state that it has been executed "under penalty of perjury under the laws of the United States of America." These witnesses have avoided this requirement as their affidavits lack this statement and are therefore not available to support Adelson's contentions.

2. The Leibovitz Affidavit is, on its face, based on manipulated, uncorroborated, incomplete video evidence subject to cropping, editing, and image manipulation, and the affiant does not deny such activity. His attachments do not meet the requirements of F. R. Evid. 1001-1003.

3. The Klagsbald Affidavit, insofar as it contains opinion, does not disclose expert qualifications or meet the other requirements of Fed. R. Civ. P. 26 or F.R. Evid. 702.

- 2 -

WHEREFORE, for the foregoing reasons, the Court should strike the Affidavits of Hagay Leibovitz and Avigdor Klagsbald December 30, 2005.

Dated: January 11, 2006

    Respectfully submitted,
    MOSHE HANANEL
    By His Attorneys,

    /s/ James A. G. Hamilton
    James A. G. Hamilton (MA Bar # 218760)
    PERKINS, SMITH & COHEN, LLP
    One Beacon Street
    Boston, MA  02108
    617.854.4000

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 11, 2006.

    /s/ James A.G. Hamilton

-31216-1