UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS
DOCKET NO.: 04CV-10357RCL

SHELDON G. ADELSON,
        Plaintiff,

v.

MOSHE HANANEL,
        Defendant.

## PLAINTIFF'S MOTION TO GRANT LEAVE TO FILE SUBSTITUTE AFFIDAVITS

The Plaintiff, Sheldon G. Adelson, respectfully moves this Honorable Court to grant him leave to substitute the accompanying Affidavits of Mr. Avi Nitzan, Mr. Hagay Liebovitz, Mr. Yehiel Sabag and Dr. Avigdor Klagsbald, which are signed under the penalties of perjury under the laws of the United States, for the identical Affidavits, but which were signed under penalties of Israeli law, previously filed in support of the Plaintiff's Opposition to the Defendant's Motion to Dismiss.

                              The Plaintiff,
                              SHELDON G. ADELSON,
                              By his attorneys,


                              /s/ Franklin H. Levy
                              Franklin H. Levy, B.B.O. No.: 297720
                              Albert P. Zabin, B.B.O. No.: 538380
                              DUANE MORRIS LLP
                              470 Atlantic Avenue, Suite 500
                              Boston, MA  02210
                              (617) 289-9200

Dated: January 24, 2006

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON,<br>　　　　　Plaintiff,<br><br>v.<br><br>MOSHE HANANEL,<br>　　　　　Defendant. | Docket No. 04CV10357RCL |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 24, 2006.

　　　　　　　　　　　　　　　　　　/s/ Franklin H. Levy
　　　　　　　　　　　　　　　　　　Albert P. Zabin