## AFFIDAVIT OF Mr. Yehiel Sabag

Mr. Yehiel Sabag upon his oath deposes and says:

1. My name is Yehiel Sabag. I am a licensed private investigator and I work at Weizman-Ya'ar Investigations firm ("WYI") at Yosef Karo 18 St., Tel Aviv, Israel. WYI have previously provided services to the law firm of Duane Morris, LLP in the case of Sheldon Adelson v. Moshe Hananel pending in the United States District Court. I am familiar with Mr. Hananel's appearance.

2. On December 11, 2005, I observed Moshe Hananel and other people. I had with me a Canon Mini DV camera and I photographed Mr. Hananel.

3. Submitted with this affidavit is a copy of the tape that was made from photographing Moshe Hananel on that date. I believe that it is an accurate representation of Mr. Hananel: a) talking with the other people at the Coffee house b) after finishing at the coffee house, Moshe Hananel and another man left the cafe and walked down the street together. At no time did I observe that Moshe Hananel was assisted by any other person, but rather walked and talked freely c) at the conclusion of the walk Moshe and his companion came to a car park. I filmed Mr. Hananel walk to the payment booth. There I observed and filmed Mr. Hananel pay and receive change or a receipt. Mr. Hananel then got into his companion's car and drove away.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

**Executed:** 15 January, 2006

**Signature:** Yehiel Sabag