## AFFIDAVIT OF Mr. Hagay Leibovitz

Mr. Hagay Leibovitz upon his oath deposes and says:

1. My name is Hagay Leibovitz. I am a licensed private investigator and I work at Weizman-Ya'ar Investigations firm ("WYI") at Yosef Karo 18 St., Tel Aviv, Israel. WYI have previously provided services to the law firm of Duane Morris, LLP in the case of Sheldon Adelson v. Moshe Hananel pending in the United States District Court. I am familiar with Mr. Hananel's appearance.

2. On December 19, 2005, I observed Moshe Hananel and other people. I had with me a Sony trv-255 camera and I photographed Mr. Hananel.

3. Submitted with this affidavit is a copy of the tape that was made from photographing Moshe Hananel on that date. I believe that it is an accurate representation of Mr. Hananel: a) meeting an elderly lady at the Palatin Hotel in Jerusalem b) getting into a car of another lady (as I understand - his wife) after the elderly lady entered the car herself c) dropping off the elderly lady at some place and helping her cross the street d) cross the street and enter a shop named "Charlotte" e) walking in the street. At no time did I observe that Moshe Hananel was assisted by any other person, but rather walked and talked freely.

4. On December 25, 2005, I observed Moshe Hananel and other people. I had with me a Sony trv-255 camera and a Sony 240E camera and I photographed Mr. Hananel.

5. Submitted with this affidavit is a copy of the tape that was made from photographing Moshe Hananel on that date. I believe that it is an accurate representation of Mr. Hananel: a) getting out and into a car b) walking up a stairway c) entering a book store called "The Bialik Institute" and there sitting and reading books, at no time did I observe that Moshe Hananel was assisted by any other person, but rather walked, talked and read freely.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed:    17    January, 2006

Signature:    _____
             Hagay Leibovitz