## AFFIDAVIT OF Mr. Avi Nitzan

Mr. Avi Nitzan upon his oath deposes and says:

1. My name is Avi Nitzan. I am a licensed private investigator and I work at Weizman-Ya'ar Investigations firm ("WYI") at Yosef Karo 18 St., Tel Aviv, Israel. WYI have previously provided services to the law firm of Duane Morris, LLP in the case of Sheldon Adelson v. Moshe Hananel pending in the United States District Court. I am familiar with Mr. Hananel's appearance.

2. On December 21, 2005, I observed Moshe Hananel and other people. I had with me a Sony handycam hi-8 camera and I photographed Mr. Hananel.

3. Submitted with this affidavit is a copy of the tape that was made from photographing Moshe Hananel on that date. I believe that it is an accurate representation of Mr. Hananel: a) walking in the street, waiting and than getting into a car b) sitting and eating at a resturant named "Vitosha" in Jaffa, nearby Tel-Aviv c) walking across the street and entering a coffee house named "Max Brener". At no time did I observe that Moshe Hananel was assisted by any other person, but rather walked and talked freely.

4. On December 27, 2005, I observed Moshe Hananel and other people. I had with me a Sony handycam hi-8 camera and I photographed Mr. Hananel.

5. Submitted with this affidavit is a copy of the tape that was made from photographing Moshe Hananel on that date. I believe that it is an accurate representation of Mr. Hananel: a) standing nearby a parking lot b) walking in the street c) walking alone across a busy street d) reading a document. At no time did I observe that Moshe Hananel was assisted by any other person, but rather walked, talked and read freely.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Executed:   /9 January, 2006

Signature:   _____
             Avi Nitzan