בתי המשפט

16/01/2006

ביה"ד האזורי לעבודה בת"א/יפו
עב 9015/02

תובע: אינטרפרייס פרטנרס אינטרנשיונל לימיטד
ע"י ב"כ: שרגא אמיר

נגד

נתבע: משה חננאל
ע"י ב"כ: פרץ דוד

החלטה:

**בעניין**: הודעה מטעם התובעת **מיום**: 11/01/2006
לאור הודעת ב"כ התובעת מ- 11.1.06 ובהמשך להחלטה מיום 10.10.05, התיק אינו בשל עדיין לקיומו של קדם משפט ממצה ב- 19.1.06. לפיכך, יידחה קדם המשפט מ- 19.1.06 והוא יישמע ביום 13.7.06 בשעה 12.00 ובלבד שעד אז יושלמו כל ההליכים המקדמיים בתיק.

לקסר אפרת שופטת

הופק ע"י אורית משולם

[ Emblem of the State of Israel ]

# The Courts

January 16, 2006

Tel Aviv Jaffa District Labor Court
Labor Case 9015/02

       Plaintiff:     Interface Partners International Limited
                            Represented by Adv. Shraga Amir

       Versus

       Defendant:   Moshe Hananel
                            Represented by Adv. Peretz David

## Decision

**Re:** Plaintiff's notice **dated** January 11, 2006

In view of the Plaintiff's counsel's notice of January 11, 2006 and further to the Decision of October 10, 2005, the case is not yet ready for the holding of a comprehensive pretrial on January 19, 2006. The pretrial will therefore be postponed from January 19, 2006 and will be heard on July 13, 2006 at 12:00, provided that all of the preliminary proceedings in the case shall have been completed by then.

_____
Justice Lakser Efrat


Generated by Orit Meshoulam