UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON, <br><br> Plaintiff, <br><br> v. <br><br> MOSHE HANANEL, <br><br> Defendant. | Docket No.: 04CV-10357RCL |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the Exhibits listed below have been manually filed with the Court and are available in DVD form only:

Exhibit 1 Part II
Exhibit 1 Part IV

                                            The Plaintiff,
                                            SHELDON G. ADELSON,
                                            By his attorneys,

                                            /s/ Albert P. Zabin
                                            Franklin H. Levy, B.B.O. No.: 297720
                                            Albert P. Zabin, B.B.O. No.: 538380
                                            DUANE MORRIS LLP
                                            470 Atlantic Avenue, Suite 500
                                            Boston, MA 02210
                                            (617) 289-9200

Dated: January 25, 2006

BOS\143669.1

2

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON,<br>　　　　　Plaintiff,<br><br>v.<br><br>MOSHE HANANEL,<br>　　　　　Defendant. | Docket No. 04CV10357RCL |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document and Exhibit 1 Part II and Exhibit 1 Part IV on DVD were served on the following persons on this date by Hand Delivery to:

James A. G. Hamilton, Esquire
Perkins Smith & Cohen
30th Floor
One Beacon Street
Boston, MA 02108-3106


DATED: January 26, 2006

　　　　　　　　　　　　　　　　　　/s/ Albert P. Zabin