# New England Eye Center at Mount Auburn Hospital

   300 Mount Auburn Street, Suite 414, Cambridge, MA 02138   

---

*Director*
*Comprehensive Ophthalmology*
**Varant Hagopian, M.D.**

*Information & Patient Appointments*
(617) 876-3660
Fax: (617) 876-2542

*Specializing in Glaucoma, Cataract*
*and Anterior Segment*
**Chandru Krishnan, MD**

January 28, 2006

DuaneMorris
Albert P. Zabin, Esq.
470 Atlantic Avenue, Suite 500
Boston, MA 02210

Re: Sheldon G. Adelson v. Moshe Hananel
    Docket No. 04cv10357RCL

Dear Attorney Zabin:

This is in response to your letter of January 18, 2006 with reference to above mentioned civil action in which you ask me to review some enclosed documents and make comment relative to Mr. Moshe Hananel's visual status.

My name is Varant Hagopian and I am a board certified ophthalmologist who has been practicing ophthalmology in Cambridge, Massachusetts for the past 45 years. I am also a Fellow of the American College of Surgeons. My Curriculum Vitae is attached and I attest to the fact that it is accurate.

I reviewed your letter and the following enclosed documents: (1) hand written letter dated January 8, 2006 from a Dr. M. Huleihel, (2) hand written letter dated (?) September 1, 2005 from Dr. I. Siev-Ner an orthopedic surgeon, (3) photograph marked as Exhibit B and captioned "Moshe Hananel as he appeared at his video deposition when he knew the court would see him," (4) Exhibit C which consisted of a typewritten letter from a Mr. Hagay Leibovitz who presented himself as a licensed private investigator working for the firm of Weizman-Ya'ar Investigations of Tel Aviv, Israel. Mr. Leibovitz submitted several still photographs and two DVDs of Mr. Moshe Hananel which were captioned "as he appeared when he did not know the court would see him" and were taken on December 19 and 25, 2005.

 An Affiliate of the Tufts University School of Medicine                    1

Let me address each document in the order that it was presented above.
(1) Hand written letter from Dr. M. Heleihel:

I can not determine what Dr. Heleihel's specialty is but from the photographs and DVDs that Mr. Leibovitz has provided it is evident that Mr. Hananel is not legally blind, does not need mobility assistance, nor is he 100% disabled. Since Mr. Hanalel has diabetes it is very possible that he may have had one of the complications of that disease which is vitreous hemorrhage. Treatment for an unresolved vitreous hemorrhage would be vitrectomy accompanied by endolaser treatment and "gas exchange." If a gas exchange is performed it would be inadvisable to fly short or long distances in the immediate post operative period because of the expansion of gas under lower atmospheric pressure. Within five or six weeks post operation the gas becomes fully absorbed and flying restrictions no longer apply.

(2) Hand written letter from Dr. Siev-Ner:

Dr. Siev-Ner is an orthopedic surgeon and I would not refute his diagnosis that Mr. Hananel had ulcers of the foot which were being treated with orthopedic shoes. However, Dr. Siev-Ner's statement that Mr. Hananel is "actually blind" does not hold true in the still and motion pictures furnished by Mr. Leibovitz.

(3) Exhibit B, captioned Moshe Hananel as he appeared at his video deposition when he knew the court would see him.

This is a photograph of Mr. Hananel wearing large dark glasses and holding the handle of a metal cane.

(4) Exhibit C.

This consisted of a type written letter from the private investigator, Mr. Hagay Leibovitz and several photographs and two DVDs of Mr. Hananel. The photodocumentation was done on two different occasions one on December 19, 2005 and the other on December 25, 2005. This documentation shows Mr. Hananel doing all the following things with relative ease and unassisted by either another person or a cane.
    1. walking up and down stairs,
    2. reading books and documents at a bookstore,
    3. picking up a friend at a hotel and escorting her to a car driven by someone else,
    4. moving the end of the friend's coat out of the way before closing the car door,
    5. escorting the friend across a busy street to her destination,
    6. walking along a busy sidewalk,
    7. crossing a street busy with vehicular traffic.

Based upon the material provided it is my opinion that it is very questionable that Mr. Hananel is so blind that it would be a hardship for him to testify and come to the United States.

Signed under the pains and penalties of perjury.

