**From:** Amir Shraga [amirs@danklaw.co.il]
**Sent:** Monday, January 30, 2006 2:36 PM
**To:** Zabin, Albert P.
**Subject:** Sheldon G. Adelson v. Moshe Hananel

Dear Adv. Al Zabin,

This is to confirm that the affidavits I've emailed you in the last few days constitute the translation of all the affidavits filed by Hananel in lieu of direct testimony in the Israeli litigation (namely, 3 affidavits in the 2001 claim (two by Hananel and one by Mr. Miro) and 11 affidavits in the 2002 claim (by Hananel, Hoggatt Elhadad, Majili Wahabah, Dan Tichon, Miriam Cohen, Galit Kerner, David Miro, Iris Mantzer, Orly Katav, Margalit Gordon, Alex Grinwald). Beyond these affidavits, there were more affidavits filed by Hananel (of himself) in order to back up numerous motions and answers regarding procedural issues (such as discovery, questionnaires, motions for extension of time etc.).

Sincerely yours,

Amir Shraga, Adv.