UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON,<br><br>    Plaintiff,<br><br>v.<br><br>MOSHE HANANEL,<br><br>    Defendant. | Docket No.: 04CV-10357RCL |

**NOTICE OF FILING WITH CLERK'S OFFICE**

  Notice is hereby given that the Exhibits listed below have been manually filed with the Court and are available in paper form only:

\*  Affidavit in Lieu of Direct Testimony on Behalf of the Defendant; and
\*  Affidavit of Moshe Hananel dated November 7, 2004

              The Plaintiff,
              SHELDON G. ADELSON,
              By his attorneys,


              /s/ Albert P. Zabin
              Franklin H. Levy, B.B.O. No.: 297720
              Albert P. Zabin, B.B.O. No.: 538380
              DUANE MORRIS LLP
              470 Atlantic Avenue, Suite 500
              Boston, MA 02210
              (617) 289-9200

Dated: January 30, 2006

BOS\144183.1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON,<br>      Plaintiff,<br><br>v.<br><br>MOSHE HANANEL,<br>      Defendant. | Docket No. 04CV10357RCL |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing documents will be served on the following persons on January 31, 2006 by Hand Delivery to:

James A. G. Hamilton, Esquire
Perkins Smith & Cohen
30th Floor
One Beacon Street
Boston, MA 02108-3106


DATED: January 30, 2006

/s/ Albert P. Zabin

2

BOS\144183.1