# Duane Morris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

ALBERT P. ZABIN
DIRECT DIAL: 617.289.9283
E-MAIL: apzabin@duanemorris.com

*www.duanemorris.com*

February 2, 2006

The Honorable Magistrate Judge Leo J. Sorokin
United States District Court for the District of Massachusetts
One Courthouse Way
Suite 6400
Boston, MA  02210

Re:   **Sheldon G. Adelson v. Moshe Hananel**
      **U.S.D.C Docket No.:  04CV10357RCL**

Dear Judge Sorokin:

I write this letter with some reluctance.  We have received Mr. Hamilton's Reply.  You have expressed your distaste for comments, which may be personal or could be construed as personal attacks.  I make no comment other than to call your attention to Section 8 of Hananel's Complaint in his 2003 case in Israel claiming 12% of our client's interest in the Macau venture.  We have sent to you a copy of the 2003 Complaint, and the enclosure is simply an excerpt from the Complaint.

Yours respectfully,

/s/  Albert P. Zabin
Albert P. Zabin

APZ/kr
Enclosure
cc:    James A. G. Hamilton, Esquire (with enclosure)

---

DUANE MORRIS LLP

470 ATLANTIC AVENUE, SUITE 500   BOSTON, MA 02210                                    PHONE: 617.289.9200   FAX: 617.289.9201
BOS\144395.1

DuaneMorris

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON,<br>            Plaintiff,<br><br>v.<br><br>MOSHE HANANEL,<br>            Defendant. | Docket No. 04CV10357RCL |

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 2, 2006.

                           /s/  Albert P. Zabin
                           Albert P. Zabin