IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON, )<br>Plaintiff, ) | Civil Action No. |
| ) | |
| v. ) | **04-cv-10357-RCL** |
| ) | |
| MOSHE HANANEL, )<br>Defendant. ) | |

**MOTION OF HANANEL FOR LEAVE TO SUPPLEMENT RECORD RE ISRAELI PROCEEDINGS**

Defendant Moshe Hananel ("Hananel") requests leave to supplement the record with the outcome of an interlocutory appeal that Plaintiff Sheldon Adelson had taken in the Israeli proceedings. Mr. Hananel is mindful of the Court's order against further argument on his motion to dismiss for forum non conveniens, and asks the Court to consider this paper only as a prompt supplement to the factual record before the Court, which includes many references to the Israeli proceedings between the parties.

As grounds, Mr. Hananel says that Mr. Adelson argued the pendency of this appeal, bringing it to the attention of this Court in his Opposition (Dkt. # 106) at 9 and in the affidavit (filed with the Opposition) of his Israeli counsel Mr. Klagsbald (Dkt. # 108), paragraphs 9 and 12, in which Mr. Klagsbald stated that it had not been decided.

The panel of the National Labor Court decided this appeal on March 1, 2006, and Mr. Hananel received the decision on March 8, 2006. A translation of the conclusion of the decision (in favor of Mr. Hananel, with costs), is attached hereto as Exhibit 1. (The decision is in Hebrew and is seventeen pages.)

- 2 -

Dated: March 10, 2006

MOSHE HANANEL
By His Attorneys,
     /s/ James A. G. Hamilton
James A. G. Hamilton (MA Bar # 218760)
PERKINS, SMITH & COHEN, LLP
One Beacon Street
Boston, MA 02108
617.854.4000

**Certificate of Service**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 10, 2006.

           /s/ James A.G. Hamilton

MotLvSuppFNC-31216-1

*EXHIBIT 1*

## National Labor Court

Labor Appeal 381/03

1. **Interface Partners International Limited**
2. **Sheldon G. Adelson**

                                            Appellants;

**Moshe Hananel**

                                            Respondent;

Before the Vice President Elisheva Barak-Ososkin, Justice Amiram Rabinowitz, Justice Yigal Flitman and Public Representatives Mrs. Nira Shamay and Mr. Ilan Segev

All members of the panel issued their opinions (not included).

"**Conclusion** – the Appeal is dismissed in accordance with the opinion of Vice President Elisheva Barak-Ososkin, Justice Amiram Rabinowitz and Public Representative Mr. Ilan Segev dissenting. The Appellants shall pay to Moshe Hananel trial expenses and lawyer's fees for the motion in the amount of 5,000 NIS within 30 days.

Given Today March 1, 2006, in the absence of the parties.

_____[-]_____     _____[-]_____     _____[-]_____
Vice Presidnet Elisheva Barak-Ososkin     Justice Amiram Rabinowitz     Justice Yigal Flitman

_____[-]_____     _____[-]_____
Public Representative Mrs. Nira Shamay     Public Representative Mr. Ilan Segev