# BURNS & LEVINSON LLP

JAMES A.G. HAMILTON
(617) 854-4203
JHAMILTON@PSCBOSTON.COM

ONE BEACON STREET · 30th FLOOR
BOSTON, MA 02108
T 617.854.4000   F 617.854.4040
WWW.BURNSLEV.COM

March 22, 2006

**By Electronic Filing**

Maria Simeone, Clerk to
Magistrate Judge Leo J. Sorokin
United States District Court
 for the District of Massachusetts
One Courthouse Way, 5th Floor
Boston, MA 02210

Re:   Sheldon G. Adelson v. Moshe Hananel
       U.S. District Court District of Massachusetts, Docket No. 04CV10357RCL

Dear Ms. Simeone:

In response to your question, and your request to write the Court concerning the answer, Mr. Hananel agrees that the Israeli appellate decision referred to in Hananel's motion for leave to supplement, Docket No. 132, is the same as the decision referred to in Adelson's opposition, Docket No. 133. Mr. Hananel intended to inform the Court of the outcome of the appeal, and translated only that part of the decision. Mr. Hananel is having Mr. Adelson's unofficial translation of the entire decision checked, and will notify the Court by the end of the day on March 23, 2006, if he has any objection.

Thank you for your attention to this matter.

Very truly yours,

James A. G. Hamilton

JAGH/wbh

cc:   Albert P. Zabin, Esq. (by electronic filing)

31216-1-LtrUSDC