UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON,<br><br>                Plaintiff,<br><br>v.<br><br>MOSHE HANANEL,<br><br>                Defendant. | Docket No. 04CV10357RCL |

## **MOTION FOR ADMISSION *PRO HAC VICE***

      Pursuant to Local Rule 83.5.3, the undersigned counsel for Plaintiffs, Sheldon G. Adelson, hereby moves that Andrew H. Schapiro, Mayer, Brown, Rowe & Maw LLP, New York, New York be permitted to appear and participate in this action *pro hac vice* in association with the Boston office of Duane Morris LLP, Franklin H. Levy.  In support of this Motion, counsel states as follows:

      1.      Mr. Levy of Duane Morris LLP, is a member in good standing of the Bar of this Court and is actively engaged in the practice of law within Massachusetts from the offices of Duane Morris LLP, 470 Atlantic Avenue, Boston, MA  02210.

      2.      As set forth in his Affidavit attached hereto as Exhibit A, Mr. Schapiro is a member in good standing and admitted to practice before the U.S. Court of Appeals for the Second Circuit and U.S. District Court for the Southern District of New York.  Mr. Schapiro is not under any order of disbarment, suspension or any other disciplinary action; nor is any disciplinary action pending against him in any jurisdiction.

      3.      As set forth in his Affidavit submitted herewith, Mr. Schapiro is familiar with and agrees to observe and be bound by the Local Rules of this Court.

WHEREFORE, Plaintiff respectfully requests that this Court admit Andrew H. Schapiro *pro hac vice* for the purpose of representing Plaintiffs, Sheldon G. Adelson, in this action.

> Respectfully submitted,
> The Plaintiff,
> By his attorneys,
>
> /s/ Franklin H. Levy
> Franklin H. Levy (BBO No. 28772)
> DUANE MORRIS LLP
> 470 Atlantic Avenue, Suite 500
> Boston, MA  02210
> (617) 289-9200

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 7, 2006.

> /s/  Franklin H. Levy
> Franklin H. Levy

DM1\622231.1