UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON,<br><br>                      Plaintiff,<br><br>v.<br><br>MOSHE HANANEL,<br><br>                      Defendant. | Docket No. 04CV10357RCL |

**<u>AFFIRMATION OF ANDREW H. SCHAPIRO IN SUPPORT OF PLAINTIFF'S MOTION FOR ADMISSION *PRO HAC VICE*</u>**

I, Andrew H. Schapiro, based on personal knowledge, hereby state as follows:

1. I am a partner at the law firm Mayer, Brown, Rowe & Maw LLP, 1676 Broadway, New York, New York 10019, (212) 506-2672.

2. I am a member in good standing admitted to practice before the Bars of the States of New York and Illinois; the United States District Court for the Southern District of New York; the United States Courts of Appeals for the Second, Fifth, and Tenth Circuits; and the United States Supreme Court.

3. I am well versed in the facts of this dispute, and I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. I agree to observe and be bound by the Local Rules of this Court

6. There are no disciplinary proceedings pending against me in any jurisdiction where I have been admitted to practice, and I am not suspended or disbarred in any jurisdiction.

DM1\622226.1

2

Pursuant to 28 U.S.C § 1746, signed under the penalties of perjury this 7th day of April, 2006.

/s/ Andrew H. Schapiro
Andrew H. Schapiro
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY  10019
(212) 506-2672

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 7, 2006.

/s/ Franklin H. Levy
Franklin H. Levy