IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| ) | |
| v. ) | **04-cv-10357-RCL** |
| ) | |
| MOSHE HANANEL, ) | |
| ) | |
| Defendant. ) | |

**ASSENTED-TO MOTION OF HANANEL TO EXTEND TIME TO RESPOND TO PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Defendant Moshe Hananel ("Hananel") moves to extend for seven days the time to file and serve his Fed. R. Civ. P. 72(b) Response to the objections of Plaintiff Sheldon G. Adelson to the Report and Recommendations of Magistrate Judge Sorokin dated March 28, 2006 in the above action, on the grounds that the Passover and Easter holidays in the United States and in Israel substantially diminish the time available to the Defendant and his counsel to properly consider and address the issues raised.  This is the first extension request.  Counsel for Plaintiff has assented to this motion.

- 2 -

WHEREFORE, the Court is requested to extend the time for filing and service of Hananel's Response from April 25, 2006 to May 2, 2006.

|  |  |
|---|---|
| Assented to: | Respectfully submitted, |
|  | MOSHE HANANEL |
| SHELDON G. ADELSON | By His Attorneys, |
| By His Attorneys, |  |
|  | /s/   James A. G. Hamilton |
| /s/ by JH with permission | James A. G. Hamilton (MA Bar # 218760) |
| Andrew H. Schapiro | BURNS & LEVINSON, LLP |
| MAYER, BROWN, ROWE & MAW LLP | One Beacon Street |
| 1675 Broadway | Boston, MA  02108 |
| New York, NY 10019 | 617.854.4000 |
| (212) 506-2672 |  |

Franklin H. Levy (MA Bar # 297720)
DUANE MORRIS, LLP
470 Atlantic Ave., Suite 500
Boston, MA 02210
617.289.9200

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 12, 2006.

/s/ James A.G. Hamilton

MotExtRespObj-31216-1