# EXHIBIT A

| | | |
|---|---|---|
| A: | First of all I told you what he told me. Since then | 1 |
| | refused to take money in the United States, Dan | 2 |
| | Raviv took, I don't know what his next, | 3 |
| Q: | I know you are in a rush to say something that's | 4 |
| | going to get Dan Raviv into trouble theoretically by | 5 |
| | talking what he paid in the United States but why | 6 |
| | don't you just answer my question. | 7 |
| A: | I answer your question. | 8 |
| Mr. Hamilton, Esq.: | You are bringing up the subject Mr. Levi, | 9 |
| | please. | 10 |
| Mr. Levi, Esq.: | Yeah I brought it up. So let me go back to that | 11 |
| | million dollars that Mr. Adelson invests, he buys | 12 |
| | 100% of a company for a million dollars. Let's say | 13 |
| | years go by and the company is work a billion | 14 |
| | dollars, you still have, your understanding of this | 15 |
| | option, a right to buy 12% of this billion dollar | 16 |
| | company by putting in, by giving Mr. Adelson | 17 |
| | $120,000? | 18 |
| Mr. Hananel: | No limit of time was mentioned at all and my, on | 19 |
| | contrary, there was not example of 10 years, there | 20 |
| | was an example, what was in the conversation. | 21 |
| Q: | O.K. | 22 |
| A: | Or you want to rephrase it? | 23 |
| Q: | No, no, I want you to, | 24 |
| Mr. Hamilton, Esq.: | Go ahead let the witness complete his | 25 |
| | answer, you interrupted him Mr. Levi. Go ahead | 26 |
| | complete what you were going to say. | 27 |

Mr. Hananel: In this conversation, Mr. Adelson gave me example. The example regarding time was first of all explicitly, I'm investing in the beginning you can invest any time, you don't take risk, you can choose to invest when you know that this company is successful. When I invest in the beginning I don't know, maybe this, he used the word "will go mechulah" in Yiddish, will go bankrupt. I will invest a million dollars and the company go bankrupt, you don't have to pay me this when the company go mechulah, that's what he meant. You can invest one year after its going, 10 years was not discussed, but one year after was discussed, was given by him as an example to tell me what a good deal he is offering me. If you ask me for understanding, it was not discussed 10 years after so for understanding yes.

Q: So one year after was discussed?
A: One year was given as an example.
Q: What if it was 2 years, would you still have the same rights?
A: I know that I have the rights.
Q: What if it was 10 years?
A: Because nobody said its limit after 2 years, 3 years, 15 years.
Q: 20 years?
A: If I brought him to invest in a good company and chose not to invest immediately and chose to invest

|   |   |   |
|---|---|---|
|   | 10 years after to exercise my right, yes, I have the | 1 |
|   | right to exercise my right. | 2 |
| Q: | And with no, you don't have to pay interest, no | 3 |
|   | nothing? Same amount on your 1 as on your 20? | 4 |
| A: | No interest was mentioned or discussed at all. What | 5 |
|   | was discussed was if he have further investment. | 6 |
| Q: | I understand, you already answered that. alright. O.K. | 7 |
|   | let's take a break and have lunch. | 8 |
| Mr. Hamilton, Esq.: Just witness my suggestion, | | 9 |
| Mr. Levi, Esq.: That's fine. | | 10 |
| **(Lunch Break 14:41)** | | 11 |
| **(Side D)** | | 12 |
| Mr. Levi, Esq.: Tell me when you're ready. | | 13 |
| Mr. Somekh: Please. The time is 2:41 PM | | 14 |
| Mr. Levi, Esq.: O.K. Thank you. | | 15 |
| Mr. Hananel: Our record is also on? | | 16 |
| Mr. Hamilton, Esq.: I believe it is. Yes. | | 17 |
| Mr. Levi, Esq.: O.K. Hack into all these records. Mr. Hananel we | | 18 |
|   | were discussing the options, the option agreement | 19 |
| Mr. Hananel: Yes. | | 20 |
| Q: | That you described it before and to what did the | 21 |
|   | option apply? Do you understand my question? what | 22 |
|   | kind of investments did you get the option in? what | 23 |
|   | did you have to do to qualify for an option? | 24 |
| A: | Any investment that will be done because of | 25 |
|   | initiation of the Israeli body and myself. Sheldon can | 26 |
|   | choose to what form he is investing and we can | 27 |
|   | choose and operate new forms or old forms. | 28 |

|   |   |
|---|---|
|    | resort city in Czech and I asked Sheldon you really want me to go there and so on to study the matter? He said yes. Raviv was the one that initiate this one and I went with this gentleman twice to Czechoslovakia to explore this thing about the casino. |
| Q: | And, |
| A: | And if it was materialize, I would see myself entitled to 12% for the casino. |
| Q: | I thought it was initiated by Raviv? |
| A: | Raviv will get his share. I was not saying only initiated. You cut me answering the question. I was entitled to 12% whether I was initiating, whether Sheldon delegated me a subject that I handled in Israel, I was also initiate for 12%, whether anybody of the כפופים לי that were working under me, subordinate to me, whether they were on commission or not commission, were initiate a subject that I handled. In all these cases and maybe others, I was entitled to 12%. |
| Q: | So if you have, |
| A: | Not solely what I initiated. |
| Q: | I see. So if your son, a nice young lad who I just met, |
| A: | Yes, yes. |
| Q: | If he had come to you and said I just, we just did project in school and the project in school had to do with the possibility of building casinos in Lithuania and he gave you his homework assignment and you read it and you took his homework assignment which |

| | | |
|---|---|---|
| Q: | And you told Sheldon that you had a contact with the glassmaker? | 2 |
| A: | I told him I have a contact with the government. | 3 |
| Q: | With the government? | 4 |
| A: | That' right. | 5 |
| Q: | And what was your contact with the government? | 6 |
| A: | I knew the president, the prime minister, foreign minister and more importantly, they knew me. | 7 8 |
| Q: | Those were good contacts. And if Mr. Adelson and the Venetian had purchased any of this Moreno glass in Bulgaria, would you have been entitled to any compensation? | 9 10 11 12 |
| A: | It was not matter of trading, commission trading. It was matter of stock option. If for example Adelson, as he was proposed and it looked to him lucrative, was investing in a factory for crystal, for glasses in Bulgaria, I was entitled to 12%. | 13 14 15 16 17 |
| Q: | Because you planted the seed? | 18 |
| A: | I think we digested it because ideas worth money. | 19 |
| Q: | And the casino and the hotel's casino, if he had purchased any hotels and opened casinos or built casino in Bulgaria, would you have been entitled to your option? | 20 21 22 23 |
| A: | That's right. | 24 |
| Q: | And that's because you brought, you took him to Bulgaria? | 25 26 |
| A: | No because I brought him the possibilities of investing in casino and hotel in Bulgaria. If he was | 27 28 |