IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON, | ) |
| Plaintiff, | ) Civil Action No. |
| v. | ) **04-cv-10357-RCL** |
| MOSHE HANANEL, | ) |
| Defendant. | ) |

## NOTICE OF CHANGE OF ADDRESS OF COUNSEL

PLEASE TAKE NOTICE THAT the undersigned counsel have changed their address as of the date hereof. Please serve all papers, notices, correspondence, and any other materials on the undersigned at the address listed hereon.

    MOSHE HANANEL
    By His Attorneys,

    /s/ James A. G. Hamilton
    James A. G. Hamilton (BBO # 218760)
    Burns & Levinson LLP
    125 Summer Street
    Boston, MA 02110
    (617) 345-3000

Dated: July 10, 2006

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 10, 2006.

    /s/ James A.G. Hamilton
    James A.G. Hamilton

01030544