UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**SHELDON G. ADELSON**

V.                                                                 CIVIL ACTION NO. **04-10357-RCL**

**MOSHE HANANEL**

**JUDGMENT OF DISMISSAL**

LINDSAY, D.J.

In accordance with the Court's Order of July 18, 2006 allowing the motion to dismiss of the defendant Moseh Hananel, Judgment is entered for the defendant dismissing this action on grounds of forum non conveniens.

July 19, 2006                                                      /s/ Lisa M. Hourihan
                                                                              Deputy Clerk