UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Sheldon G. Adelson,
        Plaintiff,

V.

CASE NO. 04-cv-10357-RCL

Moshe Hananel,
        Defendant.

NOTICE OF APPEAL

Notice is hereby given that Sheldon G. Adelson, Plaintiff, hereby appeals from the Order and Judgment in favor of defendant entered in the above entitled action on July 19, 2006.

July 19, 2006
Date

/s/ Andrew H. Schapiro
MAYER, BROWN,
ROWE & MAW, LLP
Andrew H. Schapiro
Philip Allen Lacovara
1675 Broadway
New York, NY 10019
(212) 506-2500

Franklin H. Levy
470 Atlantic Ave.
Boston, MA 02110
(617) 289-9200

Attorneys for Plaintiff
Sheldon G. Adelson