IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON,        )<br>Plaintiff,                            )<br>                                         )<br>v.                                      )<br>                                         )<br>MOSHE HANANEL,             )<br>Defendant.                          ) | Civil Action No.<br><br>**04-cv-10357-RCL** |

## NOTICE OF APPEAL (CROSS-APPEAL)

Notice is hereby given that Defendant Moshe Hananel hereby appeals by way of cross-appeal from the ORDER ADOPTING REPORT AND RECOMMENDATIONS OF JUDGE SOROKIN as to Renewed Motion to Dismiss For Lack Of Personal Jurisdiction only insofar as it denied Hananel's Motion to Dismiss for Lack of Personal Jurisdiction as to Count I of the Complaint, entered in the above-captioned action on November 29, 2005.

Dated: August 2, 2006

MOSHE HANANEL
By His Attorneys,
　　　/s/ James A. G. Hamilton
James A. G. Hamilton (MA Bar # 218760)
PERKINS, SMITH & COHEN, LLP
One Beacon Street
Boston, MA  02108
617.854.4000

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 2, 2006.

　　　　　　　　　　　　　　　　　　　　/s/ James A.G. Hamilton

NotApp-31216-1
J:\Docs\81102\00005\01039760.DOC