**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

USDC Docket Number : 04-cv-10357

Sheldon G. Adelson

v.

Moshe Hananel

---

**CLERK'S CERTIFICATE**

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-153

and contained in Volume(s) I- III are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 7/19/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 31, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: __8/31/06__ .

_____
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06