APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-10357-RCL

Adelson v. Hananel

Assigned to: Judge Reginald C. Lindsay

Referred to: Magistrate Judge Leo T. Sorokin

Demand: $1,000,000

Cause: 28:1332 Diversity-Contract Dispute

Date Filed: 02/22/2004

Jury Demand: None

Nature of Suit: 190 Contract: Other

Jurisdiction: Diversity

### Plaintiff

**Sheldon G. Adelson**

represented by **Andrew H Schapiro**
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019
US
212-506-2672
Email: aschapiro@mayerbrown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Franklin H. Levy**
Duane Morris LLP
470 Atlantic Avenue
Suite 500
Boston, MA 02110-2600
617.289.9277
Fax: 617.289.9201
Email: fhlevy@duanemorris.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Albert P. Zabin**
Duane Morris, LLP.
470 Atlantic Avenue
Suite 500
Boston, MA 02110
617-289-9283

Fax: 617-289-9201
Email:
apzabin@duanemorris.com
*ATTORNEY TO BE NOTICED*

**V.**

**Defendant**

**Moshe Hananel**                    represented by    **James A.G. Hamilton**
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
617-345-3000
Fax: 617-345-3299
Email: jhamilton@burnslev.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/23/2004 | 1 | COMPLAINT against Moshe Hananel Filing fee: $ 150, receipt number 54031, filed by Sheldon G. Adelson.(Tebo, Susan) (Entered: 02/24/2004) |
| 02/23/2004 | | Summons Issued as to Moshe Hananel. (Tebo, Susan) (Entered: 02/24/2004) |
| 02/23/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Lawrence P. Cohen. (Tebo, Susan) (Entered: 02/24/2004) |
| 03/22/2004 | 2 | MOTION for service pursuant to the Hague Convention filed by Sheldon G. Adelson.(Tebo, Susan) (Entered: 03/24/2004) |
| 03/30/2004 | | Judge Reginald C. Lindsay : ORDER entered granting 2 Motion for Service Pursuant to the Hague Convention. cc/cl. (Tebo, Susan) (Entered: 03/31/2004) |
| 03/30/2004 | 3 | Judge Reginald C. Lindsay : ORDER entered re: service pursuant to the Hague Convention and the applicable laws and procedures of Israel. cc/cl.(Tebo, Susan) (Entered: 03/31/2004) |
| 04/29/2004 | 4 | AFFIDAVIT OF SERVICE Executed by Sheldon G. Adelson. Moshe Hananel served on 3/20/2004, answer due 4/9/2004. |

| | | |
|---|---|---|
| | | Acknowledgement filed by Sheldon G. Adelson. (Stanhope, Don) (Entered: 05/04/2004) |
| 06/04/2004 | 5 | AFFIDAVIT OF SERVICE Pursuant to the Hague Convention Executed by Sheldon G. Adelson. Moshe Hananel served on 5/24/2004, answer due 6/14/2004. Acknowledgement filed by Sheldon G. Adelson. (Stanhope, Don) (Entered: 06/07/2004) |
| 06/14/2004 | 6 | MOTION of Hananel to Dismiss for Lack of Personal Jurisdiction by Moshe Hananel. (Attachments: # 1)(Stanhope, Don) (Entered: 06/17/2004) |
| 06/14/2004 | 7 | MEMORANDUM in Support of 6 Hananel's MOTION to Dismiss for Lack of Personal Jurisdiction filed by Moshe Hananel. (Stanhope, Don) (Entered: 06/17/2004) |
| 06/14/2004 | 8 | MOTION of Hananel to Dismiss for Forum Non Conveniens by Moshe Hananel. (Attachments: # 1)(Stanhope, Don) (Entered: 06/17/2004) |
| 06/14/2004 | 9 | MEMORANDUM in Support of 8 MOTION to Dismiss for Forum Non Conveniens filed by Moshe Hananel. (Stanhope, Don) (Entered: 06/17/2004) |
| 06/14/2004 | 10 | MOTION of Hananel to Stay Proceedings by Moshe Hananel. (Stanhope, Don) (Entered: 06/17/2004) |
| 06/14/2004 | 11 | MEMORANDUM in Support of 10 MOTION to Stay Proceedings filed by Moshe Hananel. (Stanhope, Don) (Entered: 06/17/2004) |
| 06/14/2004 | 12 | AFFIDAVIT of Moshe Hananel in Support of 10 MOTION to Stay Proceedings, 6 MOTION to Dismiss for Lack of Personal Jurisdiction, 8 MOTION to Dismiss for Forum Non Conveniens. (Stanhope, Don) (Entered: 06/17/2004) |
| 06/24/2004 | 13 | Assented to MOTION for Extension of Time to 7/15/04 to Respond to Defendant's Motion to Dismiss by Sheldon G. Adelson.(Stanhope, Don) (Entered: 06/25/2004) |
| 06/29/2004 | ● | Judge Reginald C. Lindsay : Electronic ORDER entered granting 13 Motion for Extension of Time to File Response/Reply re 6 MOTION to Dismiss for Lack of Jurisdiction, 8 MOTION to Dismiss Responses due by 7/15/2004 (Hourihan, Lisa) (Entered: 06/29/2004) |
| 07/15/2004 | 14 | Opposition of Plaintiff to Motions of the Defendant to 6 MOTION to Dismiss for Lack of Personal Jurisdiction and 8 |

District of Massachusetts Version 2.5 - Docket Report                                              Page 4 of 23

| | | |
|---|---|---|
| | | on the Grounds of Forum Non Conveniens, 10 or For a Stay. filed by Sheldon G. Adelson. (Attachments: # 1 Exhibit 1-2 NOT SCANNED)(Stanhope, Don) Modified on 7/16/2004 (Stanhope, Don). (Entered: 07/16/2004) |
| 07/15/2004 | 15 | MOTION to Strike 12 Affidavit of Moshe Hananel by Sheldon G. Adelson.(Stanhope, Don) (Entered: 07/16/2004) |
| 07/15/2004 | 16 | AFFIDAVIT of Paul G. Roberts by Sheldon G. Adelson. (Attachments: # 1 Exhibit A-C NOT SCANNED)(Stanhope, Don) (Entered: 07/16/2004) |
| 07/15/2004 | 17 | AFFIDAVIT of Sheldon G. Adelson by Sheldon G. Adelson. (Stanhope, Don) (Entered: 07/16/2004) |
| 07/15/2004 | 18 | CERTIFICATE OF SERVICE by Sheldon G. Adelson re 14 Opposition to Motion,, 15 MOTION to Strike 12 Affidavit in Support, 16 Affidavit, 17 Affidavit. (Stanhope, Don) (Entered: 07/16/2004) |
| 07/28/2004 | 19 | MOTION for Extension of Time to August 5, 2004 to File Response/Reply as to 15 MOTION to Strike 12 Affidavit in Support by Moshe Hananel.(Abaid, Kim) (Entered: 07/29/2004) |
| 07/29/2004 | ● | Judge Reginald C. Lindsay : Electronic ORDER entered granting 19 Motion for Extension of Time to File Response/Reply re 15 MOTION to Strike 12 Affidavit in Support Responses due by 8/5/2004 (Hourihan, Lisa) (Entered: 07/29/2004) |
| 08/04/2004 | 20 | Opposition of Hananel to 15 MOTION to Strike 12 Affidavit in Support filed by Moshe Hananel. (Stanhope, Don) (Entered: 08/06/2004) |
| 08/04/2004 | 21 | MOTION of Hananel for Leave to Reply to Memorandum and Affidavit in Opposition to Motion to Dismiss. by Moshe Hananel.(Stanhope, Don) Proposed Reply Attached (Entered: 08/06/2004) |
| 08/20/2004 | 22 | Plaintiff's MOTION for Leave to Take Discovery Limited to Personal Jurisdiction, if the Court Chooses to Decide the Defendant's Motion to Dismiss on the Basis of Substantial Property, Rather than the Prima Facie Standard. by Sheldon G. Adelson.(Stanhope, Don) (Entered: 08/24/2004) |
| 08/20/2004 | 23 | Plaintiff's MOTION for Leave to File a Response to |

