# United States Court of Appeals
## For the First Circuit

Nos. 06-2281, 06-2282

SHELDON G. ADELSON,

Plaintiff-Appellant/Cross-Appellee,

v.

MOSHE HANANEL,

Defendant-Appellee/Cross-Appellant.

**JUDGMENT**

Entered: December 5, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court denying the motion to dismiss for lack of personal jurisdiction is affirmed, and the judgment dismissing for <u>forum non conveniens</u> is reversed. Costs are awarded to Sheldon G. Adelson.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 1/16/08

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[Certified copies to Hon. Reginald C. Lindsay and Ms. Sarah C. Thornton, Clerk, United States District Court for the District of Massachusetts. Copies to Mr. Levy, Mr. Zabin, Mr. Shapiro & Mr. Hamilton.]