MAYER·BROWN

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel (212) 506-2500
Main Fax (212) 262-1910
www.mayerbrown.com

January 22, 2008

**Andrew H. Schapiro**
Direct Tel (212) 506-2672
Direct Fax (212) 849-5672
aschapiro@mayerbrown.com

BY ECF

The Honorable Reginald C. Lindsay
United States District Court
  for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA  02210

Re:     *Adelson v. Hananel* (04-CV-10357)

Your Honor:

We represent Plaintiff Sheldon G. Adelson in the above-captioned case. On January 16, the First Circuit issued a mandate returning the case to this court. Hananel's answer is now due on January 31, ten business days after the denial of his motions to dismiss. *See* Rule 12(a)(4)(A).

We request that the court convene a Local Rule 16.1(a) scheduling conference at its earliest convenience. Local Rule 16.1(a) provides that such a conference should be convened "as soon as practicable, but in any event within ninety (90) days after the appearance of a defendant."

Respectfully submitted,


/s/ Andrew H. Schapiro


cc:     James A.G. Hamilton, Esq. (by ECF)

Mayer Brown LLP operates in combination with our associated English limited liability partnership.