IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON,<br>Plaintiff, | Civil Action No. |
| v. | **04-cv-10357-RCL** |
| MOSHE HANANEL,<br>Defendant. | |

**MOTION OF HANANEL TO STAY PROCEEDINGS AND RULE 7.1 CERTIFICATION**

The undersigned hereby certifies that the conference required by Local Rule 7.1(A)(2) occurred by e-mail between James A.G. Hamilton and Andrew Schapiro on January 25, 2008, without agreement.

**Motion to Stay Proceedings**

Defendant Moshe Hananel ("Hananel") respectfully moves the Court to Stay Proceedings pending the final judgment in the District Labor Court of Tel Aviv-Jaffa [Israel] No. LB 006245/01, currently at trial in Israel. As grounds, Hananel offers a Memorandum in Support of his Motion to Stay Proceedings and Hananel's Twelfth Affidavit filed herewith.

WHEREFORE, the Court should stay proceedings pending the final judgment in the District Labor Court No. LB 006245/01.

James A.G. Hamilton, BBO #218760
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 28, 2008.

/s/ James A.G. Hamilton
James A.G. Hamilton

J:\Docs\31216\00002\01211436.DOC