IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SHELDON G. ADELSON,<br>Plaintiff, | )<br>)<br>) | Civil Action No. |
| v. | )<br>)<br>) | **04-cv-10357-RCL** |
| MOSHE HANANEL,<br>Defendant. | )<br>)<br>)<br>) |  |

**MOTION OF HANANEL TO SUPPLEMENT RECORD WITH CONTRARY TESTIMONY IN ISRAEL**

Defendant Moshe Hananel ("Hananel") respectfully moves the Court to allow supplementation of the record in this action. The supplement consists of sworn testimony at trial of the Consolidated Israeli Action in Israel by Paul G. Roberts, Esq., filed simultaneously as an attachment to the 13th Affidavit of Moshe Hananel. The grounds are set forth in Hananel's Memorandum in Support filed herewith.

WHEREFORE he Court should allow the supplementation of the record with the testimony of Paul G. Roberts, Esq. in Israel on January 17, 2008.

Respectfully submitted,

James A.G. Hamilton, BBO #218760
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000

The undersigned hereby certifies that the conference required by Local Rule 7.1(A)(2) occurred by telephone between James A.G. Hamilton and Andrew Schapiro on February 6, 2008, without agreement.

2

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 6, 2008.

/s/ James A.G. Hamilton
James A.G. Hamilton

J:\Docs\31216\00001\01215551.DOC