IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON,<br>Plaintiff, | )<br>)<br>)<br>) Civil Action No.<br>)<br>) **04-cv-10357-RCL**<br>)<br>)<br>)<br>) |
| v. | |
| MOSHE HANANEL,<br>Defendant. | |

## THIRTEENTH AFFIDAVIT OF MOSHE HANANEL IN SUPPORT OF MOTION TO SUPPLEMENT RECORD WITH TESTIMONY IN ISRAEL

I, Moshe Hananel, depose and say:

1. I am the Defendant in the above action. I state the following facts of my own personal knowledge, except where stated to be on information and belief, and, as to such facts, I believe them to be true.

2. In my Twelfth Affidavit filed January 28, 2008 I have updated the Court of the progress of the consolidated Israeli action between myself and plaintiff Sheldon Adelson ("Adelson") and Adelson's wholly-owned, Israel-registered company Interface Partners International, Ltd. ("IPI"), which was commenced in August 2001 ("Consolidated Israeli Action"), and in which the Macau claim, the claim in the present action, is being determined.

3. The Israeli court produces a document called a Protocol which is the official record of testimony at hearings. A true copy of pages 143-158 of the Protocol covering the entire testimony on January 17, 2008 of Paul G. Roberts, Esq., a witness offered by Adelson and IPI, is attached as Exhibit 1. An accurate English translation of these pages is attached as Exhibit 2.

- 2 -

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to my personal knowledge, this __th day of January, 2008.

_____
Moshe Hananel

**Certificate of Service**
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 6, 2008.

/s/ James A.G. Hamilton

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to my personal knowledge, this 30th day of January, 2008.

                                                        _____
                                                        Moshe Hananel

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January __, 2008.

                                        /s/ James A.G. Hamilton