UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON,<br><br>              Plaintiff,<br><br>     v.<br><br>MOSHE HANANEL,<br><br>              Defendant. | **Civil Action No. 04-cv-10357-RCL (Sorokin, U.S.M.J.)**<br><br>**ECF Case** |

## MOTION FOR DEFAULT JUDGMENT

Plaintiff Sheldon G. Adelson respectfully moves this Court to grant default judgment in recognition of Defendant Moshe Hananel's failure to answer within the time prescribed by the Federal Rules of Civil Procedure, as detailed in the accompanying Declaration of Andrew H. Schapiro.

The undersigned hereby certifies that the conference required by Local Rule 7.1(a)(2) occurred by email between Christopher J. Houpt and Lawrence G. Green on February 15, 2008, without agreement.

WHEREBY, the Court should enter default judgment in favor of plaintiff.

February 15, 2008

Respectfully submitted,

/s/ Andrew H. Schapiro_____
MAYER BROWN LLP
Andrew H. Schapiro
1675 Broadway
New York, New York 10019
(212) 506-2500

*Attorneys for Plaintiff*
*Sheldon G. Adelson*

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Andrew H. Schapiro_____