IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON, ) | |
| Plaintiff, ) | Civil Action No. |
| ) | |
| v. ) | **04-cv-10357-RCL** |
| ) | |
| MOSHE HANANEL, ) | |
| Defendant. ) | |

**MOTION OF HANANEL FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO STAY**

Defendant Moshe Hananel ("Hananel") requests leave to submit the Reply Memorandum filed herewith to address Plaintiff Sheldon G. Adelson ("Adelson")'s Memorandum in Opposition to motion to stay proceedings and extend time to answer, Dkt. # 171 ("Opposition")..

The Reply Memorandum is necessary to point to record citations rebutting incorrect claims in the Opposition and to address inapposite citations to authority.

WHEREFORE, the Court should allow the filing of, and consider, the Reply Memorandum filed herewith.

MOSHE HANANEL
By His Attorneys,

Dated: February 22, 2008        /s/ Lawrence G. Green
                                James A. G. Hamilton (MA Bar # 218760)
                                Lawrence G. Green (MA Bar # 209060)
                                BURNS & L;EVINSON LLP
                                125 Summer Street
                                Boston, MA 02110
                                617-345-3000

- 2 -

<u>Rule 7.1 Certificate</u>

The undersigned hereby certifies that he emailed opposing counsel on February 22, 2008 at 12:14 p.m. to inquire whether there would be assent to this motion, and that no response has been received as of yet.

/s/ Lawrence G. Green

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 22, 2008.

/s/ Lawrence G. Green

J:\Docs\31216\00001\01218846.DOC