UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON, | |
| Plaintiff, | Civil Action No. |
| | 04-CV-10357-RCL (Sorokin, U.S.M.J.) |
| v. | |
| | ECF Case |
| MOSHE HANANEL, | |
| Defendant. | |

## PLAINTIFF'S STATEMENT PURSUANT TO
## FED. R. CIV. P. 16(b) and LOCAL RULE 16.1

Plaintiff Sheldon G. Adelson submits the following Statement pursuant to Fed. R. Civ. P. 16(b) and Local Rule 16.1. Adelson's counsel have conferred with counsel for Hananel. The position of Hananel's counsel is that any substantive discussions regarding a discovery schedule should be deferred until after a ruling on the Motion to Stay and Motion to Extend Time to Answer.

**(1)      Proposed Discovery Plan and Schedule for Filing Motions**

Adelson's proposed schedule for discovery and motions is appended below.

**(2)      Certification of Counsel**

Adelson's attorneys certify that they have conferred with their client about (a) establishing a budget for the costs of litigation (both full course and alternative courses) and (b) resolving this action by alternative dispute resolution.

**(3)      Trial By Magistrate Judge**

Adelson consents to trial by Magistrate Judge.

## PROPOSED DISCOVERY PLAN

| | |
|---|---|
| Last date for parties to serve the information identified in Fed. R. Civ. P. 26(a)(1) and L.R. 26.1(B). | March 14, 2008 |
| Last date for filing motion to amend pleadings. | April 11, 2008 |
| Close of fact discovery. | May 16, 2008 |
| Last date for filing of summary judgment motions. | May 30, 2008 |
| Last date for filing oppositions to summary judgment motions. | June 13, 2008 |
| Last date for filing replies in support of summary judgment motions. | June 20, 2008 |

February 22, 2008

Plaintiff,
SHELDON G. ADELSON
By His Attorneys,

/s/ Andrew H. Schapiro
Andrew H. Schapiro
Christopher J. Houpt
MAYER BROWN LLP
1675 Broadway
New York, NY 10019
(212) 506-2672

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 22, 2008.

/s/ Andrew H. Schapiro
Andrew H. Schapiro

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON, | |
| Plaintiff, | Civil Action No. 04-CV-10357-RCL (Sorokin, U.S.M.J.) |
| v. | ECF Case |
| MOSHE HANANEL, | |
| Defendant. | |

## <u>CERTIFICATION PURSUANT TO LOCAL RULE 16(d)(3)</u>

Pursuant to Local Rule 16(d)(3), Plaintiff Sheldon G. Adelson and his counsel, Andrew

H. Schapiro, attest that they have conferred:

    (a)    with a view to establishing a budget for the costs of conducting the full course —

and various alternative courses — of the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute

resolution programs such as those outlined in Local Rule 16.4.


February 22, 2008


                      Respectfully submitted,


                      /s/ Andrew H. Schapiro
                      MAYER BROWN LLP
                      Andrew H. Schapiro
                      Christopher J. Houpt
                      1675 Broadway
                      New York, New York  10019
                      (212) 506-2500

                      SHELDON G. ADELSON,
                      by his authorized representative:

/s/ Franklin H. Levy
Franklin H. Levy