IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON,<br>Plaintiff,<br><br>v.<br><br>MOSHE HANANEL,<br>Defendant. | Civil Action No.<br><br>**04-cv-10357-RCL** |

**DEFENDANT'S STATEMENT PURSUANT TO FED. R. CIV. P. 16
AND LOCAL RULE 16.1 (D)**

Defendant Moshe Hananel ("Hananel") submits the following statement pursuant to Fed. R. Civ. P. 16 and L.R. 16.1(D). Undersigned counsel conferred with Plaintiff's counsel on February 28, 2008, but were unable to agree on a proposed discovery plan.

1.  Defendant's Proposed Discovery And Motions Plan. Instead of the plan proposed by Plaintiff, Defendant proposes the following schedule:

| | |
|---|---|
| Initial Disclosure Completed | May 14; no discovery served before this date. |
| Filing motion to amend pleading | June 16, one month. |
| Close of fact discovery | July 15, 2009, 13 months. |
| Filing summary judgment motions | September 15, 2009 (60 days) |
| Opposition To summary judgment due | October 15, 2009 (30 days) |
| Reply in support of summary judgment | October 29, 2009 (14 days) |

2. **Certification of attorney-client conference concerning budget and alternative dispute resolution.** Defendant's counsel certify that they have conferred with Defendant with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4. Counsel is in the process of obtaining the signature of Defendant on this certification and will file it shortly.

|  |  |
|---|---|
|  | MOSHE HANANEL<br>By His Attorneys, |
| Dated: February 28, 2008 | /s/ James A. G. Hamilton<br>James A. G. Hamilton (MA Bar # 218760)<br>Lawrence G. Green (MA Bar # 209060)<br>BURNS & L;EVINSON LLP<br>125 Summer Street<br>Boston, MA 02110<br>617-345-3000 |

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 28, 2008.

/s/ James A. G. Hamilton

J:\Docs\31216\00001\01218846.DOC