# United States Court of Appeals
## For the First Circuit

Nos.   06-2281; 06-2282

SHELDON G. ADELSON,

Plaintiff - Appellant\Cross - Appellee,

v.

MOSHE HANANEL,

Defendant - Appellee\Cross - Appellant.

TAXATION OF COSTS

Entered: **March 13, 2008**
Pursuant to 1st Cir. R. 27.0(d)

Costs in favor of **Sheldon Adelson** are taxed as follows:

Reproduction of brief for Appellant/Cross-Appellee ...............$230.10

Reproduction of appendix                                   ...............$593.90

Docket Fee                                                 ...............$450.00

TOTAL...............$1274.00

Pursuant to Fed. R. App. P. 39 (d)(3), the district court is directed to add this taxation of costs to the mandate issued on **1/16/08.**

By the Court:
Richard Cushing Donovan, Clerk

**AMY B. LEDERER**

By:_____
Amy Lederer, Appeals Attorney

I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

1st CIRCUIT COURT OF APPEALS
BOSTON, MA

Date: 3/13/08

[Certified Copies: Sarah Allison Thornton, Clerk, United States District Court for the District of Massachusetts ]
[cc: Andrew Schapiro, Esq., Franklin Levy, Esq., Albert Zabin, James Hamilton, Esq.]