IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SHELDON G. ADELSON, <br> Plaintiff, <br><br> v. <br><br> MOSHE HANANEL, <br> Defendant. | ) <br> ) <br> ) Civil Action No. <br> ) <br> ) **04-cv-10357-RCL** <br> ) <br> ) <br> ) <br> ) |

# INITIAL DISCLOSURES OF MOSHE HANANEL

Defendant Moshe Hananel ("Hananel") makes the following initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

A.  The name, and, if known, the address and telephone number of each individual likely to have discoverable information that Hananel may use to support his defenses, unless solely for impeachment, identifying the subjects of the information, in addition to Mr. Hananel himself:

1.  Mrs. Huggatt Elhadad-

    10 Maapo St. Tel Aviv-Jaffa

    Adelson's contracting with Hananel in Israel (including before December 1995), Hananel's work, and other matters.

2.  Mr. Majali Wahaba-

    153 Beit G'an

    Hananel's work with Adelson on casino development and other matters.

3.  Mrs. Miriam Cohen

    65 Mendel St. Kiriat Kerinizi, Ramat Gan

    Adelson's contracting with Hananel in Israel, Hananel's work, and other matters.

4.  Alex Grinwald

13 Hatomer St. Givat Shemuel

Adelson's contracting with Hananel in Israel, Hananel's work, and other matters.

5. Max Blankstein-

1 Mevo Pal Yam St. Jerusalem

Hananel's work with Adelson on casino development and other matters (including before December 1995)..

6. Itach David

1130 Herzel St. Beith Shemesh

Hananel's work with Adelson (including before December 1995)..

7. Oded Efrat

41 Zofit St. Zofit

Hananel's work with Adelson on casino development and other matters.

8. Lees Arieh

5 Keren Hayesod St. Ramat Hasharon

Hananel's initiation of the Macau project and other matters.

9. Miro David-

645 Keren Hayesod St. Beith Shemesh

Hananel's work with Adelson on casino development, Hananel's initiation of Macau project, and other matters.

10. Koubi Ariel (Arik)

39-3228 Raleigh St.
Port Coquitlam, BCV3C3J5, Canada

Adelson's March 2000 visit to Macau and other matters.

- 3 -

11. Galit Kerner-

29 Harav Maor Yousef St. Rehovot

    Hananel's work for IPI, Galilee and Adelson

12. Mr. Dan Tichon-

    5 Hanamer St. Jerusalem

    Hananel's work with Adelson on casino development and other matters.


13. Mr. Avi Hefetz-

    22 Kanfey Nesharim st. Jerusalem 95464

    Hananel's work with Adelson on casino development and other matters.

14. Mr. Dermod Dwyer

    Dublin, Ireland

Hananel's work with Adelson on casino development and other matters.


15. Mrs. Kittie Chan

    Veng Fai, Macau Tel (853)972553

    Macau casino project.

16. Melnick Moshe-

    28 Bareket St. Ramat Efal

    Melnick's work and Hananel's work for Adelson and other matters.

17. Richard Suen-

    Address in care of his attorneys John A. O'Malley, Esq., FULBRIGHT & JAWORSKI L.L.P - 555 South Flower St., Forty-First Floor Los Angeles, CA 90071 and James J. Pisanelli, Esq. BROWNSTEIN HYATT FARBER SCHRECK P.C. 300 South Fourth St. Suit 1200 Las Vegas, NV 89101.

Macau casino project.

**The following witnesses have been described by Adelson in the Consolidated Israeli Action as having knowledge.  Hananel does not vouch for their testimony at this time.**

18. Atty. Jorge Neto Valente

    Av. Dr. Mario Sqares, 25 Edif. Montepio Ap. 25-2  Macau, China

    Macau casino project.

19. Mr. Edmund Ho-Chief Executive of Macau SAR-

    Address:  Macau, China

    Macau casino project.

20.    Sheldon G. Adelson

    In care of his counsel.

    Adelson's contracting with Hananel in Israel, application of Israeli law to the contract, Hananel's work for Adelson, including casino development and initiation of the Macau casino project.

