UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SHELDON G. ADELSON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04-cv-10357-RCL |
| MOSHE HANANEL, | ) ) ) | |
| Defendant. | ) ) | |

SCHEDULING ORDER

April 14, 2008

SOROKIN, M.J.

      On April 11, 2008, the Parties appeared before the Court for a further Rule 16 scheduling conference. In light of the Parties' submissions and the fact discovery that has already taken place in Israel relevant to the litigation of the pending claims, the schedule governing this case is set forth below.

      1.      All Motions to Amend the Pleadings are due by May 1, 2008.

      2.      By August 15, 2008, the Parties shall complete all discovery except for the trial depositions discussed below.

      3.      Defendant has indicated that relevant witnesses are located outside the United States and outside the subpoena power of this Court. Defendant wants to present testimony from these witnesses at the trial and has indicated that some of these witnesses will appear voluntarily for a video trial deposition overseas while others will not.

4. By May 15, 2008, the Defendant shall file a list of the "voluntary" witnesses including a description of the relevance and materiality of each witness's testimony. The Parties shall complete the video trial depositions of these witnesses by September 1, 2008. The Parties will have to work cooperatively to schedule these trial depositions.

5. By May 15, 2008, the Defendant shall file all motions (for example seeking letters rogatory) in order to conduct trial depositions of witnesses, other than the "voluntary" witnesses discussed in paragraph 4. The moving party seeking the testimony of such a witness shall provide a statement of the relevance and materiality of the proposed witness's testimony. The other side may file a response to the motion within fourteen days. The Court will rule on the Motions on the papers or schedule a hearing as appropriate.

6. All Motions for Summary Judgment are due on September 2, 2008 with Oppositions due on September 23, 2008 and replies (not to exceed five pages) are due on September 28, 2008.

5. The Court will conduct a status conference on September 12, 2008 at 2:00 p.m. The parties shall jointly report on the status of each of the trial depositions sought by September 10, 2008.

SO ORDERED,

/s/ Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE