IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| SHELDON G. ADELSON, | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | **04-CV-10357-RCL** |
| v. | ) | |
| | ) | |
| MOSHE HANANEL, | ) | |
| Defendant. | ) | |

_____)

## REQUEST FOR INTERNATIONAL
## JUDICIAL ASSISTANCE

The United States District Court for the District of Massachusetts presents its

complaints to the Judicial Authority of the State of Israel and requests international

judicial assistance to obtain evidence to be used in a civil proceeding before this Court in

the above captioned matter.

This Court requests the assistance described herein as necessary in the interests of

justice. The assistance requested is that the appearance of the below named individual be

compelled for the giving of oral testimony in a deposition to be conducted before an

authorized court reporter at a time and place within the State of Israel chosen at mutual

convenience of parties and the witness.

*Witness:  Mr. Itach David*

It is intended that the deposing party will provide a certified stenographer for

purposes of making a record of the questions which may be asked by counsel and

answers which are given by the witness. The witness may have an attorney present to

represent him during the process.

J:\Docs\31216\00002\01246061.RTF

Because the defendant cannot compel the witness to appear at the trial of this matter in the United States, defendant intends to use this process to obtain testimony which may be entered as evidence in the trial.

This Court is willing to provide similar assistance to the courts of the State of Israel should it be requested.

_____
Reginald C. Lindsay, Judge
U.S. District Court
John Joseph Moakley U.S. Courthouse
Suite 5130
1 Courthouse Way
Boston, MA 02210

Dated: May \_\_\_\_\_, 2008