IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON,<br>Plaintiff,<br><br>v.<br><br>MOSHE HANANEL,<br>Defendant. | Civil Action No.<br>**04-CV-10357-RCL** |

## REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

The United States District Court for the District of Massachusetts presents its complaints to the Judicial Authority of the Republic of Ireland and requests international judicial assistance to obtain evidence to be used in a civil proceeding before this Court in the above captioned matter.

This Court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the appearance of the below named individual be compelled for the giving of oral testimony in a deposition to be conducted before an authorized court reporter at a time and place within the Republic of Ireland chosen at mutual convenience of parties and the witness.

*Witness: Mr. Dermod Dwyer*

It is intended that the deposing party will provide a certified stenographer for purposes of making a record of the questions which may be asked by counsel and answers which are given by the witness. The witness may have an attorney present to represent him during the process.

Because the defendant cannot compel the witness to appear at the trial of this matter in the United States, defendant intends to use this process to obtain testimony which may be entered as evidence in the trial.

This Court is willing to provide similar assistance to the courts of the Republic of Ireland should it be requested.

                                                  _____
                                                  Reginald C. Lindsay, Judge
                                                  U.S. District Court
                                                  John Joseph Moakley U.S. Courthouse
                                                  Suite 5130
                                                  1 Courthouse Way
                                                  Boston, MA 02210

Dated: May _____, 2008