UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON,<br><br>                Plaintiff,<br><br>      v.<br><br>MOSHE HANANEL,<br><br>                Defendant. | **Civil Action No. 04-cv-10357-RCL**<br>**(Sorokin, U.S.M.J.)**<br><br>ECF Case |

## DECLARATION OF ANDREW H. SCHAPIRO

ANDREW H. SCHAPIRO hereby declares under penalty of perjury pursuant to 28 U.S.C. §1746:

1. I am a member of the law firm of Mayer Brown LLP, attorneys for Sheldon G. Adelson in connection with the above-captioned case. I submit this declaration in support of plaintiff's opposition to defendant's motion for letters rogatory.

2. Attached as Exhibit A is a true and complete copy of a translation of the affidavit of Dan Tichon, which was submitted by Hananel in *Moshe Hananel v. Interface Partners International Limited and Sheldon G. Adelson* (Israeli Labor Case 7704/03).

3. Attached as Exhibit B is a true and complete copy of a translation of the affidavit of Arye Lis, which was submitted by Hananel in *Moshe Hananel v. Interface Partners International Limited and Sheldon G. Adelson* (Israeli Labor Case 7704/03).

4. Attached as Exhibit C is a true and complete copy of a translation of the affidavit of David Itach, which was submitted by Hananel in *Moshe Hananel v. Interface Partners International Limited and Sheldon G. Adelson* (Israeli Labor Case 7704/03).

5. Attached as Exhibit D is a true and complete copy of a translation of the protocol of a December 20, 2007 hearing in *Moshe Hananel v. Interface Partners International Limited and Sheldon G. Adelson* (Israeli Labor Case 7704/03).

6. Attached as Exhibit E is a true and complete copy of a translation of the protocol of a November 13, 2007 hearing in *Moshe Hananel v. Interface Partners International Limited and Sheldon G. Adelson* (Israeli Labor Case 7704/03).

Dated: May 29, 2008

/s/ Andrew H. Schapiro
Andrew H. Schapiro
MAYER BROWN LLP
1675 Broadway
New York, New York 10019
(212) 506-2672

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Andrew H. Schapiro

2