Exhibit C

## Affidavit

I, the undersigned, Itach David, bearer of I.D. no. <u>5457300/1</u> of <u>Meshek Gezer 193/2 Hagefen, Beit Shemesh</u>, after having been cautioned to state the truth, failing which I would be liable for the penalties prescribed by law, do hereby declare in writing as follows:

1. I worked at Galilee Tours for more than four years until March 1996, as Moshe Hananel's personal driver. In the summer of 1995, in August, I remember well that Sheldon Adelson was in Israel for a long period of time.

2. Moshe Hananel used to meet with him for a long time on a daily basis, and in most cases, several times a day.

3. I drove Moshe to those meetings. At the same time, I heard that there was a dispute between Sheldon and his brother-in-law Dedi and an employee of his who was a high officer in the army by the name of Melnik.

4. I saw that Moshe met with Dedi and spoke with Dedi in my presence, in an attempt to bridge between them and Sheldon and also met with Melnik. Later, when Hananel's attempt to bridge between the two parties to the dispute was unsuccessful, Moshe told me that Sheldon had asked him to start working with him as manager of Interface. I drove Moshe to his new office at Interface several times in September October and a great many times in November December 1995 and to places associated with this office, like Auto Depot.

5. I remember that together with the manager of Auto Depot we looked for sites to open additional Auto Depot stores and we went to sites such as Jerusalem and Rishon LeZion. I was shown a copy of Moshe Hananel's diary from Galilee Tours from 1995, which is attached to the affidavit as Annex __, and it reminded me that these trips to Jerusalem were on December 24, 1995 and to Rishon LeZion on December 25, 1995, as appearing in the diary.

    I drove Moshe and Sheldon a great many times to meetings in Jerusalem. I recall well a meal at Abu Gosh and a meeting with the Minister of Tourism Uzi Baram. I also recall a trip with Sheldon and Moshe to the office of Auto Depot. I drove Sheldon alone several times, including to and from the airport. I also drove Sheldon's wife and was asked several times to service their Mercedes cars as I did at a garage in Jaffa. I recall that Sheldon made several visits to Israel in late 1995 in the months of October and November in which he felt free to give me various tasks.

    I also drove other family members.

6. I remember that when Hananel started coming to Interface's offices on a regular basis in October 1995 and I was with him, I would wait for him inside the office. I also remember management meetings of Auto Depot (as I was shown in the diary on November 7, November 14 and December 14, 1995), and long meetings with Sheldon at Interface's offices. I also remember long meetings of Moshe with Dan Raviv who worked with him and, for instance, a visit in connection with a project near Hiriya (Park Darom) at which Dan

Raviv also participated, which was on November 14, 1995. According to the diary that I was shown, I remember other trips with Moshe on Interface matters to Auto Depot in the Krayot, to Naharayim near Beit Shean and even to an amusement park near Rishon LeZion.

7.  On Moshe's way from Mevaseret to Tel Aviv, in the morning, or from Tel Aviv towards Jerusalem in the evening, Moshe spoke on the telephone, almost continuously, usually with Sheldon in English, with Dan Raviv and with Uzi Katz. Issues came up on the phone also of a casino in the Beit Shean area (or Naharayim), where we made a special journey and met with the Chief-of-Staff's brother Shaul Shomron (Dan Shomron's brother). I also recall one issue that was discussed on the phone: of a hotel and conference center and a casino in Eilat. There were conversations about this issue with other people too. I remember that Moshe traveled with Sheldon abroad several times, to Jordan to a conference in Jordan in November 1995. In this period, I don't recall the date exactly, I also recall a one-day trip to Turkey to see casinos.

8.  I particularly remember a visit with Moshe at Beilinson hospital on November 26, 1995, as written in the diary, due to his health. I remember this visit well, because due to a misunderstanding, Moshe didn't find me for a long time after his examination at the hospital. This visit was before a trip of Moshe's to the United States, to meet a specialist there.

9.  This is my signature and the content of my statement is the truth.

(-)  
David Itach

*February 13, 2005*  
Date

### Certification

*I hereby certify that on February 13, 2005, appeared before Adv. Mor-Yossef Shimon, Mr. David Itach, who identified himself by identity card no. 54573001, and who, after I cautioned him to state the truth, failing which he would be liable for the penalties prescribed by law, confirmed the veracity of his said statement and signed it in my presence.*

[Attorney's stamp and signature]