UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SHELDON G. ADELSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-cv-10357-RCL |
| ) | |
| MOSHE HANANEL, ) | |
| ) | |
| Defendant. ) | |

ORDER ON DEFENDANT'S MOTION FOR LETTERS ROGATORY

June 10, 2008

SOROKIN, M.J.

The Defendant's Motion for Letters Rogatory (Docket #187) is DENIED IN PART and is otherwise HELD IN ABEYANCE, as follows:

1. The Motion is DENIED as to witnesses Huggatt Elhadad, Itach David, Oded Efrat, Dan Tichon, Avi Heifetz, Dermod Dwyer, Kittie Chan, Melnick Moshe and Richard Suen because the Defendant has not made a sufficient showing that their proposed testimony bears upon the one claim remaining in this case – i.e., the terms of Hananel's employment agreement and whether or not he met the conditions for options; and,

2. The Motion is HELD IN ABEYANCE as to the following witnesses, until such time as the Defendant demonstrates that they are in fact unwilling to testify voluntarily either in

Massachusetts or by trial deposition: Lees Arieh/Arye Lis; Koubi Ariel; and Majali Wahaba.

    SO ORDERED.

                    /s Leo T. Sorokin
                  LEO T. SOROKIN
                  UNITED STATES MAGISTRATE JUDGE