IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON,<br>Plaintiff,<br><br>v.<br><br>MOSHE HANANEL,<br>Defendant. | Civil Action No.<br><br>**04-cv-10357-RCL** |

## MOTION OF HANANEL TO RECONSIDER
## THE COURT ORDER OF JUNE 10, 2008

Defendant Moshe Hananel ("Hananel") respectfully moves this Honorable Court to reconsider the Order on Defendant's Motion for Letters Rogatory ("Order") (Dkt. #190) for the reasons stated in the Memorandum filed herewith.

WHEREFORE, the Court should allow Hananel's Motion for Letters Rogatory.

                                                MOSHE HANANEL
                                                By His Attorneys,

Dated:  June 11, 2008                       /s/ Lawrence G. Green
                                                Lawrence G. Green (MA Bar # 209060)
                                                BURNS & LEVINSON LLP
                                                125 Summer Street
                                                Boston, MA 02110
                                                617-345-3000

- 2 -

Rule 7.1 Certificate

The undersigned hereby certifies that the conference required by Local Rule 7.1 occurred by email on June 11, 2008 without agreement.

/s/ Lawrence G. Green

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 11, 2008.

/s/ Lawrence G. Green

J:\Docs\31216\00001\01252987.DOC