IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SHELDON G. ADELSON,<br>Plaintiff, | ) ) ) ) | Civil Action No.<br>**04-CV-10357-RCL** |
| v. | ) ) |  |
| MOSHE HANANEL,<br>Defendant. | ) ) ) |  |

## REQUEST FOR INTERNATIONAL
## JUDICIAL ASSISTANCE

The United States District Court for the District of Massachusetts presents its

complaints to the Judicial Authority of the State of Israel and requests international

judicial assistance to obtain evidence to be used in a civil proceeding before this Court in

the above captioned matter.

This Court requests the assistance described herein as necessary in the interests of

justice. The assistance requested is that the appearance of the below named individual be

compelled for the giving of oral testimony in a deposition to be conducted before an

authorized court reporter at a time and place within the State of Israel chosen at mutual

convenience of parties and the witness.

### *Witness:  Mrs. Huggatt Elhadad*

It is intended that the deposing party will provide a certified stenographer for

purposes of making a record of the questions which may be asked by counsel and

answers which are given by the witness. The witness may have an attorney present to

represent him during the process.

J:\Docs\31216\00002\01245461.RTF

Because the defendant cannot compel the witness to appear at the trial of this matter in the United States, defendant intends to use this process to obtain testimony which may be entered as evidence in the trial.

This Court is willing to provide similar assistance to the courts of the State of Israel should it be requested.

_____

Magistrate Judge Leo T. Sorokin
U.S. District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Dated: June ___, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON,<br>Plaintiff,<br><br>v.<br><br>MOSHE HANANEL,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.
**04-CV-10357-RCL**

## <u>REQUEST FOR INTERNATIONAL<br>JUDICIAL ASSISTANCE</u>

The United States District Court for the District of Massachusetts presents its

complaints to the Judicial Authority of the State of Israel and requests international

judicial assistance to obtain evidence to be used in a civil proceeding before this Court in

the above captioned matter.

This Court requests the assistance described herein as necessary in the interests of

justice. The assistance requested is that the appearance of the below named individual be

compelled for the giving of oral testimony in a deposition to be conducted before an

authorized court reporter at a time and place within the State of Israel chosen at mutual

convenience of parties and the witness.

*Witness:  Mr. Majali Wahaba*

It is intended that the deposing party will provide a certified stenographer for

purposes of making a record of the questions which may be asked by counsel and

answers which are given by the witness. The witness may have an attorney present to

represent him during the process.

J:\Docs\31216\00002\01245464.RTF

Because the defendant cannot compel the witness to appear at the trial of this matter in the United States, defendant intends to use this process to obtain testimony which may be entered as evidence in the trial.

This Court is willing to provide similar assistance to the courts of the State of Israel should it be requested.

_____
Magistrate Judge Leo T. Sorokin
U.S. District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Dated: June ____, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON,<br>Plaintiff,<br><br>v.<br><br>MOSHE HANANEL,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No.<br>    **04-CV-10357-RCL** |

## REQUEST FOR INTERNATIONAL
## JUDICIAL ASSISTANCE

The United States District Court for the District of Massachusetts presents its

complaints to the Judicial Authority of the State of Israel and requests international

judicial assistance to obtain evidence to be used in a civil proceeding before this Court in

the above captioned matter.

This Court requests the assistance described herein as necessary in the interests of

justice. The assistance requested is that the appearance of the below named individual be

compelled for the giving of oral testimony in a deposition to be conducted before an

authorized court reporter at a time and place within the State of Israel chosen at mutual

convenience of parties and the witness.

### *Witness: Mr. Itach David*

It is intended that the deposing party will provide a certified stenographer for

purposes of making a record of the questions which may be asked by counsel and

answers which are given by the witness. The witness may have an attorney present to

represent him during the process.

J:\Docs\31216\00002\01246061.RTF

Because the defendant cannot compel the witness to appear at the trial of this matter in the United States, defendant intends to use this process to obtain testimony which may be entered as evidence in the trial.

This Court is willing to provide similar assistance to the courts of the State of Israel should it be requested.

