IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON,<br>Plaintiff, | )<br>)<br>)   Civil Action No.<br>) |
| v. | )   **04-cv-10357-RCL**<br>) |
| MOSHE HANANEL,<br>Defendant. | )<br>)<br>) |

# WITHDRAWAL OF FILING DOCUMENT NUMBER 196

The Defendant, Moshe Hananel, seeks to withdraw the filing identified as document number 196, *Supplemental Filing Response by Moshe Hananel to Court Order of June 25, 2008*, which was filed inadvertently with this Court on July 1, 2008. Document number 196 was intended to be submitted in a separate proceeding in a different jurisdiction.

The Defendant requests the filing identified as document number 196 be withdrawn from the docket.

    Respectfully submitted,

    MOSHE HANANEL,
    By His Attorney,

    /s/ Lawrence G. Green
    Lawrence G. Green (MA Bar # 209060)
    BURNS & LEVINSON LLP
    125 Summer Street
    Boston, MA 02110
Dated: July 2, 2008    617-345-3000

## Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 2, 2008.

                                  /s/ Lawrence G. Green