IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON,<br>Plaintiff,<br><br>v.<br><br>MOSHE HANANEL,<br>Defendant. | )<br>)<br>)  Civil Action No.<br>)<br>)  **04-cv-10357-RCL**<br>)<br>)<br>)<br>) |

## REQUEST OF JAMES A. G. HAMILTON FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.5.2(c), the undersigned hereby requests leave of the Court to withdraw his appearance as counsel for Defendant Moshe Hananel, as he has retired from Burns & Levinson, LLP, and other lawyers from Burns & Levinson are representing said defendant.

Respectfully submitted,

/s/ James A. G. Hamilton
James A. G. Hamilton (MA Bar # 218760)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
Dated: July 24, 2008                617-345-3000

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 24, 2008.

/s/ James A. G. Hamilton