IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON,<br>Plaintiff,<br><br>v.<br><br>MOSHE HANANEL,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.<br><br>**04-cv-10357-RCL** |

## AMENDED REQUESTS FOR INTERNATIONAL JUDICIAL ASSISTANCE

On June 24, 2008, this Court granted Defendant Moshe Hananel's Motion for Letters Rogatory. Subsequently, Magistrate Judge Sorokin signed each Request for International Judicial Assistance (Dkt. #195). It has come to the Defendant's attention that the Hague Convention on Taking Evidence requires a specific form for letters rogatory, available at http://hcch.e-vision.nl/upload/actform20e.pdf. Accordingly, the Defendant submits the following Requests for International Judicial Assistance, with a signature line, using the Hague Conference on Private International Law's Model for Letters of Request.

Respectfully submitted,

MOSHE HANANEL,
By His Attorney,


/s/ Lawrence G. Green
Lawrence G. Green (MA Bar # 209060)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
617-345-3000

Dated: July 25, 2008

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 25, 2008.

/s/ Lawrence G. Green

*Model for Letters of Request recommended for use in applying the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters*

**Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters**

*N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language. However, the provisions of the second and third paragraphs may permit use of English, French or another language.*

*In order to avoid confusion, please spell out the name of the month in each date.*

*Please fill out an original and one copy of this form (use additional space if required).*

1. Sender

> United States District Court for the District of Massachusetts
> One Courthouse Way
> Boston, MA 02110

2. Central Authority of the Requested State

> The Israeli Central Authority
> Directorate of Courts
> 19 Jaffa Road
> Jerusalem

3. Person to whom the executed request is to be returned

> Lawrence Green, Esq.
> Burns & Levinson, LLP
> 125 Summer Street
> Boston, MA 02110

4. Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request

Date

> October 1, 2008

Reason for urgency*

> 

_____

* Omit if not applicable.

IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED
APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST:

| | | | |
|---|---|---|---|
| 5. | a | Requesting judicial authority (Article 3,*a*)) | United States District Court for the District of Massachusetts<br>One Courthouse Way<br>Boston, MA 02110 |
| | b | To the competent authority of (Article 3, *a*)) | Israeli Central Authority<br>Directorate of Courts<br>19 Jaffa Road<br>Jerusalem |
| | c | Names of the case and any identifying number | Sheldon G. Adelson v. Moshe Hananel<br>C.A. No.: 04-cv-10357-RCL |

6. Names and addresses of the parties and their representatives (including representatives in the requested State*) (Article 3, *b*))

| | | |
|---|---|---|
| a | Plaintiff | Sheldon G. Adelson |
| | Representatives | Franklin H. Levy, Esq.<br>Duane Morris, LLP<br>470 Atlantic Avenue, Suite 500<br>Boston MA 02110 |
| b | Defendant | Moshe Hananel |
| | Representatives | Lawrence G. Green, Esq.<br>Burns & Levinson, LLP<br>125 Summer Street<br>Boston, MA 02110 |
| c | Other parties | |
| | Representatives | |

---

\* Omit if not applicable.

| | | | |
|---|---|---|---|
| 7. | a | Nature of the proceedings (divorce, paternity, breach of contract, product liability, etc.) (Article 3, c)) | Declaratory judgment regarding employment contract. |
| | b | Summary of complaint | Parties' employment agreement for investment options. |
| | c | Summary of defence and counterclaim* | |
| | d | Other necessary information or documents* | |
| 8. | a | Evidence to be obtained or other judicial act to be performed (Article 3, d)) | Examination of witness |
| | b | Purpose of the evidence or judicial act sought | |
| 9. | | Identity and address of any person to be examined (Article 3, e))* | Huggatt Elhadad 10 Maapo Street Tel Aviv Jaffa |
| 10. | | Questions to be put to the persons to be examined or statement of the subject-matter about which they are to be examined (Article 3, f))* | Huggatt Elhadad will be examined regarding Adelson's contracting with Hananel in Israel in 1995, material to jurisdiction, Hananel's work for Adelson from 1995, and supporting key terms of Hananel's employment, including finding investments for Adelson including casino investments in Israel and elsewhere outside the United States, and other matters. |

---

* Omit if not applicable.

11. Documents or other property
to be inspected
(Article 3, g))*

12. Any requirement that the
evidence be given on oath
or affirmation and any
special form to be used
(Article 3, h))*

All deposition tesitmony is to be given under oath.

13. Special methods or procedure
to be followed (e.g. oral or
in writing, verbatim,
transcript or summary,
cross-examination, etc.)
(Articles 3, i) and 9)*

Defendant's counsel is to conduct the depositions.

14. Request for notification of
the time and place for the
execution of the Request
and identity and address of
any person to be notified
(Article 7)*

15. Request for attendance or
participation of judicial
personnel of the requesting
authority at the execution
of the Letter of Request
(Article 8)*

---

* Omit if not applicable.

16. Specification of privilege
or duty to refuse to give
evidence under the law of
the State of origin
(Article 11, *b*))*

17. The fees and costs incurred
which are reimbursable under
the second paragraph of
Article 14 or under
Article 26 of the Convention
will be borne by*

DATE OF REQUEST

July 25, 2008

SIGNATURE AND SEAL OF THE
REQUESTING AUTHORITY    -------------------------------------------------------------

| Erase all entries | Print |

---

* Omit if not applicable.

*Model for Letters of Request recommended for use in applying the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters*

**Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters**

*N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language. However, the provisions of the second and third paragraphs may permit use of English, French or another language.*

*In order to avoid confusion, please spell out the name of the month in each date.*

*Please fill out an original and one copy of this form (use additional space if required).*

| | | |
|---|---|---|
| 1. | Sender | United States District Court for the District of Massachusetts<br>One Courthouse Way<br>Boston, MA 02110 |
| 2. | Central Authority of the Requested State | The Israeli Central Authority<br>Directorate of Courts<br>19 Jaffa Road<br>Jerusalem |
| 3. | Person to whom the executed request is to be returned | Lawrence Green, Esq.<br>Burns & Levinson, LLP<br>125 Summer Street<br>Boston, MA 02110 |

4. Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request

| | |
|---|---|
| Date | October 1, 2008 |
| Reason for urgency* | |

---

\* Omit if not applicable.

IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED
APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST:

5.  a  Requesting judicial authority (Article 3,*a*))

> United States District Court for the District of Massachusetts
> One Courthouse Way
> Boston, MA 02110

b  To the competent authority of (Article 3, *a*))

> Israeli Central Authority
> Directorate of Courts
> 19 Jaffa Road
> Jerusalem

c  Names of the case and any identifying number

> Sheldon G. Adelson v. Moshe Hananel
> C.A. No.: 04-cv-10357-RCL

6.  Names and addresses of the parties and their representatives (including representatives in the requested State*) (Article 3, *b*))

a  Plaintiff

> Sheldon G. Adelson

Representatives

> Franklin H. Levy, Esq.
> Duane Morris, LLP
> 470 Atlantic Avenue, Suite 500
> Boston MA 02110

b  Defendant

> Moshe Hananel

Representatives

> Lawrence G. Green, Esq.
> Burns & Levinson, LLP
> 125 Summer Street
> Boston, MA 02110

c  Other parties

Representatives

---

* Omit if not applicable.

| | | | |
|---|---|---|---|
| 7. | a | Nature of the proceedings (divorce, paternity, breach of contract, product liability, etc.) (Article 3, c)) | Declaratory judgment regarding employment contract. |
| | b | Summary of complaint | Parties' employment agreement for investment options. |
| | c | Summary of defence and counterclaim* | |
| | d | Other necessary information or documents* | |
| 8. | a | Evidence to be obtained or other judicial act to be performed (Article 3, d)) | Examination of witness |
| | b | Purpose of the evidence or judicial act sought | |
| 9. | | Identity and address of any person to be examined (Article 3, e))* | Majali Wahaba Deputy Minister of Foreign Affairs 153 Beit G'an |
| 10. | | Questions to be put to the persons to be examined or statement of the subject-matter about which they are to be examined (Article 3, f))* | Majali Wahaba will be examined regarding Hananel's work with Adelson on casino development and other matters. |

* Omit if not applicable.

11. Documents or other property
to be inspected
(Article 3, *g)*)*

12. Any requirement that the
evidence be given on oath
or affirmation and any
special form to be used
(Article 3, *h)*)*

All deposition tesitmony is to be given under oath.

13. Special methods or procedure
to be followed (e.g. oral or
in writing, verbatim,
transcript or summary,
cross-examination, etc.)
(Articles 3, *i)* and 9)*

Defendant's counsel is to conduct the depositions.

14. Request for notification of
the time and place for the
execution of the Request
and identity and address of
any person to be notified
(Article 7)*

15. Request for attendance or
participation of judicial
personnel of the requesting
authority at the execution
of the Letter of Request
(Article 8)*

* Omit if not applicable.

16. Specification of privilege
    or duty to refuse to give
    evidence under the law of
    the State of origin
    (Article 11, *b)*)*

17. The fees and costs incurred
    which are reimbursable under
    the second paragraph of
    Article 14 or under
    Article 26 of the Convention
    will be borne by*

DATE OF REQUEST

July 25, 2008

SIGNATURE AND SEAL OF THE
REQUESTING AUTHORITY

------------------------------------------------------------------

Erase all entries          Print

---

* Omit if not applicable.

*Model for Letters of Request recommended for use in applying the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters*

**Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters**

*N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language. However, the provisions of the second and third paragraphs may permit use of English, French or another language.*

*In order to avoid confusion, please spell out the name of the month in each date.*

*Please fill out an original and one copy of this form (use additional space if required).*

| | |
|---|---|
| 1.  Sender | United States District Court for the District of Massachusetts<br>One Courthouse Way<br>Boston, MA 02110 |
| 2.  Central Authority of the Requested State | The Israeli Central Authority<br>Directorate of Courts<br>19 Jaffa Road<br>Jerusalem |
| 3.  Person to whom the executed request is to be returned | Lawrence Green, Esq.<br>Burns & Levinson, LLP<br>125 Summer Street<br>Boston, MA 02110 |

4.  Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request

| | |
|---|---|
| Date | October 1, 2008 |
| Reason for urgency* | |

---

* Omit if not applicable.

IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED
APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST:

5. a    Requesting judicial
authority (Article 3,a))

| |
|---|
| United States District Court for the District of Massachusetts<br>One Courthouse Way<br>Boston, MA 02110 |

b    To the competent
authority of (Article 3, a))

| |
|---|
| Israeli Central Authority<br>Directorate of Courts<br>19 Jaffa Road<br>Jerusalem |

c    Names of the case
and any identifying
number

| |
|---|
| Sheldon G. Adelson v. Moshe Hananel<br>C.A. No.: 04-cv-10357-RCL |

6. Names and addresses of the
parties and their representa-
tives (including representa-
tives in the requested State*)
(Article 3, b))

a    Plaintiff

| |
|---|
| Sheldon G. Adelson |

    Representatives

| |
|---|
| Franklin H. Levy, Esq.<br>Duane Morris, LLP<br>470 Atlantic Avenue, Suite 500<br>Boston MA 02110 |

b    Defendant

| |
|---|
| Moshe Hananel |

    Representatives

| |
|---|
| Lawrence G. Green, Esq.<br>Burns & Levinson, LLP<br>125 Summer Street<br>Boston, MA 02110 |

c    Other parties

| |
|---|
| |

    Representatives

| |
|---|
| |

* Omit if not applicable.

| 7. | a | Nature of the proceedings (divorce, paternity, breach of contract, product liability, etc.) (Article 3, c)) | Declaratory judgment regarding employment contract. |
|---|---|---|---|
| | b | Summary of complaint | Parties' employment agreement for investment options. |
| | c | Summary of defence and counterclaim* | |
| | d | Other necessary information or documents* | |
| 8. | a | Evidence to be obtained or other judicial act to be performed (Article 3, d)) | Examination of witness |
| | b | Purpose of the evidence or judicial act sought | |
| 9. | | Identity and address of any person to be examined (Article 3, e))* | Itach David 1130 Herzel Street Beith Shemesh |
| 10. | | Questions to be put to the persons to be examined or statement of the subject-matter about which they are to be examined (Article 3, f))* | Itach David will be examined regarding Hananel's work with Adelson (including before December, 1995). |

---

* Omit if not applicable.

11. Documents or other property
    to be inspected
    (Article 3, g))*

12. Any requirement that the
    evidence be given on oath
    or affirmation and any
    special form to be used
    (Article 3, h))*

All deposition tesitmony is to be given under oath.

13. Special methods or procedure
    to be followed (e.g. oral or
    in writing, verbatim,
    transcript or summary,
    cross-examination, etc.)
    (Articles 3, i) and 9)*

Defendant's counsel is to conduct the depositions.

