*Model for Letters of Request recommended for use in applying the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters*

**Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters**

*N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language. However, the provisions of the second and third paragraphs may permit use of English, French or another language.*

*In order to avoid confusion, please spell out the name of the month in each date.*

*Please fill out an original and one copy of this form (use additional space if required).*

1. Sender

   United States District Court for the District of Massachusetts
   One Courthouse Way
   Boston, MA 02110

2. Central Authority of the Requested State

   The Israeli Central Authority
   Directorate of Courts
   19 Jaffa Road
   Jerusalem

3. Person to whom the executed request is to be returned

   Lawrence Green, Esq.
   Burns & Levinson, LLP
   125 Summer Street
   Boston, MA 02110

4. Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request

   Date

   October 1, 2008

   Reason for urgency*

\* Omit if not applicable.

IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST:

| | | | |
|---|---|---|---|
| 5. | a | Requesting judicial authority (Article 3,a)) | United States District Court for the District of Massachusetts<br>One Courthouse Way<br>Boston, MA 02110 |
| | b | To the competent authority of (Article 3, a)) | Israeli Central Authority<br>Directorate of Courts<br>19 Jaffa Road<br>Jerusalem |
| | c | Names of the case and any identifying number | Sheldon G. Adelson v. Moshe Hananel<br>C.A. No.: 04-cv-10357-RCL |
| 6. | | Names and addresses of the parties and their representatives (including representatives in the requested State*) (Article 3, b)) | |
| | a | Plaintiff | Sheldon G. Adelson |
| | | Representatives | Franklin H. Levy, Esq.<br>Duane Morris, LLP<br>470 Atlantic Avenue, Suite 500<br>Boston MA 02110 |
| | b | Defendant | Moshe Hananel |
| | | Representatives | Lawrence G. Green, Esq.<br>Burns & Levinson, LLP<br>125 Summer Street<br>Boston, MA 02110 |
| | c | Other parties | |
| | | Representatives | |

* Omit if not applicable.

| | | | |
|---|---|---|---|
| 7. | a | Nature of the proceedings (divorce, paternity, breach of contract, product liability, etc.) (Article 3, c)) | Declaratory judgment regarding employment contract. |
| | b | Summary of complaint | Parties' employment agreement for investment options. |
| | c | Summary of defence and counterclaim* | |
| | d | Other necessary information or documents* | |
| 8. | a | Evidence to be obtained or other judicial act to be performed (Article 3, d)) | Examination of witness |
| | b | Purpose of the evidence or judicial act sought | |
| 9. | | Identity and address of any person to be examined (Article 3, e))* | Lees Arieh<br>5 Keren Hayesod Street<br>Ramat Hasharon |
| 10. | | Questions to be put to the persons to be examined or statement of the subject-matter about which they are to be examined (Article 3, f))* | Lees Arieh will be examined regarding Hananel's initiation of the Macau project and other matters. |

* Omit if not applicable.

| | |
|---|---|
| 11. Documents or other property to be inspected (Article 3, g))* | |
| 12. Any requirement that the evidence be given on oath or affirmation and any special form to be used (Article 3, h))* | All deposition tesitmony is to be given under oath. |
| 13. Special methods or procedure to be followed (e.g. oral or in writing, verbatim, transcript or summary, cross-examination, etc.) (Articles 3, i) and 9)* | Defendant's counsel is to conduct the depositions. |
| 14. Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (Article 7)* | |
| 15. Request for attendance or participation of judicial personnel of the requesting authority at the execution of the Letter of Request (Article 8)* | |

* Omit if not applicable.

16. Specification of privilege or duty to refuse to give evidence under the law of the State of origin (Article 11, *b*))*

17. The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by*

DATE OF REQUEST

July 25, 2008

SIGNATURE AND SEAL OF THE REQUESTING AUTHORITY



* Omit if not applicable.