*Model for Letters of Request recommended for use in applying the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters*

**Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters**

N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language. However, the provisions of the second and third paragraphs may permit use of English, French or another language.

*In order to avoid confusion, please spell out the name of the month in each date.*

*Please fill out an original and one copy of this form (use additional space if required).*

| | | |
|---|---|---|
| 1. | Sender | United States District Court for the District of Massachusetts<br>One Courthouse Way<br>Boston, MA 02110 |
| 2. | Central Authority of the Requested State | Hong Kong SAR<br>Chief Secretary of Hong Kong<br>Central Government Offices<br>Laver Albert Road<br>Hong Kong |
| 3. | Person to whom the executed request is to be returned | Lawrence Green, Esq.<br>Burns & Levinson, LLP<br>125 Summer Street<br>Boston, MA 02110 |
| 4. | Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request | |
| | Date | October 1, 2008 |
| | Reason for urgency* | |

---

* Omit if not applicable.

IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST:

| | | | |
|---|---|---|---|
| 5. | a | Requesting judicial authority (Article 3,a)) | United States District Court for the District of Massachusetts<br>One Courthouse Way<br>Boston, MA 02110 |
| | b | To the competent authority of (Article 3, a)) | Hong Kong SAR<br>Chief Secretary of Hong Kong<br>Central Government Offices<br>Laver Albert Road<br>Hong Kong |
| | c | Names of the case and any identifying number | Sheldon G. Adelson v. Moshe Hananel<br>C.A. No.: 04-cv-10357-RCL |
| 6. | | Names and addresses of the parties and their representatives (including representatives in the requested State*) (Article 3, b)) | |
| | a | Plaintiff | Sheldon G. Adelson |
| | | Representatives | Franklin H. Levy, Esq.<br>Duane Morris, LLP<br>470 Atlantic Avenue, Suite 500<br>Boston MA 02110 |
| | b | Defendant | Moshe Hananel |
| | | Representatives | Lawrence G. Green, Esq.<br>Burns & Levinson, LLP<br>125 Summer Street<br>Boston, MA 02110 |
| | c | Other parties | |
| | | Representatives | |

* Omit if not applicable.

| | | | |
|---|---|---|---|
| 7. | a | Nature of the proceedings (divorce, paternity, breach of contract, product liability, etc.) (Article 3, c)) | Declaratory judgment regarding employment contract |
| | b | Summary of complaint | Parties' employment agreement for investment options |
| | c | Summary of defence and counterclaim* | |
| | d | Other necessary information or documents* | |
| 8. | a | Evidence to be obtained or other judicial act to be performed (Article 3, d)) | Examination of witness |
| | b | Purpose of the evidence or judicial act sought | |
| 9. | | Identity and address of any person to be examined (Article 3, e))* | Richard Suen c/o John A. O'Malley, Esq. Fulbright & Jarrowski LLP 555 South Flower Street 41st Floor Los Angeles, CA 90071 |
| 10. | | Questions to be put to the persons to be examined or statement of the subject-matter about which they are to be examined (Article 3, f))* | Richard Suen will be examined regarding extensive dealings with Adelson confirming Adelson's early interest in Macau, as initiated by Hananel, and other matters. |

* Omit if not applicable.

| | |
|---|---|
| 11. Documents or other property to be inspected (Article 3, g))* | |
| 12. Any requirement that the evidence be given on oath or affirmation and any special form to be used (Article 3, h))* | All deposition testimony is to be given under oath. |
| 13. Special methods or procedure to be followed (e.g. oral or in writing, verbatim, transcript or summary, cross-examination, etc.) (Articles 3, i) and 9)* | Defendant's counsel is to conduct the depositions. |
| 14. Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (Article 7)* | |
| 15. Request for attendance or participation of judicial personnel of the requesting authority at the execution of the Letter of Request (Article 8)* | |

* Omit if not applicable.

16. Specification of privilege or duty to refuse to give evidence under the law of the State of origin (Article 11, *b*))*

17. The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by*

DATE OF REQUEST

July 25, 2008

SIGNATURE AND SEAL OF THE REQUESTING AUTHORITY

Erase all entries          Print

---

* Omit if not applicable.