UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MOSHE HANANEL,<br><br>　　　　　Defendant. | **Civil Action No. 04-cv-10357-RCL**<br>**(Sorokin, U.S.M.J.)**<br><br>**ECF Case** |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Sheldon G. Adelson hereby moves this Court for summary judgment under Federal Rule of Civil Procedure 56. Relief is warranted because there are no material disputed issues of fact, as set forth in the accompanying Statement of Uncontested Facts, Memorandum of Law, and Declarations of Andrew H. Schapiro and Paul G. Roberts.

WHEREFORE, the Court should grant summary judgment in favor of Plaintiff.

July 30, 2008

　　　　　　　　　　　　　　　　　　　SHELDON G. ADELSON
　　　　　　　　　　　　　　　　　　　By His Attorneys,

　　　　　　　　　　　　　　　　　　　/s/ Andrew H. Schapiro
　　　　　　　　　　　　　　　　　　　MAYER BROWN LLP
　　　　　　　　　　　　　　　　　　　Andrew H. Schapiro
　　　　　　　　　　　　　　　　　　　Christopher J. Houpt
　　　　　　　　　　　　　　　　　　　1675 Broadway
　　　　　　　　　　　　　　　　　　　New York, New York  10019
　　　　　　　　　　　　　　　　　　　(212) 506-2500

## LOCAL RULE 7.1 CERTIFICATION

The undersigned hereby confirms that the conference required by Local Rule 7.1(A)(2) occurred by email between plaintiff's counsel and Lawrence G. Green on July 30, 2008, without agreement.

/s/ Andrew H. Schapiro
Andrew H. Schapiro

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 30, 2008.

/s/ Andrew H. Schapiro
Andrew H. Schapiro