UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON,<br><br>    Plaintiff,<br><br>  v.<br><br>MOSHE HANANEL,<br><br>    Defendant. | **Civil Action No. 04-cv-10357-RCL**<br>**(Sorokin, U.S.M.J.)**<br><br>ECF Case |

## DECLARATION OF PAUL G. ROBERTS

PAUL G. ROBERTS hereby declares under penalty of perjury pursuant to 28 U.S.C. §1746:

1. I am the Vice President and General Counsel of The Interface Group and of Interface Partners International, Ltd., 300 First Avenue, Needham, Massachusetts.

2. Attached as Exhibit A is a true copy of an excerpt from my diary for December of 1995.

3. The third page of the excerpt contains an entry, on Tuesday, December 5, 1995, reading "pm – Hananel @ TIG." That note indicates a plan to meet Moshe Hananel at The Interface Group's office on the afternoon of December 5, 1995.

4. I made that note prior to December 5, 1995.

Dated: July 30, 2008

                /s/ Paul G. Roberts
                Paul G. Roberts

# Exhibit A



01/22/2008 16:51 IFAX  Case 1:04-cv-10357-RCL  Document 204  Filed 07/30/2008  Page 3 of 5  ☒001/003



Paul G. Roberts
15 Linn Lane
Wayland, MA 01778

**DECEMBER 1995**  Week 49

**4 Monday**
9:00 Dr. Berk
2:30 Saunders Hearing (S.J.)
Land court
Israel Bond party @ Dudley Rd.

**5 Tuesday**
pm - Hanukel @ TLG
8:00 Wayland ZBA - OSCO

**6 Wednesday**
1:00 Dr. Bell One Brookline Place
Suite 401

**7 Thursday** 8:45 Danny → Dentist
Tom White @ TLG
6:00 - 9:00 Arlene + Roberta
anniversary party
Dinner w/ Grosses

49 Week  **1995 DECEMBER**

**Friday 8**
12:40 - 2:00 Help @ Laker

**Saturday 9**
8:15 Danny → Dentist
4:00 Tennis w/ Laurie
7:00 Ain't Misbehaving w/
Busses

**Sunday 10**
2:00 "The Tempest" @ ART

December / January