UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON,<br><br>        Plaintiff,<br><br>       v.<br><br>MOSHE HANANEL,<br><br>        Defendant. | **Civil Action No. 04-cv-10357-RCL**<br>**(Sorokin, U.S.M.J.)**<br><br>**ECF Case** |

### **DECLARATION OF ANDREW H. SCHAPIRO**

ANDREW H. SCHAPIRO hereby declares under penalty of perjury pursuant to 28 U.S.C. §1746:

1.    I am a partner of the law firm of Mayer Brown LLP, counsel for Sheldon G. Adelson in connection with the above-captioned action. I submit this declaration in support of Plaintiff's Motion for Summary Judgment.

2.    Attached as Exhibit A is a true and complete copy of a translation of the protocol of a January 17, 2008 hearing in *Moshe Hananel v. Interface Partners International Ltd. and Sheldon G. Adelson* (Israeli Labor Case 7704/03).

3.    Attached as Exhibit B is a true and complete copy of the Affidavit of Sheldon G. Adelson, not including exhibits, filed in *Moshe Hananel v. Interface Partners International Ltd. and Sheldon G. Adelson* (Israeli Labor Case 7704/03).

2

4.     Attached as Exhibit C is a true and complete copy of the Affidavit of Jorge Manuel Faria da Costa Oliveira, including exhibits, filed in *Moshe Hananel v. Interface Partners International Ltd. and Sheldon G. Adelson* (Israeli Labor Case 7704/03).

Dated: July 30, 2008

/s/ Andrew H. Schapiro
Andrew H. Schapiro
MAYER BROWN LLP
1675 Broadway
New York, New York 10019
(212) 506-2672