IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELDON G. ADELSON,<br>Plaintiff, | )<br>)<br>)<br>) Civil Action No.<br>) |
| v. | ) **04-cv-10357-RCL** |
| MOSHE HANANEL,<br>Defendant. | )<br>)<br>)<br>) |

## NOTICE OF DEFENDANT OF INTENTION TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

The Defendant Moshe Hananel ("Hananel") hereby provides notice to the Court and to counsel for Plaintiff Sheldon G. Adelson ("Adelson") of Hananel's intention to file an opposition to Adelson's Motion for Summary Judgment (Docket # 201) which was filed with this Court on July 30, 2008. Pursuant to the Scheduling Order dated April 14, 2008, Hananel will file his opposition thereto on or before September 23, 2008.

Respectfully submitted,
Moshe Hananel
By his attorney,

/s/ Lawrence G. Green
Lawrence G. Green, BBO # 209060
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
Dated: August 13, 2008        Telephone: (617) 345-3000
Facsimile: (617)345-3299

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic filing, and that paper copies will be sent to those indicated as non-registered participants on August 13, 2008.

                                                        /s/ Lawrence G. Green