Varant Hagopian, M.D.
Date: 1/28/06

2

# New England Eye Center at Mount Auburn Hospital

   300 Mount Auburn Street, Suite 414, Cambridge, MA 02138   

---

**Director**
*Comprehensive Ophthalmology*
**Varant Hagopian, M.D.**

*Information & Patient Appointments*
(617) 876-3660
Fax: (617) 876-2542

*Specializing in Glaucoma, Cataract
and Anterior Segment*
**Chandru Krishnan, MD**

CURRICULUM VITAE, Varant Hagopian, M.D., F.A.C.S.

| | |
|---|---|
| EDUCATION | University of New Hampshire, Durham, N.H.<br>  B.S. Magna Cum Laude 1950.<br><br>Tufts University School of Medicine, Boston, MA<br>  M.D.  1954 |
| INTERNSHIP | Cambridge City Hospital, Cambridge, MA<br>  Rotating Internship 1954-1955 |
| MILITARY | United States Air Force,<br>  Flight Surgeon 09/55-09/57 |
| RESIDENCY | Kresge Eye Institute, Detroit, Michigan<br>  Basic Science Course in Ophthalmology. 09/57 - 07/58<br><br>Detroit Receiving Hospital, Detroit, Michigan<br>  Resident in ophthalmology   July 1958 - September 1960<br>    One quarter as Chief Resident |
| ACADEMIC APPOINTMENTS (PRESENT) | Tufts-New England Medical Center Hosp., Boston, MA<br>  Associate Clinical Instructor in Ophthalmology.<br><br>Harvard University Medical School, Boston, MA<br>  Clinical Instructor in Surgery. |
| HOSPITAL APPOINTMENTS | Mount Auburn Hospital, Cambridge, MA,<br>  Chief, Department of Ophthalmology.  1973 to present |
| OTHER APPOINTMENTS | Commonwealth of Mass. Commission for the Blind<br>  Ophthalmic Consultant, 1962 to present. |
| DIPLOMATE | American Board of Ophthalmology |
| FELLOW | American College of Surgeons |
| SPECIAL CERTIFICATE: | LOCSIII Lens opacification grading system |



An Affiliate of the Tufts University School of Medicine

MEDICAL SOCIETY
American Academy of Ophthalmology,
    Fellow   - 1962 - present
    Councilor - 1990 - 1997

American Medical Association
    Member    - 1960 - present

Massachusetts Medical Society   - 1960 - present
    Legislative committee        - formerly
    Medical Services Committee   - formerly
    Committee on Interspecialty - 1984 - 1998
    Board of Trustees           - presently
    Membership committee        - formerly
    Ethics & Discipline  Com.   - presently
    By-laws Committee           - formerly
    Vice-speaker House Delegates- 2002
    Speaker House of Delegates  - 2003-presently

New England Ophthalmological Society  1961 to present

Massachusetts Society of Eye Physicians and Surgeons
    Past President
    Advisory Council, presently
    Constitution, Bylaws and Policy Committee
        Chair 2003 - present
    Ethics and Grievances Committee,
        Member, presently

Middlesex South Medical Society
    Past President

Middlesex District Medical Society
    Delegate to Mass Medical Society, presently
    Executive Board,              presently

CIVIC DUTIES
Armenian Apostolic Church
    Prelacy Council 1978 - 1992
    Delegate to General (World) Assembly, 1978 - present
    Knight of Great House of Cilicia-bestowed by His
    Holiness Karekin II.

Armenian Apostolic Church, St. Stephen's Watertown, MA
    Delegate to National Rep. Assembly,  1964 -Presently

Lions International:
    Glaucoma Clinic, Lexington, MA 1961 - 1992
    Lexington, MA Lion of the Year Award - 1975 - 1976

Friends of Armenian Culture Society
    President,  1992 to 2001.

CURRICULUM VITAE
PAGE 2

SPECIAL INTEREST    Member, American Institute of Parliamentarians 1997 - present

WORK HISTORY    Private practice of Ophthalmology in Cambridge from October 1, 1960 - present

PUBLICATIONS    "Five Cases of Pigmentary Retinopathy Associated with Thioridazine Administration." _American Journal of Psychiatry._ July, 1966.

HONORS    Man of the Year - 2003, Mass Soc. of Eye Physicians and Surgeons

Community Clinician of the Year, 2003 - MMS and Middlesex District