| | | |
|---|---|---|
| | | Defendant, Moshe Hananel's, Reply Memorandum. by Sheldon G. Adelson.(Stanhope, Don) (Entered: 08/24/2004) |
| 08/20/2004 | 26 | Plaintiff's AMENDMENT to His Motion to Strike the First Affidavit, or by Striking Paragraphs 20 through 24 of the First Affidavit of the Defendant, Moshe Hananel. by Sheldon G. Adelson.. (Stanhope, Don) (Entered: 09/09/2004) |
| 08/20/2004 | 27 | Plaintiff's MEMORANDUM in Support of 26 Amendment to His Motion to Strike the First Affidavit, or By Striking Paragraphs 20 through 24 of the First Affidavit of the Defendant, Moshe Hananel. (Stanhope, Don) (Entered: 09/09/2004) |
| 09/01/2004 | 24 | Opposition of Hananel to 22 Adelson's MOTION for Leave to Take Discovery Limited to Personal Jurisdiction. filed by Moshe Hananel. (Stanhope, Don) (Entered: 09/02/2004) |
| 09/01/2004 | 25 | Opposition of Hananel to 23 Adelson's MOTION for Leave to File a Response to Hananel's Reply Memorandum filed by Moshe Hananel. (Attachments: # 1 Exhibit 1 NOT SCANNED)(Stanhope, Don) (Entered: 09/02/2004) |
| 09/02/2004 | 28 | Opposition of Hananel to Adelson's Amended Motion to Strike. by Moshe Hananel. (Stanhope, Don) (Entered: 09/09/2004) |
| 09/06/2004 | ❍ | Judge Reginald C. Lindsay : Electronic ORDER entered denying without prejudice 21 MOTION of Hananel for Leave to Reply to Memorandum and Affidavit in Opposition to Motion to Dismiss. The defendant may file a revised reply brief so long as it is filed within ten days of this order and does not exceed ten, double-spaced pages with customary margins. (Lindsay, Reginald) (Entered: 09/06/2004) |
| 09/09/2004 | ❍ | Judge Reginald C. Lindsay : Electronic ORDER entered denying 22 Motion for Leave to File without prejudice because the moving party has failed to comply with Local Rule 7.1. (Hourihan, Lisa) (Entered: 09/09/2004) |
| 09/10/2004 | 29 | (REVISED) REPLY Memorandum in Support of 8 MOTION to Dismiss for Lack of Personal Jurisdiction and Forum Non Conveniens or, the Alternative, To Stay Proceedings. filed by Moshe Hananel. (Stanhope, Don) (Entered: 09/13/2004) |
| 09/10/2004 | 30 | Plaintiff's Response to 29 Defendant, Moshe Hananel's Reply Memorandum. filed by Sheldon G. Adelson. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit A-D NOT SCANNED)(Stanhope, Don) (Entered: 09/14/2004) |
| 10/07/2004 | 31 | MOTION for Leave to Supplement Record by Moshe Hananel. (Attachments: # 1 Exhibit 1 NOT SCANNED) (Stanhope, Don) (Entered: 10/12/2004) |
| 11/01/2004 | 32 | MOTION to Enjoin the Defendant from Pursuing a Parallel Cause of Action in Israel. by Sheldon G. Adelson.(Stanhope, Don) (Entered: 11/03/2004) |
| 11/01/2004 | 33 | MEMORANDUM in Support of 32 MOTION to Enjoin the Defendant from Pursuing Parallel Causes of Action in Israel. filed by Sheldon G. Adelson. (Attachments: # 1 Exhibit A-E NOT SCANNED)(Stanhope, Don) (Entered: 11/03/2004) |
| 11/08/2004 | | Judge Reginald C. Lindsay : Electronic ORDER entered denying 32 Motion to Enjoin the Defendant from Pursuing a Parallel Cause of Action in Israel without prejudice because the moving party has failed to comply with Local Rule 7.1. (Hourihan, Lisa) (Entered: 11/08/2004) |
| 11/10/2004 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 23 Plaintiff's Motion for Leave to File a Response to Defendant, Moshe Hananel's Reply Memorandum. (Stanhope, Don) (Entered: 11/10/2004) |
| 11/16/2004 | 34 | MOTION to Enjoin the Defendant from Pursuing a Parallel Cause of Action in Isreal. by Sheldon G. Adelson. (Attachments: # 1)(Stanhope, Don) (Entered: 11/17/2004) |
| 11/16/2004 | 35 | MEMORANDUM in Support of 34 Plaintiff's MOTION to Enjoin the Defendant From Pursuing Parellel Causes of Action in Israel. filed by Sheldon G. Adelson. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Errata E) (Stanhope, Don) (Entered: 11/17/2004) |
| 11/17/2004 | 36 | Plaintiff's Initial Disclosure by Sheldon G. Adelson.(Stanhope, Don) (Entered: 11/19/2004) |
| 11/24/2004 | 37 | Opposition to 34 Plaintiff's MOTION to Enjoin Defendant from Pursuing Parallel Causes of Action in Israel. filed by Moshe Hananel. (Stanhope, Don) (Entered: 11/30/2004) |
| 11/26/2004 | | Judge Reginald C. Lindsay : electronic ORDER entered denying 15 MOTION to Strike 12 Affidavit of Moshe Hananel by Sheldon G. Adelson. (Lindsay, Reginald) (Entered: |