21.  Paul Kaye- Adelson's ex-pilot.

    Macau casino project.

22. Shon Ben Menachem

    NASTEC
    5000 North Parkway CALABASAS Suit 106
    Calabasas, USA

    Macau casino project.

23. Dan Raviv

    Adelson employee.  3A Jabotinsky st. Diamond Tower, IPI, Ramat Gan, Israel 972-3-613-1994

    Hananel's work for Adelson, including casino development and Macau casino project.

24. Atty. Daniel Chynn

    39 Kefar Etzion, Jerusalem, Israel. He was a lawyer for Adelson in Israel.

    Hananel's work for Adelson on casino development.

25. Mr. Doron Bitan-

    Adelson employee..

    Macau casino project.

26. William P. Weidner

    Adelson employee; 3355 Las Vegas Blvd. Las Vegas, NV 89109

    Macau casino project.

27. Matthew Ma

    Address:  Adelson ex-employee.

    Macau casino project.

28. Dr. Jorge Manuel Faria da Costa Oliveira

    Macau Gaming Commission,
    Edificio China Plaza, Macau SAR, Tel: 853712783.

    Macau casino project.

29. Paul G. Roberts, Esq.,

    Address: Adelson employee.

    Adelson's contracting with Hananel in Israel, application of Israeli law to contract.

30. David Farbstein-

    43 Yotam St. Haifa, Israel.  Adelson relative.

    Hananel's work for Adelson and other matters.

31. Mrs. Ivy Yip-

    Address: Adelson employee.

    Macau casino project.

32. William (Billy) Boyle-

    Address:  Adelson employee.

    Macau casino project and visits.

33.    Betty Ann Yurcich
    Adelson's secretary in 1995 and at other times, c/o Mr. Adelson

    Adelson's contracting with Hananel in Israel.

B.    Description by category and location of all documents, electronically stored information, and tangible things that are in the possession, custody or control of Hananel and that Hananel may use to support his defenses, unless solely for impeachment:

1. Affidavits, motions, exhibits, and other documents submitted, disclosed, and/or produced by the parties (including Adelson and IPI) in the Consolidated Israeli Action (Labor Court Nos. 6245/01,7704/03), all of which are located in Adelson's possession, custody and control directly or with his counsel.

2. Affidavits, motions, exhibits, and other documents submitted, disclosed, and/or produced by the parties (including IPI) in the 2002 Israeli Action (Labor Court No. 9015/02), all of which are located in Adelson's possession, custody and control directly or with his counsel.

3. Court decisions, court protocols, and trial exhibits, in the Israeli Consolidated Action and the 2002 Israeli Action all of which are located in Adelson's possession, custody and control directly or with his counsel.

4. Affidavits, motions, exhibits, and other documents submitted, disclosed, and/or produced by the parties in the action *Suen v. Adelson*, Clark County, Nevada Case No. A-493744, all of which are located in Adelson's possession, custody and control directly or with his counsel.

5. Affidavits, motions, exhibits, and other documents submitted, disclosed, and/or produced by the parties in the present action, all of which are located in Adelson's possession, custody and control directly or with his counsel.

C.    Computation of damages.

    Adelson has testified under oath that Hananel will get "2-3 billion dollars" if Hananel wins the Consolidated Israeli action, of which the present action is a duplicate as to the Macau claim. Hananel is as yet unable to compute damages.

D.   Insurance agreements.

   None.

|  |  |
|---|---|
|  | MOSHE HANANEL<br>By His Attorneys, |
| Dated: March 31, 2008 | /s/ James A. G. Hamilton<br>James A. G. Hamilton (MA Bar # 218760)<br>Lawrence G. Green (MA Bar # 209060)<br>BURNS & L;EVINSON LLP<br>125 Summer Street<br>Boston, MA 02110<br>617-345-3000 |

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 31, 2008.

/s/ James A. G. Hamilton

J:\Docs\31216\00001\01231015.DOC