_____

Magistrate Judge Leo T. Sorokin
U.S. District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Dated: June ___, 2008

J:\Docs\31216\00002\01246061.RTF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SHELDON G. ADELSON,<br>Plaintiff,<br><br>v.<br><br>MOSHE HANANEL,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.<br>**04-CV-10357-RCL** |

## <u>REQUEST FOR INTERNATIONAL<br>JUDICIAL ASSISTANCE</u>

The United States District Court for the District of Massachusetts presents its complaints to the Judicial Authority of the State of Israel and requests international judicial assistance to obtain evidence to be used in a civil proceeding before this Court in the above captioned matter.

This Court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the appearance of the below named individual be compelled for the giving of oral testimony in a deposition to be conducted before an authorized court reporter at a time and place within the State of Israel chosen at mutual convenience of parties and the witness.

*Witness: Mr. Oded Efrat*

It is intended that the deposing party will provide a certified stenographer for purposes of making a record of the questions which may be asked by counsel and answers which are given by the witness. The witness may have an attorney present to represent him during the process.

J:\Docs\31216\00002\01245488.RTF

Because the defendant cannot compel the witness to appear at the trial of this matter in the United States, defendant intends to use this process to obtain testimony which may be entered as evidence in the trial.

This Court is willing to provide similar assistance to the courts of the State of Israel should it be requested.

_____

Magistrate Judge Leo T. Sorokin
U.S. District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Dated: June ___, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SHELDON G. ADELSON,<br>Plaintiff, | )<br>)<br>) | Civil Action No. |
| | )<br>) | **04-CV-10357-RCL** |
| v. | )<br>) | |
| MOSHE HANANEL,<br>Defendant. | )<br>)<br>)<br>) | |

## REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

The United States District Court for the District of Massachusetts presents its

complaints to the Judicial Authority of the State of Israel and requests international

judicial assistance to obtain evidence to be used in a civil proceeding before this Court in

the above captioned matter.

This Court requests the assistance described herein as necessary in the interests of

justice. The assistance requested is that the appearance of the below named individual be

compelled for the giving of oral testimony in a deposition to be conducted before an

authorized court reporter at a time and place within the State of Israel chosen at mutual

convenience of parties and the witness.

***Witness:  Mr. Lees Arieh***

It is intended that the deposing party will provide a certified stenographer for

purposes of making a record of the questions which may be asked by counsel and

answers which are given by the witness. The witness may have an attorney present to

represent him during the process.

J:\Docs\31216\00002\01245489.RTF

Because the defendant cannot compel the witness to appear at the trial of this matter in the United States, defendant intends to use this process to obtain testimony which may be entered as evidence in the trial.

This Court is willing to provide similar assistance to the courts of the State of Israel should it be requested.


_____

Magistrate Judge Leo T. Sorokin
U.S. District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Dated: June ___, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON,<br>Plaintiff,<br><br>v.<br><br>MOSHE HANANEL,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.<br>**04-CV-10357-RCL** |

## REQUEST FOR INTERNATIONAL
## JUDICIAL ASSISTANCE

The United States District Court for the District of Massachusetts presents its

complaints to the Judicial Authority of the Dominion of Canada and requests international

judicial assistance to obtain evidence to be used in a civil proceeding before this Court in

the above captioned matter.

This Court requests the assistance described herein as necessary in the interests of

justice. The assistance requested is that the appearance of the below named individual be

compelled for the giving of oral testimony in a deposition to be conducted before an

authorized court reporter at a time and place within the Dominion of Canada chosen at

mutual convenience of parties and the witness.

*Witness: Mr. Koubi Ariel (Arik)*

It is intended that the deposing party will provide a certified stenographer for

purposes of making a record of the questions which may be asked by counsel and

answers which are given by the witness. The witness may have an attorney present to

represent him during the process.

J:\Docs\31216\00002\01245502.RTF

Because the defendant cannot compel the witness to appear at the trial of this matter in the United States, defendant intends to use this process to obtain testimony which may be entered as evidence in the trial.

This Court is willing to provide similar assistance to the courts of the Dominion of Canada should it be requested.

_____
Magistrate Judge Leo T. Sorokin
U.S. District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Dated: June ___, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON,<br>Plaintiff,<br><br>v.<br><br>MOSHE HANANEL,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.
**04–CV–10357–RCL**

## <u>REQUEST FOR INTERNATIONAL<br>JUDICIAL ASSISTANCE</u>

The United States District Court for the District of Massachusetts presents its

complaints to the Judicial Authority of the State of Israel and requests international

judicial assistance to obtain evidence to be used in a civil proceeding before this Court in

the above captioned matter.