14. Request for notification of
    the time and place for the
    execution of the Request
    and identity and address of
    any person to be notified
    (Article 7)*

15. Request for attendance or
    participation of judicial
    personnel of the requesting
    authority at the execution
    of the Letter of Request
    (Article 8)*

_____

* Omit if not applicable.

16. Specification of privilege
or duty to refuse to give
evidence under the law of
the State of origin
(Article 11, *b*))*

17. The fees and costs incurred
which are reimbursable under
the second paragraph of
Article 14 or under
Article 26 of the Convention
will be borne by*

DATE OF REQUEST

July 25, 2008

SIGNATURE AND SEAL OF THE
REQUESTING AUTHORITY          --------------------------------------------------

Erase all entries          Print

* Omit if not applicable.

*Model for Letters of Request recommended for use in applying the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters*

**Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters**

*N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language. However, the provisions of the second and third paragraphs may permit use of English, French or another language.*

*In order to avoid confusion, please spell out the name of the month in each date.*

*Please fill out an original and one copy of this form (use additional space if required).*

| | | |
|---|---|---|
| 1. | Sender | United States District Court for the District of Massachusetts<br>One Courthouse Way<br>Boston, MA 02110 |
| 2. | Central Authority of the Requested State | The Israeli Central Authority<br>Directorate of Courts<br>19 Jaffa Road<br>Jerusalem |
| 3. | Person to whom the executed request is to be returned | Lawrence Green, Esq.<br>Burns & Levinson, LLP<br>125 Summer Street<br>Boston, MA 02110 |

4. Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request

| | |
|---|---|
| Date | October 1, 2008 |
| Reason for urgency* | |

---

\* Omit if not applicable.

IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED
APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST:

| | | | |
|---|---|---|---|
| 5. | a | Requesting judicial authority (Article 3,*a*)) | United States District Court for the District of Massachusetts<br>One Courthouse Way<br>Boston, MA 02110 |
| | b | To the competent authority of (Article 3, *a*)) | Israeli Central Authority<br>Directorate of Courts<br>19 Jaffa Road<br>Jerusalem |
| | c | Names of the case and any identifying number | Sheldon G. Adelson v. Moshe Hananel<br>C.A. No.: 04-cv-10357-RCL |

6. Names and addresses of the parties and their representatives (including representatives in the requested State*) (Article 3, *b*))

| | | |
|---|---|---|
| a | Plaintiff | Sheldon G. Adelson |
| | Representatives | Franklin H. Levy, Esq.<br>Duane Morris, LLP<br>470 Atlantic Avenue, Suite 500<br>Boston MA 02110 |
| b | Defendant | Moshe Hananel |
| | Representatives | Lawrence G. Green, Esq.<br>Burns & Levinson, LLP<br>125 Summer Street<br>Boston, MA 02110 |
| c | Other parties | |
| | Representatives | |

---

* Omit if not applicable.

7. a    Nature of the proceedings (divorce, paternity, breach of contract, product liability, etc.) (Article 3, c))

Declaratory judgment regarding employment contract.

b    Summary of complaint

Parties' employment agreement for investment options.

c    Summary of defence and counterclaim*

d    Other necessary information or documents*

8. a    Evidence to be obtained or other judicial act to be performed (Article 3, d))

Examination of witness

b    Purpose of the evidence or judicial act sought

9.   Identity and address of any person to be examined (Article 3, e))*

Oded Efrat
41 Zofit Street
Zofit

10. Questions to be put to the persons to be examined or statement of the subject-matter about which they are to be examined (Article 3, f))*

Oded Efrat will be examined regarding key terms of Hananel's employment, including finding investments for Adelson including casino investments in Israel and elsewhere outside the United States, and other matters.

* Omit if not applicable.

11. Documents or other property
    to be inspected
    (Article 3, g))*

12. Any requirement that the
    evidence be given on oath
    or affirmation and any
    special form to be used
    (Article 3, h))*

All deposition tesitmony is to be given under oath.

13. Special methods or procedure
    to be followed (e.g. oral or
    in writing, verbatim,
    transcript or summary,
    cross-examination, etc.)
    (Articles 3, i) and 9)*

Defendant's counsel is to conduct the depositions.

14. Request for notification of
    the time and place for the
    execution of the Request
    and identity and address of
    any person to be notified
    (Article 7)*

15. Request for attendance or
    participation of judicial
    personnel of the requesting
    authority at the execution
    of the Letter of Request
    (Article 8)*

* Omit if not applicable.

16. Specification of privilege
    or duty to refuse to give
    evidence under the law of
    the State of origin
    (Article 11, *b*))*

17. The fees and costs incurred
    which are reimbursable under
    the second paragraph of
    Article 14 or under
    Article 26 of the Convention
    will be borne by*

DATE OF REQUEST

July 25, 2008

SIGNATURE AND SEAL OF THE
REQUESTING AUTHORITY          ---------------------------------------------------------------

Erase all entries          Print

* Omit if not applicable.

*Model for Letters of Request recommended for use in applying the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters*

**Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters**

*N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language. However, the provisions of the second and third paragraphs may permit use of English, French or another language.*

*In order to avoid confusion, please spell out the name of the month in each date.*

*Please fill out an original and one copy of this form (use additional space if required).*

1.  Sender

> United States District Court for the District of Massachusetts
> One Courthouse Way
> Boston, MA 02110

2.  Central Authority of the Requested State

> The Israeli Central Authority
> Directorate of Courts
> 19 Jaffa Road
> Jerusalem

3.  Person to whom the executed request is to be returned

> Lawrence Green, Esq.
> Burns & Levinson, LLP
> 125 Summer Street
> Boston, MA 02110

4.  Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request

    Date

> October 1, 2008

    Reason for urgency*

---

* Omit if not applicable.

IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED
APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST:

5.  a  Requesting judicial
       authority (Article 3,a))

| |
|---|
| United States District Court for the District of Massachusetts<br>One Courthouse Way<br>Boston, MA 02110 |

    b  To the competent
       authority of (Article 3, a))

| |
|---|
| Israeli Central Authority<br>Directorate of Courts<br>19 Jaffa Road<br>Jerusalem |

    c  Names of the case
       and any identifying
       number

| |
|---|
| Sheldon G. Adelson v. Moshe Hananel<br>C.A. No.: 04-cv-10357-RCL |

6.  Names and addresses of the
    parties and their representa-
    tives (including representa-
    tives in the requested State*)
    (Article 3, b))

    a  Plaintiff

| |
|---|
| Sheldon G. Adelson |

       Representatives

| |
|---|
| Franklin H. Levy, Esq.<br>Duane Morris, LLP<br>470 Atlantic Avenue, Suite 500<br>Boston MA 02110 |

    b  Defendant

| |
|---|
| Moshe Hananel |

       Representatives

| |
|---|
| Lawrence G. Green, Esq.<br>Burns & Levinson, LLP<br>125 Summer Street<br>Boston, MA 02110 |

    c  Other parties

| |
|---|
| |

       Representatives

| |
|---|
| |

* Omit if not applicable.

7.  a   Nature of the proceedings (divorce, paternity, breach of contract, product liability, etc.) (Article 3, *c*))

Declaratory judgment regarding employment contract.

b   Summary of complaint

Parties' employment agreement for investment options.

c   Summary of defence and counterclaim*

d   Other necessary information or documents*

8.  a   Evidence to be obtained or other judicial act to be performed (Article 3, *d*))

Examination of witness

b   Purpose of the evidence or judicial act sought

9.  Identity and address of any person to be examined (Article 3, *e*))*

Lees Arieh
5 Keren Hayesod Street
Ramat Hasharon

10. Questions to be put to the persons to be examined or statement of the subject-matter about which they are to be examined (Article 3, *f*))*

Lees Arieh will be examined regarding Hananel's initiation of the Macau project and other matters.

* Omit if not applicable.

11. Documents or other property
to be inspected
(Article 3, *g*))*

12. Any requirement that the
evidence be given on oath
or affirmation and any
special form to be used
(Article 3, *h*))*

All deposition tesitmony is to be given under oath.

13. Special methods or procedure
to be followed (e.g. oral or
in writing, verbatim,
transcript or summary,
cross-examination, etc.)
(Articles 3, *i*) and 9)*

Defendant's counsel is to conduct the depositions.

14. Request for notification of
the time and place for the
execution of the Request
and identity and address of
any person to be notified
(Article 7)*

15. Request for attendance or
participation of judicial
personnel of the requesting
authority at the execution
of the Letter of Request
(Article 8)*

* Omit if not applicable.

16. Specification of privilege
    or duty to refuse to give
    evidence under the law of
    the State of origin
    (Article 11, *b*))*

17. The fees and costs incurred
    which are reimbursable under
    the second paragraph of
    Article 14 or under
    Article 26 of the Convention
    will be borne by*

DATE OF REQUEST

July 25, 2008

SIGNATURE AND SEAL OF THE
REQUESTING AUTHORITY      ------------------------------------------------------------

Erase all entries          Print

* Omit if not applicable.

*Model for Letters of Request recommended for use in applying the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters*

**Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters**

*N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language. However, the provisions of the second and third paragraphs may permit use of English, French or another language.*

*In order to avoid confusion, please spell out the name of the month in each date.*

*Please fill out an original and one copy of this form (use additional space if required).*

| | | |
|---|---|---|
| 1. | Sender | United States District Court for the District of Massachusetts<br>One Courthouse Way<br>Boston, MA 02110 |
| 2. | Central Authority of the Requested State | Federal Central Authority<br>Director, Legal Advisory Division<br>Department of External Affairs<br>125 Sussex Drive<br>Ottawa, Ontario<br>Canada<br>KIA 0G2 |
| 3. | Person to whom the executed request is to be returned | Lawrence Green, Esq.<br>Burns & Levinson, LLP<br>125 Summer Street<br>Boston, MA 02110 |

4. Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request

| | |
|---|---|
| Date | October 1, 2008 |
| Reason for urgency* | |

---

* Omit if not applicable.

IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED
APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST:

| | | | |
|---|---|---|---|
| 5. | a | Requesting judicial authority (Article 3,*a*)) | United States District Court for the District of Massachusetts<br>One Courthouse Way<br>Boston, MA 02110 |
| | b | To the competent authority of (Article 3, *a*)) | Federal Central Authority<br>Director, Legal Advisory Division<br>Department of External Affairs<br>125 Sussex Drive<br>Ottowa, Ontario<br>Canada KIA 0G2 |
| | c | Names of the case and any identifying number | Sheldon G. Adelson v. Moshe Hananel<br>C.A. No.: 04-cv-10357-RCL |

6.  Names and addresses of the
    parties and their representa-
    tives (including representa-
    tives in the requested State*)
    (Article 3, *b*))

| | | | |
|---|---|---|---|
| | a | Plaintiff | Sheldon G. Adelson |
| | | Representatives | Franklin H. Levy, Esq.<br>Duane Morris, LLP<br>470 Atlantic Avenue, Suite 500<br>Boston MA 02110 |
| | b | Defendant | Moshe Hananel |
| | | Representatives | Lawrence G. Green, Esq.<br>Burns & Levinson, LLP<br>125 Summer Street<br>Boston, MA 02110 |
| | c | Other parties | |
| | | Representatives | |

---

* Omit if not applicable.

| | | | |
|---|---|---|---|
| 7. | a | Nature of the proceedings (divorce, paternity, breach of contract, product liability, etc.) (Article 3, *c*)) | Declaratory judgment regarding employment contract |
| | b | Summary of complaint | Parties' employment agreement for investment options |
| | c | Summary of defence and counterclaim* | |
| | d | Other necessary information or documents* | |
| 8. | a | Evidence to be obtained or other judicial act to be performed (Article 3, *d*)) | Examination of witness |
| | b | Purpose of the evidence or judicial act sought | |
| 9. | | Identity and address of any person to be examined (Article 3, *e*))* | Koubi Ariel 39-3228 Raleigh Street Port Coquitlam BCV3C3J5 Canada |
| 10. | | Questions to be put to the persons to be examined or statement of the subject-matter about which they are to be examined (Article 3, *f*))* | Koubi Ariel will be examined regarding Hananel's initiation of the Macau project and other matters. |

* Omit if not applicable.

11. Documents or other property
    to be inspected
    (Article 3, *g)*)*

12. Any requirement that the
    evidence be given on oath
    or affirmation and any
    special form to be used
    (Article 3, *h)*)*

    All deposition testimony is to be given under
    oath.

13. Special methods or procedure
    to be followed (e.g. oral or
    in writing, verbatim,
    transcript or summary,
    cross-examination, etc.)
    (Articles 3, *i)* and 9)*

    Defendant's counsel is to conduct the
    depositions.