| | | 11/26/2004) |
|---|---|---|
| 11/26/2004 | ❍ | Judge Reginald C. Lindsay : electronic ORDER entered granting 31 Defendant's MOTION for Leave to Supplement Record and denying 34Plaintiff's MOTION to Enjoin the Defendant from Pursuing a Parallel Cause of Action in Israel. (Lindsay, Reginald) (Entered: 11/26/2004) |
| 12/01/2004 | ❍38 | NOTICE of Hearing on Motion 10 MOTION to Stay, 6 MOTION to Dismiss for Lack of Jurisdiction, 8 MOTION to Dismiss: Motion Hearing set for 1/18/2005 03:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 12/01/2004) |
| 12/01/2004 | ❍ | Judge Reginald C. Lindsay : electronic ORDER entered denying 10 MOTION of Hananel to Stay Proceedings filed by Moshe Hananel. (Lindsay, Reginald) (Entered: 12/01/2004) |
| 01/11/2005 | ❍ | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay : Telephone Conference held on 1/11/2005. Court determines that the motion hearing set for Tuesday, January 18 is CANCELLED. Counsel to brief the issue on forum of non conveniens by 1/18/05. Matter to be decided on the papers. If case not dismissed, the court will allow jurisdictional discovery. Court will allow plaintiff to take the deposition of the defendant in Israel at the plaintiffs' expense. The Court will issue a scheduling order following decision on the motion, if necessary. Motion to dismiss is denied without prejudice to be renewed following jurisdictional discovery. (Court Reporter None Present.) (Hourihan, Lisa) (Entered: 01/12/2005) |
| 01/11/2005 | ❍ | Judge Reginald C. Lindsay : ElectronicORDER entered denying 6 Motion to Dismiss for Lack of Jurisdiction without prejudice to be renewed following jurisdictional discovery. (Hourihan, Lisa) (Entered: 01/12/2005) |
| 01/18/2005 | ❍39 | Plaintiff's BRIEF Directed to the Question Raised by the Court: May the Court Decide the Issue of Forum Non Conveniens Before Deciding Whether it has Personal Jurisdiction Over the Parties. by Sheldon G. Adelson. (Attachments: # 1 Exhibit 1)(Stanhope, Don) (Entered: 01/19/2005) |
| 01/18/2005 | ❍40 | Supplementary MEMORANDUM in Support of 8 MOTION to Dismiss for Forum Non Conveniens. filed by Moshe |

| | | |
|---|---|---|
| | | Hananel. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Stanhope, Don) (Entered: 01/19/2005) |
| 01/19/2005 | ❍ | Judge Reginald C. Lindsay : ElectronicORDER entered denying without prejudice 8 MOTION of Defendant to Dismiss on Grounds of Forum Non Conveniens. The court is precluded from taking action on this motion if the court does not have jurisdiction of the person of the defendant. Albion v. YMCA Camp Letts, 171 F.3d 1, 2 (1st Cir.1999). The question of the court's jurisdiction has yet to be resolved. This motion may be renewed following jurisdictional discovery. The parties may engage in reciprocal jurisdictional discovery until March 1, 2005. Any deposition of the defendant must be taken in Israel or in such other place as the parties agree. (Lindsay, Reginald) (Entered: 01/19/2005) |
| 01/19/2005 | ❑41 | MOTION to Strike Part II and III of the Brief of the Defendant Filed 1/18/05, Entitled Supplementary Memorandum of Hananel in Support of Motion to Dismiss for Forum Non Conveniens. by Sheldon G. Adelson.(Stanhope, Don) (Entered: 01/21/2005) |
| 02/01/2005 | ❑42 | Proposed Document(s) submitted by Sheldon G. Adelson, Moshe Hananel. Document received: Stipulated Order Concerning Jurisdictional Discovery. (Stanhope, Don) (Entered: 02/02/2005) |
| 02/23/2005 | ❑43 | Judge Reginald C. Lindsay : ORDER entered. STIPULATED ORDER CONCERNING JURISDICTIONAL DISCOVERY (Stanhope, Don) (Entered: 02/28/2005) |
| 05/02/2005 | ❑44 | Second Supplementary MEMORANDUM in Opposition re 6 MOTION to Dismiss for Lack of Jurisdiction filed by Sheldon G. Adelson. (Exhibits not scanned)(Hourihan, Lisa) (Entered: 05/02/2005) |
| 05/17/2005 | ❑45 | Renewed MOTION to Dismiss for Lack of Personal Jurisdiction filed by Moshe Hananel.(Stanhope, Don) Modified on 3/28/2006 (Simeone, Maria). (Entered: 05/18/2005) |
| 05/17/2005 | ❑46 | MEMORANDUM in Support of 45 Renewed MOTION to Dismiss for Lack of Personal Jurisdiction filed by Moshe Hananel. (Attachments: # 1 Exhibit 1-15 NOT SCANNED) (Stanhope, Don) (Entered: 05/18/2005) |
| | | |

| | | |
|---|---|---|
| 05/19/2005 | 47 | MOTION of Hananel to Compel Further Answers to Interrogatories, Production of Documents, and Deposition Testimony and Certification of L.R. 37.1 Conference filed by Moshe Hananel.(Stanhope, Don) (Entered: 05/20/2005) |
| 05/19/2005 | 48 | MEMORANDUM of Hananel in Support of 47 MOTION to Compel Further Answers to Interrogatories, Production of Documents, and Deposition Testimony and Certification of L.R. 37.1 Conference filed by Moshe Hananel. (Attachments: # 1 Exhibit 1-2 NOT SCANNED)(Stanhope, Don) (Entered: 05/20/2005) |
| 05/19/2005 | 49 | Proposed Document(s) submitted by Moshe Hananel. Document received: Order on Motion of Hananel to Compel. (Stanhope, Don) (Entered: 05/20/2005) |
| 05/24/2005 | 50 | Judge Reginald C. Lindsay : ORDER entered. REFERRING MOTION 45 MOTION to Dismiss for Lack of Jurisdiction filed by Moshe Hananel,, 47 MOTION to Compel filed by Moshe Hananel, to Magistrate Judge Leo T. Sorokin(Stanhope, Don) (Entered: 05/24/2005) |
| 06/01/2005 | 51 | MEMORANDUM in Opposition re 47 MOTION to Compel filed by Sheldon G. Adelson. (Nici, Richard) (Entered: 06/02/2005) |
| 06/01/2005 | 52 | MEMORANDUM in Support re 47 MOTION to Compel filed by Sheldon G. Adelson. (Nici, Richard) (Entered: 06/02/2005) |
| 06/02/2005 | 53 | REPLY to Response to Motion re 45 MOTION to Dismiss for Lack of Jurisdiction filed by Sheldon G. Adelson. (Nici, Richard) (Entered: 06/03/2005) |
| 06/23/2005 | 54 | MOTION for Leave to File reply to Adelsons second supplementary brief and affidavit by Moshe Hananel. (Simeone, Maria) (Entered: 06/23/2005) |
| 06/23/2005 | 55 | Reply MEMORANDUM to Adelsons Second supplementary brief in opposition to Hananels motion to dismiss. re 45 MOTION to Dismiss for Lack of Jurisdiction filed by Moshe Hananel. (Simeone, Maria) (Entered: 06/23/2005) |
| 06/23/2005 | 56 | Fourth AFFIDAVIT of Moshe Hananel in Support re 45 MOTION to Dismiss for Lack of Jurisdiction. (Attachments: # 1 # 2 # 3 # 4 # 5)(Simeone, Maria) (Entered: 06/23/2005) |
| 06/24/2005 | 57 | PLEASE NOTE: A hearing has been set for argument on the |