This Court requests the assistance described herein as necessary in the interests of

justice. The assistance requested is that the appearance of the below named individual be

compelled for the giving of oral testimony in a deposition to be conducted before an

authorized court reporter at a time and place within the State of Israel chosen at mutual

convenience of parties and the witness.

*Witness: Mr. Dan Tichon*

It is intended that the deposing party will provide a certified stenographer for

purposes of making a record of the questions which may be asked by counsel and

answers which are given by the witness. The witness may have an attorney present to

represent him during the process.

J:\Docs\31216\00002\01245491.RTF

Because the defendant cannot compel the witness to appear at the trial of this matter in the United States, defendant intends to use this process to obtain testimony which may be entered as evidence in the trial.

This Court is willing to provide similar assistance to the courts of the State of Israel should it be requested.

_____
Magistrate Judge Leo T. Sorokin
U.S. District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Dated: June ___, 2008

J:\Docs\31216\00002\01245491.RTF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON,<br>Plaintiff,<br><br>v.<br><br>MOSHE HANANEL,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.
**04-CV-10357-RCL**

## REQUEST FOR INTERNATIONAL
## JUDICIAL ASSISTANCE

The United States District Court for the District of Massachusetts presents its

complaints to the Judicial Authority of the State of Israel and requests international

judicial assistance to obtain evidence to be used in a civil proceeding before this Court in

the above captioned matter.

This Court requests the assistance described herein as necessary in the interests of

justice. The assistance requested is that the appearance of the below named individual be

compelled for the giving of oral testimony in a deposition to be conducted before an

authorized court reporter at a time and place within the State of Israel chosen at mutual

convenience of parties and the witness.

*Witness: Mr. Avi Hefetz*

It is intended that the deposing party will provide a certified stenographer for

purposes of making a record of the questions which may be asked by counsel and

answers which are given by the witness. The witness may have an attorney present to

represent him during the process.

J:\Docs\31216\00002\01245498.RTF

Because the defendant cannot compel the witness to appear at the trial of this matter in the United States, defendant intends to use this process to obtain testimony which may be entered as evidence in the trial.

This Court is willing to provide similar assistance to the courts of the State of Israel should it be requested.

_____
Magistrate Judge Leo T. Sorokin
U.S. District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Dated: June ____, 2008

J:\Docs\31216\00002\01245498.RTF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SHELDON G. ADELSON,                    )
Plaintiff,                             )
                                       )        Civil Action No.
                                       )        **04-CV-10357-RCL**
v.                                     )
                                       )
MOSHE HANANEL,                         )
Defendant.                             )
                                       )

## REQUEST FOR INTERNATIONAL
## JUDICIAL ASSISTANCE

The United States District Court for the District of Massachusetts presents its

complaints to the Judicial Authority of the Republic of Ireland and requests international

judicial assistance to obtain evidence to be used in a civil proceeding before this Court in

the above captioned matter.

This Court requests the assistance described herein as necessary in the interests of

justice. The assistance requested is that the appearance of the below named individual be

compelled for the giving of oral testimony in a deposition to be conducted before an

authorized court reporter at a time and place within the Republic of Ireland chosen at

mutual convenience of parties and the witness.

*Witness:  Mr. Dermod Dwyer*

It is intended that the deposing party will provide a certified stenographer for

purposes of making a record of the questions which may be asked by counsel and

answers which are given by the witness. The witness may have an attorney present to

represent him during the process.

J:\Docs\31216\00002\01245507.RTF

Because the defendant cannot compel the witness to appear at the trial of this matter in the United States, defendant intends to use this process to obtain testimony which may be entered as evidence in the trial.

This Court is willing to provide similar assistance to the courts of the Republic of Ireland should it be requested.