14. Request for notification of
    the time and place for the
    execution of the Request
    and identity and address of
    any person to be notified
    (Article 7)*

15. Request for attendance or
    participation of judicial
    personnel of the requesting
    authority at the execution
    of the Letter of Request
    (Article 8)*

---

* Omit if not applicable.

16. Specification of privilege
or duty to refuse to give
evidence under the law of
the State of origin
(Article 11, *b*))*

17. The fees and costs incurred
which are reimbursable under
the second paragraph of
Article 14 or under
Article 26 of the Convention
will be borne by*

DATE OF REQUEST

July 25, 2008

SIGNATURE AND SEAL OF THE
REQUESTING AUTHORITY

----------------------------------------------------------------

Erase all entries          Print

---

* Omit if not applicable.

*Model for Letters of Request recommended for use in applying the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters*

**Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters**

*N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language. However, the provisions of the second and third paragraphs may permit use of English, French or another language.*

*In order to avoid confusion, please spell out the name of the month in each date.*

*Please fill out an original and one copy of this form (use additional space if required).*

1. Sender

> United States District Court for the District of Massachusetts
> One Courthouse Way
> Boston, MA 02110

2. Central Authority of the Requested State

> The Israeli Central Authority
> Directorate of Courts
> 19 Jaffa Road
> Jerusalem

3. Person to whom the executed request is to be returned

> Lawrence Green, Esq.
> Burns & Levinson, LLP
> 125 Summer Street
> Boston, MA 02110

4. Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request

Date

> October 1, 2008

Reason for urgency*

---

* Omit if not applicable.

IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST:

5.  a   Requesting judicial authority (Article 3,a))

> United States District Court for the District of Massachusetts
> One Courthouse Way
> Boston, MA 02110

  b   To the competent authority of (Article 3, a))

> Israeli Central Authority
> Directorate of Courts
> 19 Jaffa Road
> Jerusalem

  c   Names of the case and any identifying number

> Sheldon G. Adelson v. Moshe Hananel
> C.A. No.: 04-cv-10357-RCL

6.  Names and addresses of the parties and their representatives (including representatives in the requested State*) (Article 3, b))

  a   Plaintiff

> Sheldon G. Adelson

      Representatives

> Franklin H. Levy, Esq.
> Duane Morris, LLP
> 470 Atlantic Avenue, Suite 500
> Boston MA 02110

  b   Defendant

> Moshe Hananel

      Representatives

> Lawrence G. Green, Esq.
> Burns & Levinson, LLP
> 125 Summer Street
> Boston, MA 02110

  c   Other parties

>

      Representatives

>

---

* Omit if not applicable.

7.  a    Nature of the proceedings (divorce, paternity, breach of contract, product liability, etc.) (Article 3, c))

Declaratory judgment regarding employment contract.

    b    Summary of complaint

Parties' employment agreement for investment options.

    c    Summary of defence and counterclaim*

    d    Other necessary information or documents*

8.  a    Evidence to be obtained or other judicial act to be performed (Article 3, d))

Examination of witness

    b    Purpose of the evidence or judicial act sought

9.    Identity and address of any person to be examined (Article 3, e))*

Dan Tichon
5 Hanamer Street
Jerusalem

10.   Questions to be put to the persons to be examined or statement of the subject-matter about which they are to be examined (Article 3, f))*

Dan Tichon will be examined regarding his knowledge of Adelson's involvement in casino projects and Hananel's work with Adelson on casino development and investments and other matters.

_____

* Omit if not applicable.

11. Documents or other property
    to be inspected
    (Article 3, g))*

12. Any requirement that the
    evidence be given on oath
    or affirmation and any
    special form to be used
    (Article 3, h))*

> All deposition tesitmony is to be given under oath.

13. Special methods or procedure
    to be followed (e.g. oral or
    in writing, verbatim,
    transcript or summary,
    cross-examination, etc.)
    (Articles 3, i) and 9)*

> Defendant's counsel is to conduct the depositions.

14. Request for notification of
    the time and place for the
    execution of the Request
    and identity and address of
    any person to be notified
    (Article 7)*

15. Request for attendance or
    participation of judicial
    personnel of the requesting
    authority at the execution
    of the Letter of Request
    (Article 8)*

---

* Omit if not applicable.

16. Specification of privilege
    or duty to refuse to give
    evidence under the law of
    the State of origin
    (Article 11, *b))**

17. The fees and costs incurred
    which are reimbursable under
    the second paragraph of
    Article 14 or under
    Article 26 of the Convention
    will be borne by*

DATE OF REQUEST

July 25, 2008

SIGNATURE AND SEAL OF THE
REQUESTING AUTHORITY

-----------------------------------------------------------------

Erase all entries          Print

_____

* Omit if not applicable.

*Model for Letters of Request recommended for use in applying the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters*

**Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters**

*N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language. However, the provisions of the second and third paragraphs may permit use of English, French or another language.*

*In order to avoid confusion, please spell out the name of the month in each date.*

*Please fill out an original and one copy of this form (use additional space if required).*

| | |
|---|---|
| 1. Sender | United States District Court for the District of Massachusetts<br>One Courthouse Way<br>Boston, MA 02110 |
| 2. Central Authority of the Requested State | The Israeli Central Authority<br>Directorate of Courts<br>19 Jaffa Road<br>Jerusalem |
| 3. Person to whom the executed request is to be returned | Lawrence Green, Esq.<br>Burns & Levinson, LLP<br>125 Summer Street<br>Boston, MA 02110 |

4. Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request

| | |
|---|---|
| Date | October 1, 2008 |
| Reason for urgency* | |

---

\* Omit if not applicable.

IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST:

| | | | |
|---|---|---|---|
| 5. | a | Requesting judicial authority (Article 3,a)) | United States District Court for the District of Massachusetts<br>One Courthouse Way<br>Boston, MA 02110 |
| | b | To the competent authority of (Article 3, a)) | Israeli Central Authority<br>Directorate of Courts<br>19 Jaffa Road<br>Jerusalem |
| | c | Names of the case and any identifying number | Sheldon G. Adelson v. Moshe Hananel<br>C.A. No.: 04-cv-10357-RCL |

6. Names and addresses of the parties and their representatives (including representatives in the requested State*) (Article 3, b))

| | | | |
|---|---|---|---|
| | a | Plaintiff | Sheldon G. Adelson |
| | | Representatives | Franklin H. Levy, Esq.<br>Duane Morris, LLP<br>470 Atlantic Avenue, Suite 500<br>Boston MA 02110 |
| | b | Defendant | Moshe Hananel |
| | | Representatives | Lawrence G. Green, Esq.<br>Burns & Levinson, LLP<br>125 Summer Street<br>Boston, MA 02110 |
| | c | Other parties | |
| | | Representatives | |

* Omit if not applicable.

| 7. | a | Nature of the proceedings (divorce, paternity, breach of contract, product liability, etc.) (Article 3, *c*)) | Declaratory judgment regarding employment contract. |
|---|---|---|---|
| | b | Summary of complaint | Parties' employment agreement for investment options. |
| | c | Summary of defence and counterclaim* | |
| | d | Other necessary information or documents* | |
| 8. | a | Evidence to be obtained or other judicial act to be performed (Article 3, *d*)) | Examination of witness |
| | b | Purpose of the evidence or judicial act sought | |
| 9. | | Identity and address of any person to be examined (Article 3, *e*))* | Avi Hefetz<br>22 Kanfey Nesharium Street<br>Jerusalem |
| 10. | | Questions to be put to the persons to be examined or statement of the subject-matter about which they are to be examined (Article 3, *f*))* | Avi Hefetz will be examined regarding his work for Adelson on investment projects during the relevant period, including the Africa Israel potential investment and the Eilat casino project, all material to proof of Hananel's work with Adelson on casino development and other matters. |

---

\* Omit if not applicable.

11. Documents or other property
    to be inspected
    (Article 3, *g*))*

12. Any requirement that the
    evidence be given on oath
    or affirmation and any
    special form to be used
    (Article 3, *h*))*

All deposition tesitmony is to be given under
oath.

13. Special methods or procedure
    to be followed (e.g. oral or
    in writing, verbatim,
    transcript or summary,
    cross-examination, etc.)
    (Articles 3, *i*) and 9)*

Defendant's counsel is to conduct the
depositions.

14. Request for notification of
    the time and place for the
    execution of the Request
    and identity and address of
    any person to be notified
    (Article 7)*

15. Request for attendance or
    participation of judicial
    personnel of the requesting
    authority at the execution
    of the Letter of Request
    (Article 8)*

---

* Omit if not applicable.

16. Specification of privilege
or duty to refuse to give
evidence under the law of
the State of origin
(Article 11, *b*))*

17. The fees and costs incurred
which are reimbursable under
the second paragraph of
Article 14 or under
Article 26 of the Convention
will be borne by*

DATE OF REQUEST

July 25, 2008

SIGNATURE AND SEAL OF THE
REQUESTING AUTHORITY    ------------------------------------------------------------

Erase all entries          Print

_____

* Omit if not applicable.

*Model for Letters of Request recommended for use in applying the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters*

**Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters**

*N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language. However, the provisions of the second and third paragraphs may permit use of English, French or another language.*

*In order to avoid confusion, please spell out the name of the month in each date.*

*Please fill out an original and one copy of this form (use additional space if required).*

| | | |
|---|---|---|
| 1. | Sender | United States District Court for the District of Massachusetts<br>One Courthouse Way<br>Boston, MA 02110 |
| 2. | Central Authority of the Requested State | Master of the High Court<br>Dublin, Ireland |
| 3. | Person to whom the executed request is to be returned | Lawrence Green, Esq.<br>Burns & Levinson, LLP<br>125 Summer Street<br>Boston, MA 02110 |

4. Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request

| | |
|---|---|
| Date | October 1, 2008 |
| Reason for urgency* | |

---

\* Omit if not applicable.

IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED
APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST:

5.  a  Requesting judicial
authority (Article 3,a))

> United States District Court for the District of
> Massachusetts
> One Courthouse Way
> Boston, MA 02110

    b  To the competent
authority of (Article 3, a))

> Master of the High Court
> Dublin, Ireland

    c  Names of the case
and any identifying
number

> Sheldon G. Adelson v. Moshe Hananel
> C.A. No.: 04-cv-10357-RCL

6.  Names and addresses of the
parties and their representa-
tives (including representa-
tives in the requested State*)
(Article 3, b))

    a  Plaintiff

> Sheldon G. Adelson

      Representatives

> Franklin H. Levy, Esq.
> Duane Morris, LLP
> 470 Atlantic Avenue, Suite 500
> Boston MA 02110

    b  Defendant

> Moshe Hananel

      Representatives

> Lawrence G. Green, Esq.
> Burns & Levinson, LLP
> 125 Summer Street
> Boston, MA 02110

    c  Other parties

      Representatives

* Omit if not applicable.

7.  a Nature of the proceedings (divorce, paternity, breach of contract, product liability, etc.) (Article 3, *c*))

> Declaratory judgment regarding employment contract

 b Summary of complaint

> Parties' employment agreement for investment options

 c Summary of defence and counterclaim*

 d Other necessary information or documents*

8.  a Evidence to be obtained or other judicial act to be performed (Article 3, *d*))

> Examination of witness

 b Purpose of the evidence or judicial act sought

9.  Identity and address of any person to be examined (Article 3, *e*))*

> Dermod Dwyer
> Dublin, Ireland

10. Questions to be put to the persons to be examined or statement of the subject-matter about which they are to be examined (Article 3, *f*))*

> Dermod Dwyer will be examined regarding his knowledge of Hananel's work iwth Adelson on casino development and other matters.

---

\* Omit if not applicable.

11. Documents or other property
to be inspected
(Article 3, g))*

12. Any requirement that the
evidence be given on oath
or affirmation and any
special form to be used
(Article 3, h))*

All deposition testimony is to be given under oath.

13. Special methods or procedure
to be followed (e.g. oral or
in writing, verbatim,
transcript or summary,
cross-examination, etc.)
(Articles 3, i) and 9)*

Defendant's counsel is to conduct the depositions.

14. Request for notification of
the time and place for the
execution of the Request
and identity and address of
any person to be notified
(Article 7)*

15. Request for attendance or
participation of judicial
personnel of the requesting
authority at the execution
of the Letter of Request
(Article 8)*

* Omit if not applicable.

16. Specification of privilege or duty to refuse to give evidence under the law of the State of origin (Article 11, *b*))*

17. The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by*

DATE OF REQUEST

July 25, 2008

SIGNATURE AND SEAL OF THE REQUESTING AUTHORITY

------------------------------------------------------------------

| Erase all entries | | Print |

* Omit if not applicable.