| | | |
|---|---|---|
| | | following motions 45 MOTION to Dismiss for Lack of Jurisdiction, 47 MOTION to Compel: The Motion Hearing has been set for 7/12/2005 03:00 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Simeone, Maria) (Entered: 06/24/2005) |
| 06/29/2005 | ❑ | PLEASE NOTE: At the request of counsel, the hearing previously scheduled for July 12, 2005 @ 2:00pm re: 45 MOTION to Dismiss for Lack of Jurisdiction, 47 MOTION to Compel, has been rescheduled for 7/20/2005 02:00 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Simeone, Maria) (Entered: 06/29/2005) |
| 06/30/2005 | ❑ | PLEASE NOTE The hearing of Hearing on Motion 45 MOTION to Dismiss for Lack of Jurisdiction, 47 MOTION to Compel: has ben RESET at the request of counsel for 7/20/2005 02:00 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Simeone, Maria) (Entered: 06/30/2005) |
| 07/20/2005 | ❑ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin : Motion Hearing held on 7/20/2005 re 45 MOTION to Dismiss for Lack of Jurisdiction filed by Moshe Hananel,, 47 MOTION to Compel filed by Moshe Hananel. Counsel state status of the case; the court suggests consenting for trial; The court hears oral argument on the motions from the parties; The court feels an evidentiary hearing may be necessary; The Motions are taken under advisement and the parties will be notified if an evidentiary hearing is necessary. (Court Reporter digital.) (Simeone, Maria) (Entered: 07/20/2005) |
| 07/21/2005 | ❑59 | MOTION for Leave to File post-hearing memorandum concerning evidentiary hearing by Moshe Hananel.(Simeone, Maria) (Entered: 07/22/2005) |
| 07/22/2005 | ❑58 | Letter/request (non-motion)Dated 07/22/2005 to Judge Sorokin from Albert P. Zabin regarding Mr. James A.G. Hamilton, Esq.'s Motion for leave to file Post-Hearing Memorandum (York, Steve) (Entered: 07/22/2005) |
| 07/22/2005 | ❑60 | Magistrate Judge Leo T. Sorokin : ORDER entered. After consideration and in light of counsel's comments at oral argument on the Renewed Motion to Dismiss, I do not intend to hold an evidentiary hearing. Instead, the parties are ORDERED to file supplemental affidavits. Both parties are to |

| | | |
|---|---|---|
| | | file their affidavits by the close of business on August 5, 2005. The parties are not to file either subsequent reply affidavits or any further briefing except as noted below. The Defendant's Motion for Leave to File Post-Hearing Memorandum is, reluctantly, allowed. Plaintiff may file a Post Hearing Memorandum not to exceed four pages in length (i.e. the length of defendant's submission) by July 29, 2005.(Simeone, Maria) (Entered: 07/22/2005) |
| 07/25/2005 | 61 | POST HEARING MEMORANDUM by Moshe Hananel. (Attachments: # 1 ex 1# 2 ex 2)(Simeone, Maria) (Entered: 07/25/2005) |
| 08/05/2005 | 62 | AFFIDAVIT of Stephen J. O'Connor in response to the order of Magistrate Judge Sorokin re 60 Order,,. (Attachments: # 1 Exhibit)(York, Steve) (Entered: 08/08/2005) |
| 08/05/2005 | 63 | AFFIDAVIT of Paul G. Roberts in response to the order of Magistrate Judge Sorokin, re 60 Order,,. (Attachments: # 1 Exhibit)(York, Steve) (Entered: 08/08/2005) |
| 08/05/2005 | 64 | Fifth AFFIDAVIT of Moshe Hananel in Support re 6 MOTION to Dismiss for Lack of Jurisdiction filed by Moshe Hananel. (Attachments: # 1 Exhibit)(York, Steve) (Entered: 08/08/2005) |
| 08/11/2005 | 65 | MOTION to Strike 62 Affidavit of Stephen O'Connor and 63 Affidavit of Paul Robert. Filed, by Moshe Hananel.(York, Steve) (Entered: 08/11/2005) |
| 08/11/2005 | 66 | MOTION of Hananel for Leave to Supplement Record in the Alternative by Moshe Hananel.(York, Steve) (Entered: 08/11/2005) |
| 08/17/2005 | 67 | Judge Leo T. Sorokin : ORDER entered permitting supplemental affidavits and limited additional briefing as set forth in the Court's Order.(Sorokin, Leo) (Entered: 08/17/2005) |
| 08/17/2005 | 68 | Letter from Atty Zabin to Magistrate Judge Sorokin in response to Mr. Hamiltons most recent motion. (Simeone, Maria) (Entered: 08/18/2005) |
| 08/18/2005 | 69 | Magistrate Judge Leo T. Sorokin : ORDER entered; In light of Defendant's Motion to Strike (Docket #65) and Defendant's Motion for Leave to Supplement the Record (Docket #66), the terms of the Court's July 22nd Order, the responses to that |

| | | |
|---|---|---|
| | | Order and the Plaintiff's August 16, 2005 letter the Court enters the following Orders; The defendant is granted leave to file further evidence responding to the O'Connor Affidavit by no later than August 26, 2005. This submission shall NOT include further briefing. Plaintiff shall file his response to the Motion to Strike by August 29th. This response shall not exceed four pages. Defendant has leave to file a reply memo not to exceed three pages by September 2, 2005. (Simeone, Maria) (Entered: 08/18/2005) |
| 08/19/2005 | ◑ | Motions terminated: 41 MOTION to Strike Part II and III of the Brief of the Defendant Filed 1/18/05, Entitled Supplementary Memorandum of Hananel in Support of Motion to Dismiss for Forum Non Conveniens filed by Sheldon G. Adelson. (Lindsay, Reginald) (Entered: 08/19/2005) |
| 08/29/2005 | ◑70 | RESPONSE to Motion re 65 MOTION to Strike 62 Affidavit, 63 Affidavit filed by Sheldon G. Adelson. (York, Steve) (Entered: 08/29/2005) |
| 08/30/2005 | ◑ | Motions terminated for statistical purposes: 54 MOTION for Leave to File filed by Moshe Hananel,, 59 MOTION for Leave to File filed by Moshe Hananel,. (Simeone, Maria) (Entered: 08/30/2005) |
| 08/30/2005 | ◑71 | Sixth AFFIDAVIT of Moshe Hananel in Support re 6 MOTION to Dismiss for Lack of Jurisdiction, 8 MOTION to Dismiss. (Attachments: # 1 # 2 # 3 # 4 # 5)(Simeone, Maria) (Entered: 08/30/2005) |
| 09/06/2005 | ◑72 | Reply Memorandum of Hananel (Order of August 22) by Moshe Hananel. (York, Steve) (Entered: 09/06/2005) |
| 09/08/2005 | ◑73 | Letter from Albert Zabin to Magistrate Judge Sorokin inquiring as to whether affidavits are needed regarding discovery of the document establishing the participation of Mr. Hanel in a meeting of IPI (Simeone, Maria) (Entered: 09/08/2005) |
| 09/30/2005 | ◑74 | AFFIDAVIT of Moshe Hananel by Moshe Hananel. (Attachments: # 1 Exhibit)(York, Steve) (Entered: 09/30/2005) |
| 10/26/2005 | ◑75 | Letter to Magistrate Judge Sorokin requesting a time frame for the decision from Albert Zabin. (Simeone, Maria) (Entered: 10/31/2005) |
| | | |