 

 

_____

Magistrate Judge Leo T. Sorokin
U.S. District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Dated: June \_\_\_, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SHELDON G. ADELSON, | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | **04-CV-10357-RCL** |
| v. | ) | |
| | ) | |
| MOSHE HANANEL, | ) | |
| Defendant. | ) | |

## REQUEST FOR INTERNATIONAL
## JUDICIAL ASSISTANCE

The United States District Court for the District of Massachusetts presents its

complaints to the Judicial Authority of the Macau Special Administrative Region of the

People's Republic of China and requests international judicial assistance to obtain

evidence to be used in a civil proceeding before this Court in the above captioned matter.

This Court requests the assistance described herein as necessary in the interests of

justice. The assistance requested is that the appearance of the below named individual be

compelled for the giving of oral testimony in a deposition to be conducted before an

authorized court reporter at a time and place within the Macau Special Administrative

Region chosen at mutual convenience of parties and the witness.

*Witness: Mrs. Kittie Chan*

It is intended that the deposing party will provide a certified stenographer for

purposes of making a record of the questions which may be asked by counsel and

answers which are given by the witness. The witness may have an attorney present to

represent him during the process.

J:\Docs\31216\00002\01245061.RTF

Because the defendant cannot compel the witness to appear at the trial of this matter in the United States, defendant intends to use this process to obtain testimony which may be entered as evidence in the trial.

This Court is willing to provide similar assistance to the courts of the Macau Special Administrative Region of the Peoples Republic of China should it be requested.

_____
Magistrate Judge Leo T. Sorokin
U.S. District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Dated: June ___, 2008

J:\Docs\31216\00002\01245061.RTF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON,<br>Plaintiff,<br><br>v.<br><br>MOSHE HANANEL,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.<br>**04-CV-10357-RCL** |

## REQUEST FOR INTERNATIONAL
## JUDICIAL ASSISTANCE

The United States District Court for the District of Massachusetts presents its complaints to the Judicial Authority of the State of Israel and requests international judicial assistance to obtain evidence to be used in a civil proceeding before this Court in the above captioned matter.

This Court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the appearance of the below named individual be compelled for the giving of oral testimony in a deposition to be conducted before an authorized court reporter at a time and place within the State of Israel chosen at mutual convenience of parties and the witness.

*Witness:  Mr. Melnick Moshe*

It is intended that the deposing party will provide a certified stenographer for purposes of making a record of the questions which may be asked by counsel and answers which are given by the witness. The witness may have an attorney present to represent him during the process.

J:\Docs\31216\00002\01245501.RTF

Because the defendant cannot compel the witness to appear at the trial of this matter in the United States, defendant intends to use this process to obtain testimony which may be entered as evidence in the trial.

This Court is willing to provide similar assistance to the courts of the State of Israel should it be requested.

_____
Magistrate Judge Leo T. Sorokin
U.S. District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Dated: June ___, 2008

J:\Docs\31216\00002\01245501.RTF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON, ) | |
| Plaintiff, ) | Civil Action No. |
| ) | **04-CV-10357-RCL** |
| v. ) | |
| ) | |
| MOSHE HANANEL, ) | |
| Defendant. ) | |

## REQUEST FOR INTERNATIONAL
## JUDICIAL ASSISTANCE

The United States District Court for the District of Massachusetts presents its

complaints to the Judicial Authority of the Hong Kong Special Administrative Region of

the People's Republic of China and requests international judicial assistance to obtain

evidence to be used in a civil proceeding before this Court in the above captioned matter.

This Court requests the assistance described herein as necessary in the interests of

justice. The assistance requested is that the appearance of the below named individual be

compelled for the giving of oral testimony in a deposition to be conducted before an

authorized court reporter at a time and place within the Hong Kong Special Administrative

Region chosen at mutual convenience of parties and the witness.

### *Witness: Mr. Richard Suen*

It is intended that the deposing party will provide a certified stenographer for

purposes of making a record of the questions which may be asked by counsel and

answers which are given by the witness. The witness may have an attorney present to

represent him during the process.

J:\Docs\31216\00002\01245457.RTF

Because the defendant cannot compel the witness to appear at the trial of this matter in the United States, defendant intends to use this process to obtain testimony which may be entered as evidence in the trial.

This Court is willing to provide similar assistance to the courts of the Hong Kong Special Administrative Region of the Peoples Republic of China should it be requested.

_____
Magistrate Judge Leo T. Sorokin
U.S. District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Dated: June ___, 2008