*Model for Letters of Request recommended for use in applying the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters*

**Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters**

*N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language. However, the provisions of the second and third paragraphs may permit use of English, French or another language.*

*In order to avoid confusion, please spell out the name of the month in each date.*

*Please fill out an original and one copy of this form (use additional space if required).*

| | | |
|---|---|---|
| 1. | Sender | United States District Court for the District of Massachusetts<br>One Courthouse Way<br>Boston, MA 02110 |
| 2. | Central Authority of the Requested State | Bureau of International Judicial Assistance<br>Ministry of Justice of the People's Republic of China<br>10 Chaoyangman Nandajie<br>Chaoyang District<br>Beijing 100020 |
| 3. | Person to whom the executed request is to be returned | Lawrence Green, Esq.<br>Burns & Levinson, LLP<br>125 Summer Street<br>Boston, MA 02110 |

4. Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request

| | |
|---|---|
| Date | October 1, 2008 |
| Reason for urgency* | |

---

* Omit if not applicable.

IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED
APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST:

| | | | |
|---|---|---|---|
| 5. | a | Requesting judicial authority (Article 3,a)) | United States District Court for the District of Massachusetts<br>One Courthouse Way<br>Boston, MA 02110 |
| | b | To the competent authority of (Article 3, a)) | Bureau of International Judicial Assistance<br>Ministry of Justice of the People's Republic of China<br>10 Chaoyangman Nandajie<br>Chaoyang District<br>Beijing 100020 |
| | c | Names of the case and any identifying number | Sheldon G. Adelson v. Moshe Hananel<br>C.A. No.: 04-cv-10357-RCL |

6. Names and addresses of the parties and their representatives (including representatives in the requested State*) (Article 3, b))

| | | | |
|---|---|---|---|
| | a | Plaintiff | Sheldon G. Adelson |
| | | Representatives | Franklin H. Levy, Esq.<br>Duane Morris, LLP<br>470 Atlantic Avenue, Suite 500<br>Boston MA 02110 |
| | b | Defendant | Moshe Hananel |
| | | Representatives | Lawrence G. Green, Esq.<br>Burns & Levinson, LLP<br>125 Summer Street<br>Boston, MA 02110 |
| | c | Other parties | |
| | | Representatives | |

---

* Omit if not applicable.

7. a Nature of the proceedings (divorce, paternity, breach of contract, product liability, etc.) (Article 3, c))

> Declaratory judgment regarding employment contract

b Summary of complaint

> Parties' employment agreement for investment options

c Summary of defence and counterclaim*

d Other necessary information or documents*

8. a Evidence to be obtained or other judicial act to be performed (Article 3, d))

> Examination of witness

b Purpose of the evidence or judicial act sought

9. Identity and address of any person to be examined (Article 3, e))*

> Kittie Chan
> Avenida Da Praia Grande No. 75-81 2nd Andar
> Eel "Veng Fa"
> Macau, China

10. Questions to be put to the persons to be examined or statement of the subject-matter about which they are to be examined (Article 3, f))*

> Kittie Chan will be examined regarding conversations and meetings with Mr. Adelson and/or his employees or representatives, including in Macau, concerning the Macau project, during the relevant period.

---

* Omit if not applicable.

11. Documents or other property
    to be inspected
    (Article 3, *g)*)*

12. Any requirement that the
    evidence be given on oath
    or affirmation and any
    special form to be used
    (Article 3, *h)*)*

All deposition testimony is to be given under oath.

13. Special methods or procedure
    to be followed (e.g. oral or
    in writing, verbatim,
    transcript or summary,
    cross-examination, etc.)
    (Articles 3, *i)* and 9)*

Defendant's counsel is to conduct the depositions.

14. Request for notification of
    the time and place for the
    execution of the Request
    and identity and address of
    any person to be notified
    (Article 7)*

15. Request for attendance or
    participation of judicial
    personnel of the requesting
    authority at the execution
    of the Letter of Request
    (Article 8)*

---

* Omit if not applicable.

16. Specification of privilege
or duty to refuse to give
evidence under the law of
the State of origin
(Article 11, *b*))*

17. The fees and costs incurred
which are reimbursable under
the second paragraph of
Article 14 or under
Article 26 of the Convention
will be borne by*

DATE OF REQUEST

July 25, 2008

SIGNATURE AND SEAL OF THE
REQUESTING AUTHORITY          -------------------------------------------------------------

Erase all entries          Print

* Omit if not applicable.

*Model for Letters of Request recommended for use in applying the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters*

**Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters**

*N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language. However, the provisions of the second and third paragraphs may permit use of English, French or another language.*

*In order to avoid confusion, please spell out the name of the month in each date.*

*Please fill out an original and one copy of this form (use additional space if required).*

| | | |
|---|---|---|
| 1. | Sender | United States District Court for the District of Massachusetts<br>One Courthouse Way<br>Boston, MA 02110 |
| 2. | Central Authority of the Requested State | The Israeli Central Authority<br>Directorate of Courts<br>19 Jaffa Road<br>Jerusalem |
| 3. | Person to whom the executed request is to be returned | Lawrence Green, Esq.<br>Burns & Levinson, LLP<br>125 Summer Street<br>Boston, MA 02110 |

4.  Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request

Date | October 1, 2008

Reason for urgency*

---

\* Omit if not applicable.

IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED
APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST:

5.  a    Requesting judicial
         authority (Article 3,a))

> United States District Court for the District of
> Massachusetts
> One Courthouse Way
> Boston, MA 02110

    b    To the competent
         authority of (Article 3, a))

> Israeli Central Authority
> Directorate of Courts
> 19 Jaffa Road
> Jerusalem

    c    Names of the case
         and any identifying
         number

> Sheldon G. Adelson v. Moshe Hananel
> C.A. No.: 04-cv-10357-RCL

6.  Names and addresses of the
    parties and their representa-
    tives (including representa-
    tives in the requested State*)
    (Article 3, b))

    a    Plaintiff

> Sheldon G. Adelson

         Representatives

> Franklin H. Levy, Esq.
> Duane Morris, LLP
> 470 Atlantic Avenue, Suite 500
> Boston MA 02110

    b    Defendant

> Moshe Hananel

         Representatives

> Lawrence G. Green, Esq.
> Burns & Levinson, LLP
> 125 Summer Street
> Boston, MA 02110

    c    Other parties

         Representatives

---

\* Omit if not applicable.