| 10/28/2005 | 76 | Letter to Magistrate Judge Sorokin stating unauthorized concern by Mr. Zabin in his letter dated 10/26/05 from James A. G.Hamilton. (Simeone, Maria) (Entered: 10/31/2005) |
|---|---|---|
| 10/31/2005 | 77 | Magistrate Judge Leo T. Sorokin : ORDER entered; Plainly, the Motion is untimely. Under Fed. R. Civ. P. 16(b), the Court's scheduling order cannot be modified without leave of court; moreover, a scheduling order "shall not be modified except upon a showing of good cause." Neither in the Motion nor the supporting memorandum does the defendant seek leave for an enlargement of the discovery period, nor does the defendant request leave to late file the motion to compel or explain, in any way, why the motion to compel is untimely. WHEREFORE, the Motion to Compel 47 is denied. (Simeone, Maria) (Entered: 10/31/2005) |
| 10/31/2005 | 78 | Magistrate Judge Leo T. Sorokin : ORDER entered. REPORT AND RECOMMENDATIONS; WHEREFORE, I recommend that the Court DENY the Motion to Dismiss for Lack of Personal Jurisdiction (Docket #45) as to Count I and ALLOW the Motion as to Counts II, III and IV of the Complaint. (Simeone, Maria) (Entered: 10/31/2005) |
| 11/10/2005 | 79 | Objection to 78 REPORT AND RECOMMENDATIONS re 65 MOTION to Strike 62 Affidavit, 63 Affidavit filed by Moshe Hananel,, 45 MOTION to Dismiss for Lack of Jurisdiction filed by Moshe Hananel, by Moshe Hananel. (Hamilton, James) (Entered: 11/10/2005) |
| 11/21/2005 | ❍ | Case no longer referred to Magistrate Judge Leo T. Sorokin. (Simeone, Maria) (Entered: 11/21/2005) |
| 11/28/2005 | 80 | Response by Sheldon G. Adelson to 79 Objection. (Attachments: # 1 Exhibit A part 1# 2 Exhibit A part 2# 3 Exhibit A part 3)(York, Steve) (Entered: 11/29/2005) |
| 11/29/2005 | ❍ | Judge Reginald C. Lindsay : Electronic ORDER ENTERED ADOPTING REPORT AND RECOMMENDATIONS OF JUDGE SOROKIN as to 45 Renewed Motion to Dismiss for Lack of Personal Jurisdiction filed by Moshe Hananel. Action on motion: GRANTED as to counts II, III, and IV of the complaint; DENIED as to count I. The clerk shall set this matter for a prompt scheduling conference.(Lindsay, Reginald) (Entered: 11/29/2005) |
| 11/30/2005 | 81 | NOTICE of Scheduling Conference Scheduling Conference set |

| | | |
|---|---|---|
| | | for 12/29/2005 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 11/30/2005) |
| 11/30/2005 | 🔵 | Judge Reginald C. Lindsay : Electronic ORDER entered finding as moot 65 MOTION to Strike 62 Affidavit of Stephen O'Connor and 63 Affidavit of Paul Robert, filed by Moshe Hananel. (Lindsay, Reginald) (Entered: 11/30/2005) |
| 12/08/2005 | 82 | MOTION for Letters Rogatory by Sheldon G. Adelson.(York, Steve) (Entered: 12/12/2005) |
| 12/08/2005 | 83 | Request for International Judicial Assistance (York, Steve) (Entered: 12/12/2005) |
| 12/13/2005 | 84 | Assented to MOTION for Extension of Time to December 23, 2005 to to Answer by Moshe Hananel.(Hamilton, James) (Entered: 12/13/2005) |
| 12/13/2005 | 85 | MOTION for Issuance of Letters Rogatory by Sheldon G. Adelson.(York, Steve) (Entered: 12/14/2005) |
| 12/13/2005 | 86 | Request for International Judicial Assistance. (York, Steve) (Entered: 12/14/2005) |
| 12/14/2005 | 🔵 | Judge Reginald C. Lindsay : Electronic ORDER entered granting 84 Motion for Extension of Time to December 23, 2005 to to Answer by Moshe Hananel (Hourihan, Lisa) (Entered: 12/14/2005) |
| 12/15/2005 | 87 | MOTION to Dismiss *(Renewed) for Forum Non Conveniens* by Moshe Hananel.(Hamilton, James) (Entered: 12/15/2005) |
| 12/15/2005 | 88 | MEMORANDUM in Support re 87 MOTION to Dismiss *(Renewed) for Forum Non Conveniens* filed by Moshe Hananel. (Hamilton, James) (Entered: 12/15/2005) |
| 12/15/2005 | 89 | AFFIDAVIT in Support re 87 MOTION to Dismiss *(Renewed) for Forum Non Conveniens Seventh Affidavit of Moshe Hananel in Support of Renewed Motion to Dismiss for Forum Non Conveniens and Motion to Postpone Commencement of Discovery.* (Hamilton, James) (Entered: 12/15/2005) |
| 12/15/2005 | 90 | MOTION for Extension of Time to Postpone Commencement of Discovery Until Decision on Forum Non Conveniens by Moshe Hananel.(Hamilton, James) (Entered: 12/15/2005) |
| 12/15/2005 | 91 | CERTIFICATE OF CONSULTATION re 90 MOTION for Extension of Time to Postpone Commencement of Discovery |