7.  *a*   Nature of the proceedings (divorce, paternity, breach of contract, product liability, etc.) (Article 3, *c*))

Declaratory judgment regarding employment contract.

    *b*   Summary of complaint

Parties' employment agreement for investment options.

    *c*   Summary of defence and counterclaim*

    *d*   Other necessary information or documents*

8.  *a*   Evidence to be obtained or other judicial act to be performed (Article 3, *d*))

Examination of witness

    *b*   Purpose of the evidence or judicial act sought

9.  Identity and address of any person to be examined (Article 3, *e*))*

Melnick Moshe
28 Bareket Street
Ramat Efal

10. Questions to be put to the persons to be examined or statement of the subject-matter about which they are to be examined (Article 3, *f*))*

Melnick Moshe will be examined regarding his knowledge of Adelson investments in Israel and Hananel's role and work for Adelson and other matters.

* Omit if not applicable.

11. Documents or other property
    to be inspected
    (Article 3, g))*

12. Any requirement that the
    evidence be given on oath
    or affirmation and any
    special form to be used
    (Article 3, h))*

All deposition tesitmony is to be given under oath.

13. Special methods or procedure
    to be followed (e.g. oral or
    in writing, verbatim,
     transcript or summary,
    cross-examination, etc.)
    (Articles 3, i) and 9)*

Defendant's counsel is to conduct the depositions.

14. Request for notification of
    the time and place for the
    execution of the Request
    and identity and address of
    any person to be notified
    (Article 7)*

15. Request for attendance or
    participation of judicial
    personnel of the requesting
    authority at the execution
    of the Letter of Request
    (Article 8)*

_____

* Omit if not applicable.

16. Specification of privilege
or duty to refuse to give
evidence under the law of
the State of origin
(Article 11, *b*))*

17. The fees and costs incurred
which are reimbursable under
the second paragraph of
Article 14 or under
Article 26 of the Convention
will be borne by*

DATE OF REQUEST

July 25, 2008

SIGNATURE AND SEAL OF THE
REQUESTING AUTHORITY

-----------------------------------------------------------------

Erase all entries          Print

---

* Omit if not applicable.

*Model for Letters of Request recommended for use in applying the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters*

**Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters**

*N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language. However, the provisions of the second and third paragraphs may permit use of English, French or another language.*

*In order to avoid confusion, please spell out the name of the month in each date.*

*Please fill out an original and one copy of this form (use additional space if required).*

| 1. | Sender | United States District Court for the District of Massachusetts<br>One Courthouse Way<br>Boston, MA 02110 |
|---|---|---|
| 2. | Central Authority of the Requested State | Hong Kong SAR<br>Chief Secretary of Hong Kong<br>Central Government Offices<br>Laver Albert Road<br>Hong Kong |
| 3. | Person to whom the executed request is to be returned | Lawrence Green, Esq.<br>Burns & Levinson, LLP<br>125 Summer Street<br>Boston, MA 02110 |

4. Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request

| Date | October 1, 2008 |
|---|---|
| Reason for urgency* | |

---

\* Omit if not applicable.

IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED
APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST:

| | | | |
|---|---|---|---|
| 5. | a | Requesting judicial authority (Article 3,*a*) | United States District Court for the District of Massachusetts<br>One Courthouse Way<br>Boston, MA 02110 |
| | b | To the competent authority of (Article 3, *a*)) | Hong Kong SAR<br>Chief Secretary of Hong Kong<br>Central Government Offices<br>Laver Albert Road<br>Hong Kong |
| | c | Names of the case and any identifying number | Sheldon G. Adelson v. Moshe Hananel<br>C.A. No.: 04-cv-10357-RCL |

6. Names and addresses of the parties and their representatives (including representatives in the requested State*) (Article 3, *b*))

| | | |
|---|---|---|
| a | Plaintiff | Sheldon G. Adelson |
| | Representatives | Franklin H. Levy, Esq.<br>Duane Morris, LLP<br>470 Atlantic Avenue, Suite 500<br>Boston MA 02110 |
| b | Defendant | Moshe Hananel |
| | Representatives | Lawrence G. Green, Esq.<br>Burns & Levinson, LLP<br>125 Summer Street<br>Boston, MA 02110 |
| c | Other parties | |
| | Representatives | |

* Omit if not applicable.

7.  a    Nature of the proceedings (divorce, paternity, breach of contract, product liability, etc.) (Article 3, c))

Declaratory judgment regarding employment contract

    b    Summary of complaint

Parties' employment agreement for investment options

    c    Summary of defence and counterclaim*

    d    Other necessary information or documents*

8.  a    Evidence to be obtained or other judicial act to be performed (Article 3, d))

Examination of witness

    b    Purpose of the evidence or judicial act sought

9.  Identity and address of any person to be examined (Article 3, e))*

Richard Suen
c/o John A. O'Malley, Esq.
Fulbright & Jarrowski LLP
555 South Flower Street
41st Floor
Los Angeles, CA 90071

10.  Questions to be put to the persons to be examined or statement of the subject-matter about which they are to be examined (Article 3, f))*

Richard Suen will be examined regarding extensive dealings with Adelson confirming Adelson's early interest in Macau, as initiated by Hananel, and other matters.

_____

* Omit if not applicable.

11. Documents or other property
    to be inspected
    (Article 3, g))*

12. Any requirement that the
    evidence be given on oath
    or affirmation and any
    special form to be used
    (Article 3, h))*

All deposition testimony is to be given under
oath.

13. Special methods or procedure
    to be followed (e.g. oral or
    in writing, verbatim,
     transcript or summary,
    cross-examination, etc.)
    (Articles 3, i) and 9)*

Defendant's counsel is to conduct the
depositions.

14. Request for notification of
    the time and place for the
    execution of the Request
    and identity and address of
    any person to be notified
    (Article 7)*

15. Request for attendance or
    participation of judicial
    personnel of the requesting
    authority at the execution
    of the Letter of Request
    (Article 8)*

* Omit if not applicable.

16. Specification of privilege
or duty to refuse to give
evidence under the law of
the State of origin
(Article 11, *b*))*

17. The fees and costs incurred
which are reimbursable under
the second paragraph of
Article 14 or under
Article 26 of the Convention
will be borne by*

DATE OF REQUEST

July 25, 2008

SIGNATURE AND SEAL OF THE
REQUESTING AUTHORITY

--------------------------------------------------------------

Erase all entries          Print

---

* Omit if not applicable.