| | | |
|---|---|---|
| | | Until Decision on Forum Non Conveniens by James A.G. Hamilton on behalf of Moshe Hananel, Moshe Hananel by on behalf of Moshe Hananel, Moshe Hananel. Related document: 90 MOTION for Extension of Time to Postpone Commencement of Discovery Until Decision on Forum Non Conveniens filed by Moshe Hananel,.(Hamilton, James) (Entered: 12/15/2005) |
| 12/20/2005 | 92 | MOTION for Extension of Time *(Further) to Answer*. (Hamilton, James) (Entered: 12/20/2005) |
| 12/20/2005 | 93 | CERTIFICATE OF CONSULTATION re 92 MOTION for Extension of Time *(Further) to Answer* by James A.G. Hamilton on behalf of Moshe Hananel. (Hamilton, James) (Entered: 12/20/2005) |
| 12/20/2005 | 94 | Opposition re 82 MOTION for Issuance of Letters Rogatory *(SOU)*. (Hamilton, James) (Entered: 12/20/2005) |
| 12/20/2005 | 95 | Opposition re 85 MOTION for Issuance of Letters Rogatory *(HO)* filed by Moshe Hananel. (Hamilton, James) (Entered: 12/20/2005) |
| 12/23/2005 | 96 | Proposed Document submitted by Sheldon G. Adelson. Proposed Pre-Trial Schedule for Scheduling Conference. (York, Steve) (Entered: 12/27/2005) |
| 12/28/2005 | ● | Judge Reginald C. Lindsay : Electronic ORDER entered. ORDER Cancelling Deadline. The Scheduling Conference set for 12/29/05 is hereby CANCELLED. A new date will be set once the motion to dismiss has been decided, if necessary. (Hourihan, Lisa) (Entered: 12/28/2005) |
| 12/28/2005 | 97 | Judge Reginald C. Lindsay : ORDER entered. REFERRING MOTION 87 MOTION to Dismiss *(Renewed) for Forum Non Conveniens* filed by Moshe Hananel, to Magistrate Judge Leo T. Sorokin(York, Steve) (Entered: 12/28/2005) |
| 12/28/2005 | 98 | MOTION for Issuance of Letters Rogatory by Sheldon G. Adelson.(York, Steve) Additional attachment(s) added on 12/28/2005 (York, Steve). (Entered: 12/28/2005) |
| 12/28/2005 | 99 | MOTION for Issuance of Letters Rogatory by Sheldon G. Adelson. (Attachments: # 1 Request for International Judicial Assistance)(York, Steve) (Entered: 12/28/2005) |
| 12/28/2005 | 100 | Letter from Frank Levy to Jim stating that pltfs resonse is due |

| | | |
|---|---|---|
| | | Friday Dec 30, 2005. (Simeone, Maria) (Entered: 12/30/2005) |
| 12/30/2005 | 101 | Cross Motion of the Plaintiff, Sheldon Adelson for Summary Judgment by Sheldon G. Adelson.(York, Steve) Additional attachment(s) added on 1/4/2006 (York, Steve). (Entered: 01/04/2006) |
| 12/30/2005 | 102 | Plaintiff's Brief in Support re 101 MOTION for Summary Judgment filed by Sheldon G. Adelson. (York, Steve) (Entered: 01/04/2006) |
| 12/30/2005 | 103 | MOTION To refer Cross Motion for Summary Judgment to Magestrate Judge Sorokin by Sheldon G. Adelson.(York, Steve) (Entered: 01/04/2006) |
| 12/30/2005 | 104 | Plaintiff Statement of Uncontested Facts. (York, Steve) Additional attachment(s) added on 1/4/2006 (York, Steve). (Entered: 01/04/2006) |
| 12/30/2005 | 105 | CERTIFICATE OF SERVICE by Sheldon G. Adelson. (York, Steve) (Entered: 01/04/2006) |
| 12/30/2005 | 106 | Opposition of Plaintiff re 87 MOTION to Dismiss *(Renewed) for Forum Non Conveniens* and Brief in support of Plaintiff's Motion for Sanctions for the Defendant's Fraud on the Court filed by Sheldon G. Adelson. (Attachments: # 1 Exhibit)(York, Steve) (Entered: 01/04/2006) |
| 12/30/2005 | 107 | Plaintiff's Revised Initial Disclosure by Moshe Hananel.(York, Steve) Additional attachment(s) added on 8/10/2006 (York, Steve). (Entered: 01/04/2006) |
| 01/03/2006 | 108 | AFFIDAVIT of Dr. Avigdor Klagsbald by Sheldon G. Adelson. (York, Steve) (Entered: 01/04/2006) |
| 01/05/2006 | 109 | Judge Reginald C. Lindsay : ORDER entered. REFERRING MOTION 101 Cross Motion for Summary Judgment filed by Sheldon G. Adelson, to Magistrate Judge Leo T. Sorokin (York, Steve) (Entered: 01/05/2006) |
| 01/06/2006 | 110 | Judge Reginald C. Lindsay : ORDER entered. REFERRING MOTION 82 MOTION for Issuance of Letters Rogatory filed by Sheldon G. Adelson,, 92 MOTION for Extension of Time *(Further) to Answer*, 85 MOTION for Issuance of Letters Rogatory filed by Sheldon G. Adelson, to Magistrate Judge Leo T. Sorokin(York, Steve) (Entered: 01/06/2006) |
| 01/11/2006 | 111 | MOTION for Leave to File *Reply Memorandum In Support of* |

| | | |
|---|---|---|
| | | *Hananel's Renewed Motion To Dismiss For Forum Non Conveniens* by Moshe Hananel.(Hamilton, James) (Entered: 01/11/2006) |
| 01/11/2006 | 112 | REPLY to Response to Motion re 87 MOTION to Dismiss *(Renewed) for Forum Non Conveniens* filed by Moshe Hananel. (Hamilton, James) (Entered: 01/11/2006) |
| 01/11/2006 | 113 | Eighth AFFIDAVIT of Moshe Hananel (8th) in Support re 87 MOTION to Dismiss *(Renewed) for Forum Non Conveniens* filed by Moshe Hananel. (Hamilton, James) (Entered: 01/11/2006) |
| 01/11/2006 | 114 | MOTION to Strike *Affidavits of Leibovitz and Klagsbald attached to Plaintiff's Opposition No. 106* by Moshe Hananel. (Hamilton, James) (Entered: 01/11/2006) |
| 01/11/2006 | 115 | MOTION for Extension of Time to after decision on motion to dismiss to respond to motion for summary judgment by Moshe Hananel.(Hamilton, James) (Entered: 01/11/2006) |
| 01/11/2006 | 116 | Opposition re 98 MOTION for Issuance of Letters Rogatory *re Richard Suen* filed by Moshe Hananel. (Hamilton, James) (Entered: 01/11/2006) |
| 01/11/2006 | 117 | Opposition re 99 MOTION for Issuance of Letters Rogatory *re George Zhang* filed by Moshe Hananel. (Hamilton, James) (Entered: 01/11/2006) |
| 01/19/2006 | 118 | MEMORANDUM in Opposition re 115 MOTION for Extension of Time to after decision on motion to dismiss to respond to motion for summary judgment filed by Sheldon G. Adelson. (Simeone, Maria) (Entered: 01/19/2006) |
| 01/20/2006 | | Magistrate Judge Leo T. Sorokin : Electronic ORDER entered granting 115 Motion for Extension of Time; The Motion to Continue the date for filing defendant's opposition to plaintiff's motion for summary judgment is ALLOWED; the opposition, if necessary, is due fourteen days after the decision of the District Judge on the Report and Recommendation to be issued on Defendant's pending Motion to Dismiss. (Simeone, Maria) (Entered: 01/20/2006) |
| 01/20/2006 | | ELECTRONIC NOTICE of Hearing on Motion 114 MOTION to Strike *Affidavits of Leibovitz and Klagsbald attached to Plaintiff's Opposition No. 106*, 87 MOTION to Dismiss *(Renewed) for Forum Non Conveniens*: Motion Hearing set for |

| | | |
|---|---|---|
| | | 1/27/2006 02:00 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Simeone, Maria) (Entered: 01/20/2006) |
| 01/24/2006 | ◕L19 | MOTION for Leave to File *Substitute Affidavits* by Sheldon G. Adelson. (Attachments: # 1 Affidavit of Avi Nitzan# 2 Affidavit of Mr. Hagay Leibovitz# 3 Affidavit of Mr. Yehiel Sabag# 4 Affidavit of Dr. Avigdor Klagsbald)(Levy, Franklin) (Entered: 01/24/2006) |
| 01/25/2006 | ◕ | Magistrate Judge Leo T. Sorokin : Electronic ORDER entered granting 119 Motion for Leave to File. Counsel using the Electronic Case Files system should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. (Simeone, Maria) (Entered: 01/25/2006) |
| 01/25/2006 | ◕120 | AFFIDAVIT of Mr. Hagay Leibovitz re 106 Opposition to Motion, *To Dimiss* by Sheldon G. Adelson. (Levy, Franklin) Additional attachment(s) added on 1/25/2006 (York, Steve). (Entered: 01/25/2006) |
| 01/25/2006 | ◕121 | AFFIDAVIT of Dr. Avigdor Klabsbald re 106 Opposition to Motion, *To Dimiss* by Sheldon G. Adelson. (Levy, Franklin) (Entered: 01/25/2006) |
| 01/25/2006 | ◕122 | MOTION for Leave to File *Rebuttal Brief* by Sheldon G. Adelson.(Levy, Franklin) (Entered: 01/25/2006) |
| 01/25/2006 | ◕123 | MEMORANDUM in Opposition re 122 MOTION for Leave to File *Rebuttal Brief* filed by Sheldon G. Adelson. (Attachments: # 1 Exhibit 1 - Part I - Aff of Sabag# 2 Exhibit 1 Part III - Aff of Nitzan# 3 Exhibit 2 - Israeli Court Order) (Levy, Franklin) (Entered: 01/25/2006) |
| 01/25/2006 | ◕124 | NOTICE by Sheldon G. Adelson re 123 Memorandum in Opposition to Motion, *Notice of Filing with Clerk's Office* (Levy, Franklin) (Entered: 01/25/2006) |
| 01/27/2006 | ◕125 | MOTION to Strike 123 Memorandum in Opposition to Motion, *Exhibits Consisting of Affidavits of Nitzan and Sabag; motion includes 9th Affidavit of Hananel and Affidavit of Tichon as Exhs. 1 and 2* by Moshe Hananel.(Hamilton, James) (Entered: 01/27/2006) |
| 01/27/2006 | ◕ | ElectronicClerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin : Motion Hearing held on 1/27/2006 re 114 MOTION to Strike, 87 MOTION to Dismiss; Court holds |

| | | |
|---|---|---|
| | | oral argument on the motions; Court states for the record docket #-111 Motion for leave to file- allowed; #122-Motion for leave to file rebuttal-allowed; #119-Motion to substitute-Allowed; Court requests copies of 2001 and 2003 Israeli complaints; A 2pg response to the 2003 complaint can be filed by 3/1/06; Both motions to strike will be reviewed and the court takes the matter under advisement(Digital Recording #d.) (Simeone, Maria) (Entered: 01/27/2006) |
| 01/30/2006 | 126 | MOTION for Leave to File *Supplement to Record* by Sheldon G. Adelson. (Attachments: # 1 Affidavit Notice of the Filing of an Affidavit in Lieu of Direct Examination# 2 Affidavit Notice to the Court# 3 Affidavit Affidavit of Varant Hagopian, M.D.# 4 Affidavit Confirmation of Affidavits by Plaintiff)(Zabin, Albert) (Entered: 01/30/2006) |
| 01/30/2006 | 127 | NOTICE by Sheldon G. Adelson re 126 MOTION for Leave to File *Supplement to Record of Filing with Clerk's Office* (Zabin, Albert) (Entered: 01/30/2006) |
| 01/31/2006 | 128 | Exhibits Filed. (Attachments: # 1 part 2# 2 part 3# 3 part 4# 4 part 5)(York, Steve) (Entered: 01/31/2006) |
| 02/01/2006 | 129 | Supplemental REPLY to Response to Motion re 87 MOTION to Dismiss *(Renewed) for Forum Non Conveniens (Supplement ordered by Court on Jan. 27,2006 including courtesy copies of previously filed documents)* filed by Moshe Hananel. (Hamilton, James) (Entered: 02/01/2006) |
| 02/02/2006 | 130 | Letter/request (non-motion) from Albert P. Zabin on behalf of Plaintiff. (Attachments: # 1 Excerpt from 2003 Complaint filed in Israel)(Zabin, Albert) (Entered: 02/02/2006) |
| 02/02/2006 | ⬤ | Judge Leo T. Sorokin : Electronic ORDER entered. Despite a review of the entire file in this action, the Court has not located a copy of the 2001 Complaint filed in Israel by defendant Hannel. In addition, it does not appear among the submissions made by the parties after the January 27, 2006 motion hearing. Accordingly, the parties are directed to file either (1) a copy of the document in English by the close of business February 6, 2006 or (2) a statement directing the Court to the docket number and exhibit letter identifying the document within the Court's file. If the document exists only in Hebrew, then the parties may so inform the Court instead of arranging a translation. The parties are not to file further briefing on the |

| | | |
|---|---|---|
| | | Motion to Dismiss.(Sorokin, Leo) (Entered: 02/02/2006) |
| 02/03/2006 | 131 | Letter from James A.G. Hamilton. (York, Steve) (Entered: 02/07/2006) |
| 02/23/2006 | | Motions terminated: 92 MOTION for Extension of Time 122 MOTION for Leave to File 126 MOTION for Leave to File 111 MOTION for Leave to File. (Simeone, Maria) (Entered: 02/23/2006) |
| 03/10/2006 | 132 | MOTION for Leave to File *Notice Of Appellate Decision In Israeli Proceedings* by Moshe Hananel.(Hamilton, James) (Entered: 03/10/2006) |
| 03/20/2006 | 133 | Opposition re 132 MOTION for Leave to File *Notice Of Appellate Decision In Israeli Proceedings* filed by Sheldon G. Adelson. (Attachments: # 1 Exhibit A)(Zabin, Albert) (Entered: 03/20/2006) |
| 03/22/2006 | 134 | *Hananel's response to question re Israeli appellate decision -* Letter/request (non-motion) from James Hamilton. (Hamilton, James) (Entered: 03/22/2006) |
| 03/28/2006 | 135 | Magistrate Judge Leo T. Sorokin : ORDER entered. REPORT AND RECOMMENDATIONS re: Defendant has filed a renewed Motion to Dismiss for forum non-conveniens (docket #45). In response to an Order of Reference (docket #50), I recommend that Defendant's Motion be ALLOWED. (Simeone, Maria) (Entered: 03/28/2006) |
| 04/07/2006 | 136 | MOTION for Leave to Appear Pro Hac Vice by Andrew H. Schapiro Filing fee $ 50, receipt number 71651. by Sheldon G. Adelson. (Attachments: # 1 Affidavit)(York, Steve) (Entered: 04/07/2006) |
| 04/07/2006 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 136 Motion for Leave to Appear Pro Hac Vice Added Andrew H Schapiro for Sheldon G. Adelson (York, Steve) (Entered: 04/07/2006) |
| 04/11/2006 | 137 | Objection to 135 REPORT AND RECOMMENDATIONS re 132 MOTION for Leave to File *Notice Of Appellate Decision In Israeli Proceedings* filed by Moshe Hananel,, 45 MOTION to Dismiss for Lack of Jurisdiction filed by Moshe Hananel,, 125 MOTION to Strike 123 Memora by Sheldon G. Adelson. (Levy, Franklin) (Entered: 04/11/2006) |
| | | |

| 04/12/2006 | 138 | Assented to MOTION for Extension of Time to 5/2/06 to File Response/Reply as to 137 Objection, by Moshe Hananel. (Hamilton, James) (Entered: 04/12/2006) |
| --- | --- | --- |
| 04/24/2006 |  | Judge Reginald C. Lindsay : Electronic ORDER entered granting 138 Motion for Extension of Time to File Response/Reply re 135 REPORT AND RECOMMENDATIONS re 132 MOTION for Leave to File *Notice Of Appellate Decision In Israeli Proceedings* filed by Moshe Hananel,, 45 MOTION to Dismiss for Lack of Jurisdiction filed by Moshe Hananel,, 125 MOTION to Strike 123 Memora Responses due by 5/2/2006 (Hourihan, Lisa) (Entered: 04/24/2006) |
| 04/28/2006 | 139 | AMENDED COMPLAINT against Moshe Hananel, filed by Sheldon G. Adelson. (Attachments: # 1 Exhibit A)(Levy, Franklin) (Entered: 04/28/2006) |
| 04/28/2006 | 140 | MEMORANDUM OF LAW by Sheldon G. Adelson to 139 Amended Complaint. (Attachments: # 1 Exhibit A)(Levy, Franklin) (Entered: 04/28/2006) |
| 05/02/2006 | 141 | REPLY TO OBJECTION to 135 Report and Recommendations filed by Moshe Hananel. (Hamilton, James) (Entered: 05/02/2006) |
| 05/04/2006 | 142 | OBJECTION to 135 Report and Recommendations *Reply in Further Support of Objection* filed by Sheldon G. Adelson. (Levy, Franklin) (Entered: 05/04/2006) |
| 05/11/2006 | 143 | MOTION to Dismiss *First Amended Complaint* by Moshe Hananel.(Hamilton, James) (Entered: 05/11/2006) |
| 05/11/2006 | 144 | MEMORANDUM in Support re 143 MOTION to Dismiss *First Amended Complaint* filed by Moshe Hananel. (Hamilton, James) (Entered: 05/11/2006) |
| 05/12/2006 | 145 | Judge Reginald C. Lindsay : ORDER entered. REFERRING MOTION 87 MOTION to Dismiss *(Renewed) for Forum Non Conveniens* filed by Moshe Hananel,, 101 MOTION for Summary Judgment filed by Sheldon G. Adelson, to Magistrate Judge Leo T. Sorokin(York, Steve) Additional attachment(s) added on 5/15/2006 (York, Steve). (Entered: 05/12/2006) |
| 05/12/2006 | 146 | Judge Reginald C. Lindsay : ORDER entered. REFERRING MOTION 82 MOTION for Issuance of Letters Rogatory filed |

| | | |
|---|---|---|
| | | by Sheldon G. Adelson,, 98 MOTION for Issuance of Letters Rogatory filed by Sheldon G. Adelson,, 99 MOTION for Issuance of Letters Rogatory filed by Sheldon G. Adelson,, 85 MOTION for Issuance of Letters Rogatory filed by Sheldon G. Adelson, to Magistrate Judge Leo T. Sorokin(York, Steve) Additional attachment(s) added on 5/15/2006 (York, Steve). (Entered: 05/12/2006) |
| 05/15/2006 | ● | Notice of correction to docket made by Court staff. Correction: Docket entries 145 and 146 was incorrectly docketed and has been remove for the docket sheet. Magistrate Judge Sorokin has previously issued an Order on Report and Recommendation re 135.(York, Steve) (Entered: 05/15/2006) |
| 05/17/2006 | ●147 | MOTION for Leave to File *ISRAELI SUPREME COURT DISMISSAL OF ADELSON?S APPEAL* by Moshe Hananel. (Hamilton, James) (Entered: 05/17/2006) |
| 05/24/2006 | ●148 | RESPONSE to Motion re 147 MOTION for Leave to File *ISRAELI SUPREME COURT DISMISSAL OF ADELSON?S APPEAL* filed by Sheldon G. Adelson. (Levy, Franklin) (Entered: 05/24/2006) |
| 05/24/2006 | ●149 | Opposition re 143 MOTION to Dismiss *First Amended Complaint* filed by Sheldon G. Adelson. (Levy, Franklin) (Entered: 05/24/2006) |
| 07/10/2006 | ●150 | NOTICE of Change of Address by James A.G. Hamilton (Hamilton, James) (Entered: 07/10/2006) |
| 07/18/2006 | ● | Judge Reginald C. Lindsay : Electronic ORDER ADOPTING REPORT AND RECOMMENDATIONS with respect to 45 and 87 Motions to Dismiss/Lack of Jurisdiction filed by Moshe Hananel. Action on motion: The motions to dismiss on grounds of forum non conveniens are granted. The clerk shall enter judgment dismissing this action on grounds of forum non conveniens and shall terminate this case on the court's docket. (Lindsay, Reginald) (Entered: 07/18/2006) |
| 07/19/2006 | ●151 | Judge Reginald C. Lindsay : ORDER entered. JUDGMENT in favor of defendant against plaintiff(Hourihan, Lisa) (Entered: 07/19/2006) |
| 07/19/2006 | ●152 | NOTICE OF APPEAL as to 151 Judgment by Sheldon G. Adelson. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court |

| | | of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 8/8/2006. (Levy, Franklin) Modified on 7/20/2006 (York, Steve).(filing fee not paid) (Entered: 07/19/2006) |
|---|---|---|
| 07/21/2006 | ❍ | Filing fee: $ 455, receipt number 73863 (York, Steve) (Entered: 07/21/2006) |
| 08/02/2006 | ❍153 | *Cross Appeal of Nov. 29, 2005 Order Re Count 1 only -* NOTICE OF CROSS APPEAL as to Order Adopting Report and Recommendations, by Moshe Hananel. Filing fee $ 455. Appeal Record due by 8/22/2006. (Hamilton, James) (Entered: 08/02/2006) |
| 08/03/2006 | ❍ | Filing fee: $ 455, receipt number 74160 for 153 Notice of Cross Appeal (York, Steve) (Entered: 08/03/2006) |